PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS      NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

WRITER'S DIRECT DIAL NUMBER
(212) 373-3118

WRITER'S DIRECT FACSIMILE
(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS
lelynch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022



February 24, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        *Flores* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

      Pursuant to Paragraph 2(C) of Your Honor's Individual Practices in Civil Cases, we write on behalf of Defendants the National Football League, New York Football Giants, Inc., Miami Dolphins, Ltd., and Denver Broncos to respectfully request an extension until April 11, 2022 to answer or otherwise respond to Plaintiff's Complaint. Plaintiff consents to this extension. Defendants agreed to accept service of the Complaint by email on February 17, 2022 in exchange for a 30-day extension of their time to answer or otherwise respond to the Complaint through and including April 11, 2022. The reason for the extension is to provide Defendants adequate time to prepare their defenses to the allegations in the Complaint. There have been no previous requests for an extension of this deadline.

                                Respectfully submitted,

                                /s/ Loretta E. Lynch
                                Loretta E. Lynch

cc:    Counsel of Record (via ECF)

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: February 24, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE