USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

                Defendants.

1:22-cv-00871 (VEC)

**JOINT STIPULATION AND ORDER**

WHEREAS Plaintiffs filed and served their Amended Complaint on April 7, 2022;

The parties, by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. The time for Defendants to answer, move or otherwise respond to the Amended Complaint shall be extended from April 21, 2022 up to and including June 21, 2022.

2. The parties shall confer regarding the briefing schedule for any motion filed pursuant to paragraph 1.

3. Memoranda of law in support of and in opposition to any motion made in response to the Amended Complaint may be up to 50 pages and reply memoranda may be up to 25 pages.

4. Nothing herein shall be deemed to constitute a waiver of any claims or defenses in this matter.

Dated:   New York, New York
         April 18, 2022

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By: _____/s/ Loretta E. Lynch_____
    Brad S. Karp (bkarp@paulweiss.com)
    Loretta E. Lynch (lelynch@paulweiss.com)
    Lynn B. Bayard (lbayard@paulweiss.com)
    Brette Tannenbaum
    (btannenbaum@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Attorneys for Defendants

WIGDOR LLP

By: _____/s/ Michael J. Willemin_____
    Douglas H. Wigdor (dwigdor@wigdorlaw.com)
    Michael J. Willemin
    (mwillemin@wigdorlaw.com)
    David E. Gottlieb (dgottlieb@wigdorlaw.com)

85 Fifth Avenue
New York, NY 10003
(212) 257-6800

and

ELEFTERAKIS, ELEFTERAKIS & PANEK
80 Pine Street, 38th floor
New York, NY 10005
(212) 532-1116

Attorneys for Plaintiffs

**SO ORDERED:**

_____
HON. VALERIE E. CAPRONI, U.S.D.J.
Date: April 18, 2022