UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all other similarly situated,

                      Plaintiffs,

       v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

                      Defendants.
-----------------------------------------------------------------X

Civil Action No.: 22-cv-00871 (VEC)

**NOTICE OF APPEARANCE**
**OF JOHN ELEFTERAKIS**

      **PLEASE TAKE NOTICE** that John Elefterakis of the law firm of Elefterakis, Elefterakis & Panek, hereby appears as co-counsel for Brian Flores, Steve Wilks, and Ray Horton in the above-captioned matter.

Dated: April 21, 2022
       New York, New York

                              ELEFTERAKIS, ELETERAKIS & PANEK

                              By:   /s/ John Elefterakis
                                    John Elefterakis
                              80 Pine Street, 38th Floor
                              New York, New York 10005
                              Tel.: (212) 532-1116
                              Fax: (212) 532-1176
                              john@elefterakislaw.com

                              *Co-Counsel for Plaintiffs and*
                              *Putative Class Counsel*