USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                                                 Plaintiff,

-against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                                                 Defendants.
------------------------------------------------------------X

22-CV-0871 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS an initial pretrial conference in this matter is currently scheduled for Monday, May 2, 2022 at 11:00 A.M., Dkt. 37; and

       WHEREAS the conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS HEREBY ORDERED that counsel for the parties must attend the conference in person. Any interested members of the public may attend the conference in person or remotely, by dialing 1-888-363-4749, using the access code 3121171, and the security code 0871. Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that by no later than **Wednesday, April 27, 2022**, the parties must inform the Court how many counsel and client representatives (if any) will be attending the conference in person.  Each side will be allowed four representatives at counsel table, with additional seating for the parties available in surrounding chairs and the gallery.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:  **April 22, 2022**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**