# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

April 27, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

       Re:   *Flores, et al. v. The National Football League, et al.*;
               <u>Case No. 22 Civ. 00871 (VEC)</u>

Dear Judge Caproni,

We represent Plaintiffs in the above-referenced matter and write in compliance with Your Honor's April 22, 2022 order directing the parties to inform the Court how many counsel and client representatives will be attending the May 2, 2022 initial pretrial conference in person. From Plaintiffs' side, four attorneys will be present and no clients.

Respectfully submitted,

David E. Gottlieb