UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>- v. -<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                                        Defendants. | Case No. 22-cv-871-VEC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby appears as counsel for the National Football League, New York Football Giants, Inc. d/b/a New York Giants, Miami Dolphins, Ltd. d/b/a Miami Dolphins, Denver Broncos Football Club d/b/a Denver Broncos, Houston NFL Holdings, L.P. d/b/a Houston Texans, Arizona Cardinals Football Club LLC d/b/a Arizona Cardinals, and Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans, defendants in the above-captioned matter.

Dated: New York, New York
       April 28, 2022

Respectfully, submitted

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Maia Usui
       Maia Usui

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3979
Fax: (646) 390-5636
musui@paulweiss.com

*Counsel for Defendants The National Football League, New York Football Giants, Inc., Miami Dolphins, Ltd., Denver Broncos Football Club, Houston NFL Holdings, L.P., Arizona Cardinals Football Club LLC, and Tennessee Titans Entertainment, Inc.*