USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                            Plaintiff,

-against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                            Defendants.
-------------------------------------------------------------- X

22-CV-0871 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 2, 2022, the parties appeared for an initial pretrial conference.

       IT IS HEREBY ORDERED that, for the reasons stated at the conference, Defendants' motion to compel arbitration is due no later than **Tuesday, June 21, 2022**, Plaintiffs' response in opposition is due no later than **Friday, July 22, 2022**, and Defendants' reply in support is due no later than **Friday, August 5, 2022**. The parties' briefs are limited to the default page limits: 25 pages for the opening and response briefs and 10 pages for the reply brief. If any of Plaintiffs' claims remain in the litigation following the Court's resolution of the motion, Defendants will be given the opportunity to file a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that if, upon reviewing Defendants' motion to compel arbitration, Plaintiffs still seek motion-related discovery, they must meet and confer with Defendants to determine whether the parties can resolve the issue without court intervention. If the parties are unable to resolve the dispute amongst themselves, Plaintiffs may file a letter brief, not to exceed five single-spaced pages, seeking leave to take motion-related discovery. Any such request is due no later than **Friday, July 1, 2022**. Any response in opposition, limited to five single-spaced pages, is due no later than **Friday, July 8, 2022**.

IT IS FURTHER ORDERED that the entry of a Case Management Plan is adjourned *sine die* and fact and expert discovery is hereby STAYED.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court-annexed mediation program, they may submit a joint letter requesting a referral.

**SO ORDERED.**

Date:  May 2, 2022
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**