**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                     Defendants. | Civil Action No.: 22-CV-00871 (VEC) |

**NOTICE OF DEFENDANTS' MOTION TO**
**COMPEL ARBITRATION AND STAY FURTHER PROCEEDINGS**

PLEASE TAKE NOTICE that, pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 3–4, Defendants respectfully move this Court for an order compelling the arbitration of Plaintiffs' claims and staying further proceedings in this action. Filed contemporaneously with this notice is a memorandum of law in support of Defendants' motion and the accompanying declaration of Dolores F. DiBella. Defendants submit this motion in accordance with the Court's scheduling order of May 2, 2022 (ECF

No. 43) and without waiver of any other defenses to this action, including objections to the propriety of venue in this District or the Court's personal jurisdiction.  *See*, *e.g.*, *Ramasamy v. Essar Glob. Ltd.*, 825 F. Supp. 2d 466, 467 n.1 (S.D.N.Y. 2011); *see also Halliburton Energy Servs., Inc.* v. *Ironshore Specialty Ins. Co.*, 921 F.3d 522, 529 n.2 (5th Cir. 2019); *Gerber* v. *Riordan*, 649 F.3d 514, 519 (6th Cir. 2011).

Dated: New York, New York
       June 21, 2022

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Loretta E. Lynch
Loretta E. Lynch
Brad S. Karp
Lynn B. Bayard
Brette Tannenbaum
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3900
lelynch@paulweiss.com
bkarp@paulweiss.com
lbayard@paulweiss.com
btannenbaum@paulweiss.com

*Attorneys for the National Football League, New York Giants, Miami Dolphins, Denver Broncos, Houston Texans, Arizona Cardinals and Tennessee Titans*