UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

**DECLARATION OF DOLORES F. DIBELLA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY FURTHER PROCEEDINGS**

I, Dolores F. DiBella, declare and state as follows:

1. I am the Vice President of Legal Affairs for defendant National Football League, 345 Park Avenue, New York, NY 10154. I respectfully submit this declaration in support of Defendants' motion to compel arbitration and stay further proceedings.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the Constitution and Bylaws of the NFL, revised as of September 14, 2016.

3. Attached as Exhibit 2 is a true and correct excerpted copy of an employment agreement between Plaintiff Brian Flores and defendant Miami Dolphins, Ltd., dated February 4, 2019.

4. Attached as Exhibit 3 is a true and correct excerpted copy of an employment agreement between plaintiff Brian Flores and New England Patriots LLC, dated February 1, 2016.

5. Attached as Exhibit 4 is a true and correct excerpted copy of an employment agreement between plaintiff Brian Flores and Pittsburgh Steelers LLC, dated February 18, 2022.

6. Attached as Exhibit 5 is a true and correct excerpted copy of an employment agreement between plaintiff Steve Wilks and defendant Arizona Cardinals Football Club LLC, dated January 22, 2018.

7. Attached as Exhibit 6 is a true and correct excerpted copy of an employment agreement between plaintiff Steve Wilks and Panthers Football, LLC, dated February 16, 2022.

8. Attached as Exhibit 7 is a true and correct excerpted copy of an employment agreement between plaintiff Ray Horton and defendant Tennessee Football, Inc., dated January 20, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2022 in New York, New York.

Dolores F. DiBella