# EXHIBIT 4

# EMPLOYMENT AGREEMENT

THIS EMPLOYMENT AGREEMENT ("Agreement") is made as of the 18th day of February, 2022 (the "Effective Date"), by and between **PITTSBURGH STEELERS LLC** ("Club"), and **Brian Flores** ("Coach"). Collectively, Club and Coach are referred to in this Agreement as the "Parties."

## WITNESSETH:

**WHEREAS**, Club and Coach desire to enter into this Agreement which provides for Coach to serve as Assistant Football Coach in connection with the operation of the professional football team operated by Club as a member of the National Football League ("NFL"); and

**WHEREAS**, Coach represents to Club that he is free to accept employment and has no prior obligation or commitments of any kind or anyone that would in any way hinder or interfere with the performance of his duties for Club; and

**WHEREAS**, Club and Coach agree that this Agreement supersedes and replaces any and all previous agreements (oral or written) between Club and Coach.

**NOW, THEREFORE**, Club and Coach, intending to be legally bound, agree as follows:

1. **Recitals.** The foregoing recitals are true and correct and incorporated herein.

2. **Term.** Subject to the terms and conditions of this Agreement, Club agrees to employ Coach, and Coach accepts such employment, for the two-year period (the "Term") commencing on the Effective Date and, unless sooner terminated in accordance with the provisions of Paragraph 5 below or extended in writing by mutual agreement of the parties, this Agreement shall expire on **February 28, 2024**. For clarification purposes, the Term shall consist of two (2) contract years (each a "Contract Year") defined as follows:

   - Contract Year 1: (February 21, 2022 to February 28, 2023)
   - Contract Year 2: (March 1, 2023 to February 28, 2024)







13.     **NFL Rules**. Coach agrees to comply at all times with, and to be bound by, the Constitution and By-Laws as well as the Code of Conduct, and the Rules and Regulations of the NFL, in their present form and as the amended from time to time hereafter, which are hereby made a part of this Agreement, and by the decisions of the Commissioner thereof, which decisions shall be final, conclusive and unappealable. Coach hereby acknowledges that he has read the NFL Constitution and By-Laws as well as the Code of Conduct and the Rules and Regulations, and understands his obligations thereunder.

14.     **Commissioner's Authority to Arbitrate Disputes**. Coach agrees that all other matters in dispute between Coach and Club, including without limitation any dispute arising under any federal, state or local statute (such as claims alleging violation of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, or the Pennsylvania Human Relations Act) or arising from the terms of this Agreement, shall be referred to the Commissioner for binding arbitration pursuant to the NFL's arbitration guidelines, and that his decision shall be accepted as final, conclusive and unappealable. It is further agreed that any award or finding made by the Commissioner as sole arbitrator of any such dispute, shall in all

respects be well and faithfully kept and observed and may be imposed by judgment of the appropriate court of the Commonwealth of Pennsylvania pursuant to the applicable laws relating thereto.



[Redacted content]

PITTSBURGH STEELERS LLC

By: _____
Arthur J. Rooney, II

_____
Brian Flores

APPROVED:

This ____ day of _____, 20___.

By: _____
Commissioner
National Football League