# Exhibit B

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3118

WRITER'S DIRECT FACSIMILE

(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS

lelynch@paulweiss.com

June 27, 2022

**Via Email**

Douglas H. Wigdor
Wigdor LLP
85 Fifth Avenue
New York, NY 10003

Re:   *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Doug:

We write in response to your June 24, 2022 letter.

In your letter, you set forth several broad requests for discovery, to be conducted on an "expedited" basis, which you believe is necessary in order for Plaintiffs to oppose Defendants' pending motion to compel arbitration.

We have reviewed your requests and find them to be entirely outside the scope of permissible discovery, particularly on Defendants' motion to compel arbitration. As Judge Caproni noted at our initial pre-trial conference, the issue of arbitrability is one that can be decided based solely on the relevant contractual provisions—all of which have been attached as exhibits to Defendants' motion—and thus requires no discovery to resolve.  *See* Initial Pre-Trial Conference Tr. 6:18–21 (May 2, 2022); *see also Nicosia* v. *Amazon.com, Inc.*, 834 F.3d 220, 231 (2d Cir. 2016) ("[W]hen it is apparent—on the face of the complaint and documents properly incorporated therein—that claims are subject to

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Douglas H. Wigdor                                                                                                                          2

arbitration, a district court may dismiss in favor of arbitration without the delay of [engaging in] discovery."). The discovery you seek is not only premature and wholly irrelevant, it is also unnecessary for Plaintiffs to oppose—or for the Court to resolve—Defendants' pending motion.

Accordingly, we do not intend to produce any documents, or make any witnesses available for deposition, at this time.

We are available to meet and confer regarding your requests if needed. We are currently available on Tuesday before 11:30 a.m. or after 3 p.m., on Wednesday after 10 a.m.; and on Thursday between 10 a.m. and 3:30 p.m.

We reserve all rights.

Sincerely,

/s/ *Loretta E. Lynch*
Loretta E. Lynch