# Exhibit D

Case 1:22-cv-00871-VEC Document 54-4 Filed 07/01/22 Page 2 of 3

# Roger Goodell's astronomical pay revealed: NFL commissioner topped $125 million over past two years combined

cbssports.com/nfl/news/roger-goodells-astronomical-pay-revealed-nfl-commissioner-topped-125-million-over-past-two-years-combined/

John Breech



The pay of NFL commissioner Roger Goodell has been a closely guarded secret over the past six years, but it appears part of that secret has finally leaked out.

According to the *New York Times*, Goodell has pulled in nearly $130 million over the past two years combined. Goodell's pay was revealed during the NFL owners meeting on Wednesday. During the session, a slide was shown that showed Goodell's pay and multiple sources in the room told the *Times* what the exact number was.

Overall, Goodell earned $63,900,050 per year in each of the past two years, which means his pay was $127.8 million for fiscal years 2019-20 and 2020-21. One note about Goodell's pay is that it's mostly made up of bonuses with more than 90% of his earnings coming from bonus money. His pay was extra high over the past two years because he helped the NFL pull off two monstrous negotiations that helped cement the future of the league. First, he got

a new CBA signed in March 2020. One year later, he lined the NFL's pockets by getting the networks to agree to a new media deal that will pay out a total of $113 billion between now and 2033.

Before this week, the amount of money that Goodell had been paid had basically been a mystery over the past six years. The NFL used to hold tax-exempt status, which means anyone could look up Goodell's salary using public records. However, the league dropped the status in 2015 and since then, the NFL hasn't had to release any numbers related to Goodell's pay.

Goodell has been the NFL's commissioner since 2006 and although it's not clear what his pay was between 2016 and 2018, the Action Network estimates that he has made a total of $375 million during his 15-year career as commissioner, which is an average of $25 million per year. In 2015, the last year where his salary was a matter of public record, Goodell pulled in $32 million.

The commissioner's salary might draw the ire of some employees working in the league office if only because his astronomical pay is being revealed less than 18 months after the NFL asked hundreds of employees to take a pay cut. Back in April 2020, the league sent out a memo noting that Goodell was going to take a zero dollar salary due to the pandemic, but that gesture might ring hollow to league employees who now know that he made $63.9 million in a year where they were asked to take a pay cut that ranged from 5% to 15%.

Goodell is currently working under a five-year contract that runs through 2023 season.