# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

July 18, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    *Flores, et al. v. The National Football League, et al.*; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs in the above-referenced matter and write to respectfully request an adjournment *sine die* of the deadline to submit Plaintiffs' opposition to Defendants' motion to compel arbitration ("Arbitration Motion"). Dkt. Nos. 47-50. The current deadline is July 22, 2022. Dkt. No. 43. Plaintiffs seek this adjournment due to the pending motion to compel discovery related to arguments and factual matters at issue in the motion to compel arbitration ("Discovery Motion"). Dkt. Nos. 54-55. A *sine die* adjournment will provide the parties an opportunity to confer regarding a briefing schedule on the Arbitration Motion and submit same to the Court, once an order is issued on the Discovery Motion. This is the first request for an adjournment of this deadline and Defendants do not oppose this request.

Respectfully submitted,

*/s/ Douglas H. Wigdor*

Douglas H. Wigdor

cc:    All Counsel of Record (*via* ECF)