USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                              Plaintiff,

         -against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                              Defendants.
-------------------------------------------------------------- X

22-CV-0871 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on May 2, 2022, the Court entered an order setting briefing deadlines for the motion to compel arbitration. Dkt. 43. Pursuant to that schedule, Defendants were required to file their motion to compel arbitration no later than Tuesday, June 21, 2022, Plaintiffs were required to file their opposition no later than Friday, July 22, 2022, and Defendants were required to file their reply no later than Friday, August 5, 2022, *id.* at 1; and

WHEREAS in the May 2, 2022, Order, the Court further ordered that Plaintiffs' request for motion-related discovery would be due no later than Friday, July 1, 2022, and Defendants' response would be due no later than Friday, July 8, 2022, *id.* at 2.

IT IS HEREBY ORDERED that all briefing deadlines for the motion to compel arbitration are adjourned *sine die* until Plaintiff's request for motion-related discovery has been decided.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at docket entry 56.

**SO ORDERED.**

Date:  July 18, 2022
      New York, New York

**VALERIE CAPRONI**
**United States District Judge**