# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

August 9, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   Re: *Flores, et al. v. The National Football League, et al.*; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs in the above-referenced matter and write with Defendants' consent to respectfully request an extension from August 19, 2022 to August 31, 2022 to submit opposition to Defendants' motion to compel arbitration. Plaintiffs seek this extension of time due to previously scheduled deadlines and commitments between now and deadline set by the Court's August 4, 2022 order. This is the second request for an extension of this deadline; the first extension was requested due to the then-pending motion to compel discovery. Plaintiffs have consented to Defendants' request to submit reply papers by September 16, 2022.

Respectfully submitted,

Douglas H. Wigdor

cc: All Counsel of Record (*via* ECF)