# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2023

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

**MEMO ENDORSED**

March 3, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    <u>Flores, et al. v. The National Football League, et al.</u>; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs and write jointly with Defendants in the above-referenced matter to respectfully request a rescheduling of the pre-trial conference currently scheduled for March 24, 2023 at 10:00 a.m. Dkt. No. 76 at p. 29. The parties propose March 20, March 22, April 5, or April 7 as alternative dates.[1] The parties submit this request as Plaintiffs' counsel is unavailable on the original scheduled date. The parties also request that the deadline for submission of the requested joint letter be rescheduled to seven days prior to the revised conference date. This is the first request for an extension of this deadline.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Douglas H. Wigdor*
Douglas H. Wigdor

cc: All counsel (via ECF)

---

Application GRANTED. The March 24, 2023, conference is adjourned until **Friday, April 7, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions are due on **March 30, 2023**.

SO ORDERED.

*Valerie Caproni*                    03/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] While Plaintiffs' counsel can be available on any of these dates, we respectfully prefer April 5 or April 7 if feasible for the Court.