PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS        NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(212) 373-3118

WRITER'S DIRECT FACSIMILE

(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS

lelynch@paulweiss.com

March 20, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   *Flores, et al.* v. *The National Football League, et al*., No. 22-cv-871-VEC

Dear Judge Caproni:

  Pursuant to Paragraph 2(C) of Your Honor's Individual Practices in Civil Cases, Defendants and Plaintiffs write jointly in the above-captioned matter to respectfully request an extension of the briefing deadlines for the parties' recently filed motions for partial reconsideration of the Court's March 1, 2023 order. *See* Dkts. 79, 81. Currently, Defendants' opposition to Plaintiffs' motion is due by March 28, 2023, and Plaintiffs' reply is due by April 4, 2023; Plaintiffs' opposition to Defendants' motion is due by March 29, 2023, and Defendants' reply is due by April 5, 2023. The parties respectfully ask that the deadlines for their respective oppositions to both motions be extended to April 7, 2023, and the deadlines for their respective replies to April 21, 2023, so that the parties may have adequate time to fully brief the issues raised in their respective motions. There have been no previous requests for extensions of these deadlines.

  The parties also respectfully request an adjournment of the pretrial conference currently scheduled for April 7, 2023 at 10:00 a.m. and the March 30, 2023 deadline for the parties' pre-conference submissions. *See* Dkt. 78. The parties jointly seek this adjournment in light of their pending motions for partial reconsideration, which, under the current briefing schedule, would be fully briefed only two days before the currently scheduled pretrial conference (or two weeks thereafter, if the parties' request for an extended briefing schedule is granted). Given the potential impact that the Court's decisions on those motions could have on the issues to be addressed at the pretrial conference, including anticipated motions and the scope and schedule of discovery in this

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        2

case, the parties respectfully ask that the pretrial conference and attendant deadline for the pre-conference submissions be adjourned until after the Court has ruled on their motions. This is the parties' second request for an adjournment of these dates.  *See* Dkt. 77.

        Respectfully submitted,

        */s/ Loretta E. Lynch*
        Loretta E. Lynch

cc:    Counsel of Record (via ECF)