EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN FLORES, STEVE WILKS, and RAY
HORTON, as Class Representatives, on behalf of
themselves and all others similarly situated,

                                  Plaintiffs,

                                  v.

THE NATIONAL FOOTBALL LEAGUE; NEW
YORK FOOTBALL GIANTS, INC. d/b/a NEW
YORK GIANTS; MIAMI DOLPHINS, LTD.
d/b/a MIAMI DOLPHINS; DENVER BRONCOS
FOOTBALL CLUB d/b/a DENVER BRONCOS;
HOUSTON NFL HOLDINGS, L.P. d/b/a
HOUSTON TEXANS; ARIZONA CARDINALS
FOOTBALL CLUB LLC d/b/a ARIZONA
CARDINALS; TENNESSEE TITANS
ENTERTAINMENT, INC. d/b/a TENNESSEE
TITANS; and JOHN DOE TEAMS 1 through 26,

                                Defendants.
-------------------------------------------------------------X

Civil Action No.: 22-CV-00871 (VEC)

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF LAW PROFESSORS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

      Before the Court is the motion for leave to file the *amici curiae* brief of law professors in support of Plaintiffs' motion for reconsideration. Having reviewed the proposed brief and considered the motion, it is hereby **ORDERED** that the motion for leave to file the *amici curiae* brief is **GRANTED**.

      **IT IS SO ORDERED**.

Dated: _____

                                                                                Hon. Valerie E. Caproni