```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIAN FLORES, STEVE WILKS, and RAY　　　　　　:
HORTON, as Class Representatives, on behalf of　:
themselves and all others similarly situated,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　Plaintiffs,　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
THE NATIONAL FOOTBALL LEAGUE; NEW　　　　　:
YORK FOOTBALL GIANTS, INC. d/b/a NEW　　　　:　Civil Action No.: 22-CV-00871 (VEC)
YORK GIANTS; MIAMI DOLPHINS, LTD.　　　　　　:
d/b/a MIAMI DOLPHINS; DENVER BRONCOS　　　:
FOOTBALL CLUB d/b/a DENVER BRONCOS;　　　:
HOUSTON NFL HOLDINGS, L.P. d/b/a　　　　　　　:
HOUSTON TEXANS; ARIZONA CARDINALS　　　　:
FOOTBALL CLUB LLC d/b/a ARIZONA　　　　　　　:
CARDINALS; TENNESSEE TITANS　　　　　　　　　:
ENTERTAINMENT, INC. d/b/a TENNESSEE　　　　:
TITANS; and JOHN DOE TEAMS 1 through 26,　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　Defendants.　　:
------------------------------------------------------------------X

## ~~[PROPOSED]~~ ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF LAW PROFESSORS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

Before the Court is the motion for leave to file the *amici curiae* brief of law professors in support of Plaintiffs' motion for reconsideration. Having reviewed the proposed brief and considered the motion, it is hereby **ORDERED** that the motion for leave to file the *amici curiae* brief is **GRANTED**.

**IT IS SO ORDERED**.

Dated: 03/27/2023

_____
Hon. Valerie E. Caproni