**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

April 4, 2023

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    <u>Flores, et al. v. The National Football League, et al.</u>; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs in the above-referenced matter and write to respectfully request an extension from Friday, April 7, 2023 to Tuesday, April 11, 2023 to submit our consolidated opposition/reply brief on the pending motions for reconsideration. We seek this adjournment due to religious holidays this week which are observed by all the partners working on this matter as well as medical appointments which cannot be rescheduled. This is the first request for an adjournment of this deadline and Defendants do not oppose this request. In the event the Court grants this request, Defendants have requested a reciprocal extension to submit their reply brief from April 14, 2023 to April 21, 2023. Plaintiffs consent to that request.

We thank You Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Douglas H. Wigdor

Enc.

cc: All counsel (via ECF)