**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jaquel Jerai Pitts
_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Elefterakis Elefterakis
Paul Weiss
Wigdor LLP
Arizona Cardinals NFL
Houston Texans
(List the full name(s) of the defendant(s)/respondent(s).)
New York Football Giants Inc.
The Tennessee Titans

Case Number:
1:22-cv-00871 Flores v. The National Football

docket number is 23-1027

\_\_\_\_\_CV_____ (\_\_\_\_\_) (\_\_\_\_\_)

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☑ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am a former ward of the court (former foster youth) from the state of California. In the past two years I
Therefore I am unable to afford an attorney. I am in desperate need for an attorney.
_____
_____
_____
_____
_____

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have contacted various lawyers, law firms and legal clinics but I can not afford their services and I have not been able to secure a pro-bono attorney. I haven't receive sufficient assistance from any legal clinics.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| 7/24/2023 | |
| Date | Signature |
| Dr. Jaquel Pitts, Ph.D. | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 421 Broadway Ave #24 | San Diego    CA    92101 |
| Address | City    State    Zip Code |
| 408-449-7364 | pittsjaquel@yahoo.com |
| Telephone Number | E-mail Address (if available) |

7/24/2023
Jaquel Pitts    *Jaquel Pitts*

2

Because Mr. Pitts has appealed the Court's decision to deny his motion to intervene, the Court no longer has jurisdiction over this matter. The Clerk of Court is respectfully directed to transmit a copy of Mr. Pitt's application to the Second Circuit and to note the transmission on the docket, and to CLOSE the open motion at Dkt. 106. The Clerk of Court is further directed to mail a copy of the endorsed order to Jacquel Pitts, 421 Broadway Ave #24, San Diego, CA 92101, and to note the mailing on the docket.

Mr. Pitts is advised that all communications with the Court should be made by filing a letter. If Mr. Pitts has difficulty doing so, the Court advises him to consult the websites for the Southern District of New York and the Second Circuit for guidance on filing materials *pro se*. The Court is unable to act on communications or filings sent directly to the Chambers email address.

SO ORDERED.

*[Signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

07/31/2023