**APPEAL TO HONORABLE VALERIE CAPRONI DECISION TO DENY MY REQUEST TO INTERVENE AND BECOME A PLAINTIFF IN CASE NUMBER 1:22-cv-00871.**

7/11/2023

My name is Bishop Dr. Jaquel Pitts, Ph.D. My date of birth is 03/28/1994. This hereby serves as an APPEAL to Honorable Valerie Caproni decision to DENY my request to intervene and become a plaintiff in case number 1:22-cv-00871.

Flores v. The National Football League, 1:22-cv-00871 –

The Honorable Valerie Caproni decision to deny my request to be a proposed intervenor/plaintiff in this case has no rationale or merit. I am an African American football coach who has eight years of coaching experience at the high school and collegiate level. I have applied to the NFL Bill Walsh Diversity Fellowship NFL Coaching Job for the past 5 years and I have not been selected once despite the fact that I am qualified to coach for that NFL program. I've also observed Caucasian individuals and

other individuals who have been selected for this position who were not as qualified as me. I've also participated in phone calls in which the Miami Dolphins, the Denver Broncos, the New York Giants and the Houston Texans, and the NFL claimed the reason why I was not selected as a COACH for the NFL Bill Walsh Diversity Fellowship Coaching program was because of my race, color, religion, disability, and because I participated in various discrimination complains and because I opposed discrimination against the NFL.

I am a certified personal trainer by Expert Rating Inc, certified strength and conditioning coach by Expert Rating Inc., I have a certificate in athletic coaching from Fullerton College, I have a bachelor's degree in University studies from Mayville State University, I have a master's degree in History from American Military University, I have a PHD degree in counseling Summa Cum Laude from Northwestern Christian University in Florida.

I am obviously qualified to coach in the NFL and be a competent employee for the Bill Walsh Diversity Fellowship NFL Coaching Program but because of my race and other protected qualities the NFL recommended to the Miami Dolphins, the Denver Broncos, and the New York Giants to refuse to hire me and these teams upheld this discriminatory decision.

For these reasons I believe I meet the criteria to be a proposed intervenor/plaintiff in this case.

Flores v. The National Football League, 1:22-cv-00871 –

Sincerely,

Dr. Jaquel Pitts, Ph.D.

Jaquel Pitts