UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jaquel Jerai Pitts

_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Elefterakis Elefterakis   Arizona Cardinals   NFL
Paul Weiss               Houston Texans
Wigdor LLP               New York Football Giants Inc.
                         The Tennessee Titans
(List the full name(s) of the defendant(s)/respondent(s).)

Case Number:
1:22-cv-00871 Flores v. The National Foo

_____CV_____ ()()

**MOTION FOR LEAVE TO**

**PROCEED IN FORMA**
**PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in*

*forma pauperis* on appeal. This motion is supported by the attached affidavit.

7/21/2023
_____
Dated

*Jaquel Pitts*
_____
Signature

Dr. Jaquel Pitts, Ph.D.
_____
Name (Last, First, MI)

1439 N. Highland Ave #216 Los Angeles,CA,90028
_____
Address                          City              State                    Zip Code

3108674233
_____
Telephone Number

pittsjaquel@yahoo.com
_____
E-mail Address (if available)

# Application to Appeal In Forma Pauperis

Jaquel Pitts _____ v. Elefterakis Elefterakis Paul Weiss Wigdor LLP _____

Appeal No. Case Number: 1:22-cv-00871 Flores v. The National Foot

District Court or Agency No. __docket number is 23-1027__

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: *Jaquel Pitts* _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: 7/21/2023 _____ |

My issues on appeal are: (required):

I am a PROPOSED INTERVENOR/PLANTIFF in this case. I believe I am eligible as a plantiff in this case but the attorneys for Brian Flores has refused to add me as a plantiff in this case. Therefore I am appealing this and requesting to be added to this case as a plantiff/proposed intervenor. I applied for several NFL coaching jobs from 2015-2022 and I was not hired due to my race, color, national origin, retaliation, and participation in protected activities. I have no income and I can not afford the appeal fees.

1.   *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ N/A | $ |
| Self-employment | $ N/A | $ | $ N/A | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ N/A | $ |

12/01/2013 SCC                                             - 1 -

| Interest and dividends | $     N/A | $ | $ | $ |
|---|---|---|---|---|
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $  N/A |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4.     *How much cash do you and your spouse have?* $ 0 _____

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.     *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ N/A |
| N/A | N/A | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | N/A | |
| Model: | | |
| Registration #: | | |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.     State the persons who rely on you or your spouse for support.

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8.     Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>    Are real estate taxes included?        [ ] Yes   [ ] No<br>    Is property insurance included?        [ ] Yes   [ ] No | $ Unknown | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ Unknown | $ |
| Home maintenance (repairs and upkeep) | $ Unknown | $ |
| Food | $ Unknown | $ |
| Clothing | $ Unknown | $ |
| Laundry and dry-cleaning | $ Unknown | $ |
| Medical and dental expenses | $ Unknown | $ |

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ Unknown | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ Unknown | $ |

Insurance (not deducted from wages or included in mortgage payments)    N/A

| | | |
|---|---|---|
| Homeowner's or renter's: | $ N/A | $ |
| Life: | $ N/A | $ |
| Health: | $    N/A | $ |
| Motor vehicle: | $    N/A | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ Unknown | $ |

Installment payments

| | | |
|---|---|---|
| Motor Vehicle: | $ N/A | $ |
| Credit card (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9.    *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

[ ] Yes        [x] No        If yes, describe on an attached sheet.

10.    *Have you spent — or will you be spending —any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [x] No

*If yes, how much?* $ _____

11.   *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I am a former ward of the court (former foster youth) from the state of California. In the past two years I have been homeless. I am indigent. I have no income Therefore I am unable to pay the docket fees for my appal.

12.   *Identify the city and state of your legal residence.*

City  San Diego _____   State  CA _____

Your daytime phone number: 408-449-7364 _____

Your age:  29 _____   Your years of schooling:  Unknown _____

Last four digits of your social-security number:  Unknown _____

Jaquel Pitts
7/24/2023

*Jaquel Pitts*

[ Print ]   [ Save ]   [ Reset Form ]

- 6 -