

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2023

-----Original Message-----
From: Jaquel Pitts <pjaquelj236@gmail.com>
Sent: Saturday, July 8, 2023 2:32 AM
To: Temporary Pro Se Filing NYSD <pro_se_filing@nysd.uscourts.gov>
Subject: FILING

CAUTION - EXTERNAL:

My name is Jaquel Pitts. I am hereby submitting a filing in this court. Please confirm receipt of this filing and please provide confirmation that it was filed.

Please review the file titled NEW YORK FILING

Best regards,

Jaquel Pitts


Greetings,

My name is Bishop Dr. Jaquel Pitts, Ph.D. My biological father's name is Terrence Dokes.

I am interested in joining the class action lawsuit initiated by Brian Flores against the NFL.

I have applied to coaching positions in the NFL for the past 3-5 years and each year I have been discriminatorily

denied.

My biological cousin Phillip Dokes Sr. played in the NFL

Darren Mcfadden is related to my cousin Tee Dokes and Phillip Dokes Jr. thus making Darren Mcfadden my

cousin-in-law. Darren Mcfadden knows of the Dokes family really well. Darren does not know the Pitts family. Darren knows the Dokes family.

Terrence Dokes is my biological father.

I have another cousin-in-law by the name of Daved Benefield who played in the NFL who is related to my biological cousin Dre Dokes who played in the CFL. Benefield and Dokes' mother, Shannon Dokes, are first cousins from Little Rock, Ark.

I declared for the 2015 NFL Draft as an underclassman. I played college football at Trinity International University. I played high school football at Central Valley High School in Ceres, California. I have been a part of the following professional football teams as a player. Cleveland Patriots, Harrisburg Stampede, Arkansas Twisters, and San Jose Sabercats.

My resume is attached.

I have a Ph.D. in counseling from Northwestern Christian University. I have a master's degree in History from American Military University. I have a bachelor's degree in University Studies from Mayville State University. I have an associate degree in Psychology from Yuba College. I have an associate degree in Kinesiology from El Camino College. I have a certificate in athletic coaching from Fullerton College. I am certified as a certified personal trainer from the international sports science's association.

I was in foster care for 14 years.

I have a mental disability.

----- Forwarded Message -----

From: NFLBILLWALSHDIVERSITY <nflbillwalshdiversity@nfl.com>
Sent: Wednesday, June 30, 2021, 01:13:10 PM PDT
Subject: Bill Walsh Diversity Coaching Fellowship Update

Dear Applicant:

We are reaching out to make you aware that if you have not been contacted by a club for the Bill Walsh Diversity Coaching Fellowship by now, then you have not been selected for 2021. The program continues to become competitive, as we had a high number of applicants. Thank you for your interest! Applications for 2022 will open in March.

Thank you!
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

7/7/2023

COMPLAINT/PETITION TO BECOME A PROPOSED INTERVENOR/PLAINTIFF IN

case number 1:22-cv-00871

My name is Jaquel Pitts. I am hereby filing a complaint against the following counsel

which is located below. I am hereby petitioning and requesting to be added as a plaintiff

in the class action lawsuit because due to my sincerely held religious beliefs I believe I

meet the criteria and eligibility requirements as a plaintiff for this class action lawsuit. My

date of birth is 03/28/1994.

Brian Flores et al. v. The National Football League et al., case number 1:22-cv-00871,

in the U.S. District Court for the Southern District of New York

WIGDOR LLP By: _____ Douglas H. Wigdor Michael J.

Willemin David E. Gottlieb 85 Fifth Avenue New York, NY 10003 Telephone: (212)

257-6800 Facsimile: (212) 257-6845 dwigdor@wigdorlaw.com

mwillemin@wigdorlaw.com dgottlieb@wigdorlaw.com Counsel for Plaintiff and Putative

Class Counsel - and - ELEFTERAKIS, ELEFTERAKIS & PANEK By:

_____ John Elefterakis Nicholas Elefterakis Raymond

Panek 80 Pine Street, 38th Floor New York, New York 10005 Telephone: 212-532-1116

Facsimile: 212 532-1176

Best regards,

Bishop Dr. Jaquel Pitts, Ph.D.

*Jaquel Pitts*

Application DENIED.  Mr. Pitts has not adequately pled sufficient, non-conclusory facts to establish that he has an interest in the subject of this lawsuit, a statutory right to intervene, or a common claim or defense with the parties as required by Federal Rule of Civil Procedure 24.  *See, e.g.*, *Floyd v. City of New York*, 802 F.R.D. 69, 83 (S.D.N.Y. 2014).

The Court will file the confidential medical information submitted by Mr. Pitts under seal.

SO ORDERED.

07/11/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Jaquel Pitts, M.A. 2021 Resume

Assistant Basketball Coach at University Of Los Angeles College Of Divinity Basketball

February 2021 - Present·Los Angeles, California

Assistant Coach

Shared with Public





Professional Basketball Player at High Desert Pumas ABA

December 1, 2020 - December 22, 2021·Los Angeles, California

Professional basketball player for the High Desert Pumas of the American Basketball Association. (Professional Basketball)

Shared with Public





Assistant Basketball Coach at High Desert Pumas ABA

October 27, 2020 - December 23, 2021·Hesperia, California

Assistant basketball coach for the High Desert Pumas of the American Basketball Association (Professional Basketball)

Shared with Public





Film Crew at

adidas

August 12, 2018 - Present·Los Angeles, California



**Fullerton College**

Admissions and Records Office

321 East Chapman Avenue • Fullerton, CA 92832-2095

E-mail: admissions@fullcoll.edu

June 29, 2023

To Whom It May Concern:

The following is degree information on the student below.

**Re: JAQUEL J. PITTS**                    Date of birth: **03/28/1994**

This letter is to certify that the above-named student and has successfully completed the requirements and been granted the following degrees:

**Associate in Arts Degree in Interdisciplinary Studies: Social Behavior & Self Development**
**dated December 11, 2021**

**Associate in Arts Transfer Degree in Law, Public Policy, and Society**
**dated May 20, 2023**

**Associate in Arts Degree in Interdisciplinary Studies: Science & Mathematics**
**dated May 20, 2023**

If you have any questions, please contact Leslie Livelo at the Fullerton College Admissions and Records Office (714) 732-5734

Sincerely,

Albert Abutin, Ed.D.
Dean of Enrollment Services

AA:lrl

Served as film crew for various media outlets, TMZ, and adidas for the 5th annual Athletes vs. Cancer celebrity Football game hosted by Snoop Dogg and Matt Barnes on August 12 2018

Shared with Public





Owner at Jaquel Pitts and Associates

2015 - Present·San Diego, California

''Jaquel Pitts and Associates'' consists of services such as Motivational Speaking/Personal Training/Life Coaching/Travel Coordination/Spokesman Services/Advocating Services/Business Consulting/Marketing/Peer Advisement/Financial Advisement/Peer Counseling/Tutoring Services/Peer Marriage Counseling/Career Coaching/Peer Family Counseling/Leadership Development Training/Marketing Strategy Consulting/Peer Mental Health Counseling/Peer Premarital Counseling/Private Fitness Coaching/Peer Social Anxiety Counseling/Social Media Marketing Consultant/Strategy and Operations Consulting/Strength Training/Stress Management Coaching/ Time and Organizational Management Training/Editing Services/Actor/Singer/Comedian/Modeling/Entertainment Services/Public Relations Expertise/ Consultant Services/

Shared with Public





Background actor at

[Bad Boy Entertainment](#)

November 12, 2015 - Present·Los Angeles, California

Being a background actor for Bad Boy Records artist Machine Gun Kelly In The World Series Music Video. The music video was released on November 3 2015. The video produced 8 million views on Youtube .

Shared with Public





Private Quarterbacks Coach at Jaquel Pitts and Associates

September 1, 2015 - Present·San Diego, California

Born in San Jose,California , Jaquel Pitts graduated from College of the Siskiyous. Jaquel Pitts has been coached by several NFL Hall of Famers. He finished his college football career at Mayville State University .Since 2012, he has served as a private quarterbacks coach to a substantial amount of elite quarterbacks. Over the past seven years, Coach Pitts has helped coached and developed some of the biggest quarterbacks in the game, including various NFL,CFL, and AFL quarterbacks.

Shared with Public





Professional Football Player at

[Arena Football League](Arena Football League)

June 2, 2015 - Present·San Jose, California

Playing professional football for the San Jose Sabercats of the Arena Football League and the 2015 Arena Bowl Champions.

Shared with Public





mentee at National Football League

May 31, 2012 - Present·New York, New York

Coached by Cris Carter who played in the NFL Coached By Tee Martin who played in the NFL Coached by Steve Sarkasian who coaches in the NFL Coached by Gregory Tolver who played in the NFL Coached by Richard Angulo who played in the NFL Coached by John Johnson Sr who played in the NFL Coached by Anthony Morgan who played in the NFL Coached by Hunter Cantwell who played in the NFL Coached by Preston Hadley who played in the NFL Coached by Cree Morris who played in the NFL Coached by John Bankhead who played in the NFL Coached by Akili Smith who played in the NFL Coached by Robert Pauele who played in the NFL Coached by Gino Crump who played in the NFL Coached by Christian Hackenberg who plays in the NFL Coached by Jordan Palmer who played in the NFL Coached by Tim Rogers who played in the NFL Coached by Clyde Logan Who Played in the NFL Coached by Mike Hohensee Who Played in the NFL Coached by Az Zahir Hakim Who Played in the NFL Coached by Lance Moore Who Played In The NFL Played With Ja'Quan Gardner Who Played In The NFL Coached by James Griffin Who Played in the NFL Coached by Joey Smith who played in the NFL Coached by Sage Rosenfels who played in the NFL . Coached by Rich Scangarello who coaches in the NFL . Coached by Marcus Hughes who coached in the NFL

Shared with Public





Former General Manager/Shooting Coach at

[Chula Vista Suns](#)

December 27, 2020 - March 27, 2021·Chula Vista, California

Serving as General Manager/Shooting Coach of the Chula Vista Suns Professional Basketball Organizations that competes in the American Basketball Association. My resignation occurred on 3/27/2021.

Shared with Public





Former Head coach at Overseas Basketball Combine

On December 11, 2020·Los Angeles, California

Served as Head Basketball Coach for 3 different teams during the Overseas Basketball Combine on 12/11/2020 at Open Gym Premier in Anaheim. Those 3 teams were Team Canada Team China and Team Africa. I went 3-0.

Shared with Public





Former interim head coach at High Desert Pumas ABA

December 2, 2020 - December 3, 2020·Los Angeles, California

Serving as Interim Head Coach for the High Desert Pumas of the American Basketball Association. (Professional Basketball)

Shared with Public





Former Vice President & General Manager at High Desert Pumas ABA

December 2, 2020 - December 23, 2020·Los Angeles, California

Serving as Vice President & General Manager of the High Desert Pumas of the American Basketball Association (Professional Basketball)

Shared with Public





Former Coach at Streetballer Tournament

On October 31, 2020·Los Angeles, California

Served as a basketball coach for professional basketball player Shaquille Maxey-Smith during the Streetballer tournament on October 31 2020 inside the gymnasium of the University of Los Angeles College of Divinity.

Shared with Public





Former Wide Receivers Running Backs Coach at

Rivals Camp Series

On March 1, 2020·Los Angeles, California

Served as the wide receivers/running backs coach at the Rivals Camp that occurred on 3/1/2020 at East Los Angeles College. I also coached alongside NFL Super Bowl champion Jamal Lewis. Duties also included assisting with the 40 yard dash station during the combine.

Shared with Public





Former Wr/qb/db Coach at

[Fast Play Football](#)

On February 1, 2020·San Diego, California

Participated as the WR/DB/QB coach at the 2020 NFL Alumni Super Bowl Camp Hosted During NFL Super bowl Weekend At Clairemont High School. The camp was coordinated by NFL Super Bowl Champion Lynell Hamilton.

Shared with Public





Former journalist at

[Bounce TV](#)

On December 4, 2019·Los Angeles, California

Served as a journalist for the 28th annual Bounce Trumpet Awards.

Shared with Public





Former Assistant to the Defensive Backs Coach at

[Fullerton College Football](#)

August 1, 2019 - November 2019·Fullerton, California

Assistant to the Defensive Backs Coach

Shared with Public





Former Professional Football Player at

[National Gridiron League](#)

July 26, 2019 - July 28, 2019·Little Rock, Arkansas

Playing professional football for the Arkansas Twisters of the National Gridiron League .

Shared with Public





Former Actor On BET The Next Rap Star at

BET

On June 22, 2019·Los Angeles, California

Served as a rapper/actor on BET The Next Rap Star

Shared with Public





Former Background Actor For VH1 Hip Hop Squares Season 3 at

VH1

In June 2019·Los Angeles, California

Being a background actor for VH1 Hip Hop Squares Season 3

Shared with Public





Former Football Coach at

Hard Count Athletics

On February 23, 2019·Poway, California

Served as a football coach at the Tyreek Hill 2019 Skills camp on February 23 2019 at Poway High School. Lesean Mccoy is a wide receiver for the Kansas City Chiefs of the National Football League.

Shared with Public





Former Wide Receivers Coach at

[Elite 11](#)

On February 10, 2019·Long Beach, California

Served as the wide receivers coach for the 2019 Nike Opening/Elite 11 camp at Long Beach City College on 2-10-2019 .

Shared with Public





Former Assistant Football Coach at

[Fast Play Football](#)

On February 2, 2019·San Diego, California

Participated as the wide receivers coach at the NFL Alumni Super Bowl Camp Hosted During NFL Super bowl Weekend At Clairemont High School. The camp was coordinated by NFL Super Bowl Champion Lynell Hamilton. Special Guests included NFL Super Bowl Champion Gary Plummer .

Shared with Public





Former Assistant Football Coach at Fast Camp Athletics

On January 26, 2019·San Diego, California

Served as an assistant football coach during the Fast Camp athletics seven on seven scrimmage against dreamchasers and step academy. Also served as an offensive coordinator during certain periods.

Shared with Public





Former Assistant Football Coach at Fast Camp Athletics

December 15, 2018 - December 16, 2018·San Diego, California

Served as the wide receiver's coach at the 2018 FastCamp Athletics 2019 7V7 Tryouts Football Camp At Herbert Hoover High School on 12/16/2018. The camp was coordinated by former CFL player Kevin Brown. Former NFL Coach George Jackson was also present . I also assisted with timing the 40 yard dash .

Shared with Public





Former Assistant at

[Laney College](#)

On December 8, 2018·Oakland, California

Served as an assistant for the 2018 Laney College CCCAA State Championship Football Team . I also provided scouting reports on upcoming opponents to the coaching staff .

Shared with Public





Former Volunteer Football Coach at Orange Glen High School

On December 1, 2018·Escondido, California

Served as a Volunteer football Coach for the 2018 Orange Glen High School Varsity Football CIF State Southern Regional Championship Team . Division 6A

Shared with Public





Former High School Varsity Football Coach at

[SAN YSIDRO HIGH SCHOOL - San Ysidro, CA](#)

October 18, 2018 - October 19, 2018·San Diego, California

Served as a high school varsity football coach for the San Ysidro High School varsity football team on October 19 2018 . I resigned on October 19 2018 .

Shared with Public





Former journalist at

[Amber Rose Slut Walk](#)

On October 6, 2018·Los Angeles, California

Served as a journalist for the 2018 Amber Rose Slutwalk.

Shared with Public





Former High School Varsity Football Coach at

[SAN YSIDRO HIGH SCHOOL - San Ysidro, CA](#)

August 16, 2018 - August 17, 2018·San Diego, California

Served as a high school varsity football coach for the San Ysidro High School varsity football team on August 17 2018 .

Shared with Public





Former Counselor at

[Sports International Football Camps](#)

July 8, 2018 - July 12, 2018·Denton, Texas

Served as a counselor to approximately 300 campers aged 5 through 18 years old. I was responsible for supervising the campers at a NFL Hall of Famer Michael Irvin Playmakers Academy Football Camp. I was also responsible for ensuring that all campers aged 5 through 18 years old was safe on the dormitories at the University of North Texas. I also provided coaching techniques to the football campers. The

Playmakers Academy teaches young athletes how to develop strength of character and use the skills they need to win in any game – whether it be in football or in life.

Shared with Public





Former Wide Receiver's Coach at

[Fast Play Football](#)

June 1, 2018 - June 2, 2018·San Diego, California

Served as the wide receiver's coach at the 2018 Fast Play Football Youth Spring Super Camp At Clairemont High School on 6/2/2018. The camp was coordinated by NFL Super Bowl Champion Lynell Hamilton. Special Guests included former NFL players Jeff Garcia and Super Bowl Champion Lance Moore .

Shared with Public





Former Wide Receiver's Coach at Hard Count Athletics

March 9, 2018 - March 10, 2018·Escondido, California

Coaching the wide receiver's at the 2018 Lesean "Shady" Mccoy Skills camp on March 10 2018 at Escondidio High School. Lesean Mccoy is a running back for the Buffalo Bills of the National Football League.

Shared with Public





Former Background Actor For VH1 Basketball Wives Season 7 at

[VH1](#)

On February 16, 2018·Los Angeles, California

Being a background actor on VH1 Basketball Wives Season 7.

Shared with Public





Former Defensive Backs Coach at

[Fast Play Football](#)

February 2, 2018 - February 3, 2018·San Diego, California

Participated as the defensive backs coach at the 4th Annual Need For Speed Football Camp Hosted During NFL Super bowl Weekend At Clairemont High School. The camp was coordinated by NFL Super Bowl Champion Lynell Hamilton. Special Guests included NFL Super Bowl Champions Nick Barnett and Az Zahir Hakim

Shared with Public





Former Journalist at

[TV One](#)

On January 15, 2018·Los Angeles, California

Providing media coverage at the 49th annual NAACP Image Awards.

Shared with Public





Former Coach at

[Hard Count Athletics](#)

July 13, 2017 - July 14, 2017·San Diego, California

Assisting the coaches,players, and staff at the 2017 Reggie Bush football skills clinic on July 14 2017. Reggie Bush is a NFL Superbowl Champion. Duties also including organizing the fastest man competition.

Shared with Public





Former Journalists at

REVOLT TV

On June 22, 2017·Los Angeles, California

Providing media coverage for the 30th Annual ASCAP Rhythm and Soul Awards.

Shared with Public





Former Wide Receiver Coach at Hard Count Athletics

June 9, 2017 - June 10, 2017·San Juan Capistrano, California

Coaching the wide receiver's at the 2017 Antonio Brown's football skills clinic on June 10 2017. Antonio Brown is a wide receiver for the Pittsburgh Steelers of the National Football League.

Shared with Public





Former Journalist at

CBS

In January 2017·Los Angeles, California

Providing media coverage at the 2017 43rd People's Choice Awards.

Shared with Public





Former Background Actor For VH1 Love and Hip Hop Hollywood Season 4 at

VH1

In 2017·Los Angeles, California

Being a background character for Love and Hip Hop Hollywood Season 4.

Shared with Public





Former Wide Receiver Coach at

Football University FBU

December 28, 2016 - December 29, 2016·San Diego, California

Coaching the wide receivers at the 2016 B2G Instinct Training Skills Camp at Lincoln High School on 12/29/2016. This camp was coordinated by Akili Smith who was drafted third overall in the 1999 NFL Draft. This camp was conducted to provide an opportunity to the participants to compete against NCAA division 1 bound talent, assist the participants in mastering position specific skills, and the opportunity to impress college football scouts.

Shared with Public





Former Donor at Mama Kingston Kitchen

On December 25, 2016·Los Angeles, California

Donating toys to the owner Mama Kingston Kitchen; who is the mother of celebrity Sean Kingston. The toys were donated for the purpose of a Christmas gift for children in need.

Shared with Public





Former Journalist at

BET

In 2016·Los Angeles, California

Providing media coverage at the 2016 BET Awards.

Shared with Public





Former Journalist at

[MTV](MTV)

In 2016

Providing media coverage at the 2016 MTV Movie Awards.

Shared with Public





Former Background Actor For VH1 Love and Hip Hop Hollywood Season 3 at

[VH1](VH1)

In 2016·Los Angeles, California

Being a background actor on Love and Hip Hop Hollywood Season 3.

Shared with Public





Former Journalist at National Football League Players Association

2015 - 2016·Los Angeles, California

Providing media coverage at the 2016 NFLPA Collegiate Bowl.

Shared with Public





Former Wide Receivers Coach at Whitfield Athletix

2015 - 2016·San Diego, California

Wide receivers coach at the 2016 Whitfield Showcase which was coordinated by famed NFL quarterback coach guru; George Whitfield Jr .

Shared with Public





Former Background Actor For VH1 Love and Hip Hop Hollywood Season 2 at

VH1

July 2015 - December 2015

Being a background actor on Love and Hip Hop Hollywood Season 2.

Shared with Public





Former Journalist at

BET

In 2015

Providing media coverage at the 2015 Soul Train Awards.

Shared with Public

Former Journalist at

BET

In 2015

Providing media coverage at the 2015 BET Awards.

Shared with Public

Former Interim Student Trustee at

College of the Siskiyous (COS)

In May 2014·Weed, California

Being the Interim Student Trustee at College of the Siskiyous in May of 2014.

Shared with Public

Former Professional Football Player at American Indoor Football League

December 7, 2013 - February 14, 2014·Cleveland, Ohio

Playing professional football for the Cleveland Patriots of the American Indoor Football League.

Shared with Public

Former Professional Football Player at

Professional Indoor Football League (PIFL)

September 28, 2013 - September 30, 2013·Harrisburg, Pennsylvania

Playing professional football for the Harrisburg Stampede of the Professional Indoor Football League.

Shared with Public

**College**

Add a college

Studied Master's Degree in History at

American Military University

Master's Degree·Class of 2021

Graduated with a Master's Degree in History from American Public University on February 1 2021.

Shared with Public

Studied Certified Personal Trainer at

ISSA (International Sports Sciences Association)

Certificate As A Certified Personal Trainer·Class of 2021

I graduated with a certificate as a certified personal trainer from the International Sports Sciences Association on March 4 2021

Shared with Public

Studied Associates Degree in Teacher Preparation at

El Camino College

Class of 2020

Graduated from El Camino College with an associates degree in Teacher Preparation in August of 2020

Shared with Public

Studied Associates Degree In American Studies at

Santa Ana College

Class of 2020

Graduated with an associates degree in American Studies from Santa Ana College on August 9 2020 .

Shared with Public

Studied Certificate in Athletic Coaching at

Fullerton College

Class of 2019

Graduated from Fullerton College with a certificate in Athletic Coaching in 2019

Shared with Public

Studied Certificate in General Education at

College of the Siskiyous (COS)

Class of 2018

Received a certificate of achievement in California State University General Education breadth .

Shared with Public

Studied Bachelor's Degree in University Studies at

Mayville State University

Bachelor's degree·Class of 2018

I graduated with a bachelor's degree in University Studies from Mayville State University in May of 2018

Shared with Public

Studied Associates Degree in Sociology at

Southwestern College Higher Education Center at San Ysidro

Class of 2017

Graduated with an associates degree in Sociology from Southwestern College in Chula Vista, California in December of 2017 .

Shared with Public

Studied Associates Degree in Kinesiology at

El Camino College

Class of 2017

Graduated From El Camino College with an associates degree in Kinesiology and Wellness on June 9 2017.

Shared with Public

Studied Associate's Degree in Psychology at Yuba College

Class of 2017

Graduated from Yuba College with an associates degree in Psychology on July 20 2017

Shared with Public

Studied Associates Degree in Behavioral Science at Yuba College

Class of 2017

Graduated from Yuba College with an Associate in Science degree in Behavioral Science on July 20 2017

Shared with Public

Studied Associates Degree in Humanities at College of the Siskiyous

Class of 2015

Graduated from College of the Siskiyous with an associates degree in Humanities on December 17 2015

Shared with Public

Studied Associates Degree in Philosophy at College of the Siskiyous

Class of 2015

Graduated from College of the Siskiyous on August 6 2015 with an associates degree in Philosophy.

Shared with Public

Studied Associates Degree in History at College of the Siskiyous

Class of 2015

Shared with Public

Studied Associates Degree in Social Science at College of the Siskiyous

Class of 2014

Graduated from College of the Siskiyous on May 23 2014 with an associates degree in social science

Shared with Public

Studied Certificate III in Business Administration at College of the Siskiyous

Class of 2014

Graduated from College of the Siskiyous with a certificate in business in May of 2014.

Shared with Public

**High School**

Add a high school

Went to Central Valley High School (Ceres, California)

Class of 2012

High School Diploma

Shared with Public

**Friends**
**Friend Requests**

**Find Friends**

**More**

**All Friends**

**Recently Added**

**Birthdays**

**High School**

**Following**

**Mark Reeves**

2 mutual friends