UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS; and JOHN DOE TEAMS 1 through 26,<br><br>      Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

## NOTICE OF APPEAL

  Defendants the National Football League (NFL); New York Football Giants, Inc. (d/b/a the New York Giants); Denver Broncos Football Club (d/b/a the Denver Broncos); and Houston NFL Holdings, L.P. (d/b/a the Houston Texans) appeal to the United States Court of Appeals for the Second Circuit from the portions of this Court's March 1, 2023 order (Dkt. 76) and July 25, 2023 order (Dkt. 102) declining to compel arbitration of plaintiff Brian Flores's claims against the New York Giants, the Denver Broncos, and the Houston Texans, as well as his "related claims" against the NFL, Dkt. 76, at 2.  This notice of appeal is limited to those portions of the Court's orders and does not apply to the portions of the Court's orders related to Flores's claims against

defendant Miami Dolphins, Ltd. (d/b/a the Miami Dolphins); plaintiff Steve Wilks's claims against defendant Arizona Cardinals Football Club LLC (d/b/a the Arizona Cardinals); plaintiff Ray Horton's claims against defendant Tennessee Titans Entertainment, Inc. (d/b/a Tennessee Titans); or the related claims filed by Flores, Wilks, and Horton against the NFL.

| | |
|---|---|
| Dated:  New York, New York<br>August 21, 2023 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>By:  /s/ Loretta E. Lynch<br>Loretta E. Lynch<br>Brad S. Karp<br>Lynn B. Bayard<br>Brette Tannenbaum<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Fax: (212) 757-3900<br>lelynch@paulweiss.com<br>bkarp@paulweiss.com<br>lbayard@paulweiss.com<br>btannenbaum@paulweiss.com<br><br>*Attorneys for the National Football League, New York Giants, Denver Broncos, and Houston Texans* |