UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

       Plaintiffs,

  v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

       Defendants.

-------------------------------------------------------------X

Civil Action No.: 22-cv-00871 (VEC)

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Plaintiffs Brian Flores, Steve Wilks and Ray Horton hereby cross-appeal, on the basis of pendant appellate jurisdiction, to the United States Court of Appeals for the Second Circuit from the portions of the Court's March 1, 2023, order (Dkt. 76) and July 25, 2023 order (Dkt. 102) compelling arbitration.

| | |
|---|---|
| Dated: New York, New York<br>September 5, 2023 | Respectfully submitted,<br><br>**WIGDOR LLP**<br><br>By: _____<br>　　Douglas H. Wigdor<br>　　David E. Gottlieb<br>　　Michael J. Willemin<br>　　Marjorie Mesidor<br><br>85 Fifth Avenue<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile: (212) 257-6845<br>dwigdor@wigdorlaw.com<br>dgottlieb@wigdorlaw.com<br>mwillemin@wigdorlaw.com<br>mmesidor@wigdorlaw.com<br><br>*Counsel for Plaintiffs* |