```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN FLORES, STEVE WILKS, and RAY  :
HORTON, as Class Representatives, on :
behalf of themselves and all others similarly :
situated, :
 :
                                   Plaintiff, :
            -against- :
 :
THE NATIONAL FOOTBALL LEAGUE; NEW :
YORK FOOTBALL GIANTS, INC. d/b/a NEW :
YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a :   22-CV-0871 (VEC)
MIAMI DOLPHINS; DENVER BRONCOS :
FOOTBALL CLUB d/b/a DENVER BRONCOS; :   ORDER
HOUSTON NFL HOLDINGS, L.P. d/b/a :
HOUSTON TEXANS; ARIZONA CARDINALS :
FOOTBALL CLUB LLC d/b/a ARIZONA :
CARDINALS; TENNESSEE TITANS :
ENTERTAINMENT, INC. d/b/a TENNESSEE, :
TITANS and JOHN DOE TEAMS 1 through 26, :
 :
                                 Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 21, 2022, Defendants filed a notice of interlocutory appeal of the portions of the Court's order denying in part the motion to compel arbitration, Dkt. 113; and

       WHEREAS on September 5, 2023, Plaintiffs filed a notice of "cross-appeal, on the basis of pendant appellate jurisdiction," Dkt. 122, and also moved for a certificate of appealability pursuant to 28 U.S.C. § 1292(b), Dkt. 119, of the portions of the Court's order granting in part the motion to compel arbitration.

       IT IS HEREBY ORDERED that Defendants' opposition to Plaintiffs' motion for a certificate of appealability, including their position on the jurisdictional effect of Plaintiffs'

appeal on the pending motion for a certificate of appealability, is due not later than **September 19, 2023**.  Plaintiffs' reply is due by **September 26, 2023**.

**SO ORDERED.**

Date:  September 6, 2023
      New York, New York

                                            VALERIE CAPRONI
                                            United States District Judge