**MANDATE**

22-cv-0871(VEC)

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand and twenty-three.

_____

Dr. Jaquel Pitts, Ph.D,

    Movant - Appellant,

v.

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated, Steve Wilks, Ray Horton,

    Plaintiffs - Appellees,

National Football League, New York Football Giants, Inc., Miami Dolphins, Ltd., Denver Broncos, Houston NFL Holdings, L.P., DBA Houston Texans, Arizona Cardinals Football Club LLC, DBA Arizona Cardinals, Tennessee Titans Entertainment, Inc., DBA Tennessee Titans,

    Defendants - Appellees,

John Doe Teams 1 through 29, John Doe Teams 1 through 26,

    Defendants.

_____

**ORDER**
Docket Number: 23-1027

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2023

A notice of appeal was filed on July 11, 2023. Appellant's Form D-P was due September 28, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 23, 2023 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/06/2023**