```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2024
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                  Plaintiffs,

       v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

                  Defendants.

------------------------------------------------------------------------ X

Civil Action No.: 22-cv-00871 (VEC)

**MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that Marjorie Mesidor of Wigdor LLP hereby withdraws her appearance as counsel on behalf of Plaintiffs Brian Flores, Steve Wilks and Ray Horton in the above-captioned matter, as she is no longer affiliated with the law firm Wigdor LLP, counsel of record for Plaintiffs.

Dated: April 5, 2024
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Marjorie Mesidor
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mmesidor@wigdorlaw.com

---

Application GRANTED.

SO ORDERED.

*[signature]*
04/05/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE