UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>              Defendants. | Civil Action No.: 22-CV-00871 (VEC) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: STEVE WILKS.

DATED: January 23, 2025                **PRICE CASPINO**

                                                        By: /s/ Michael W. Caspino
                                                        Michael W. Caspino, Esq.
                                                        *Pro Hac Vice Pending*
                                                        30442 Esperanza
                                                        Rancho Santa Margarita, CA 92688
                                                        Telephone:    (949) 899-9188
                                                        Facsimile:     (949) 522-3233
                                                        mcaspino@pricecaspino.com
                                                        alodwick@pricecaspino.com