UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>　　　　　　　Defendants. | Civil Action No.: 22-CV-00871 (VEC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

　　　PLEASE TAKE NOTICE that Michael W. Caspino, Esq., hereby withdraws his appearance as counsel for Plaintiff, Steve Wilks in the above-captioned matter. This withdrawal is made with the consent of the client.

DATED: June 5, 2025　　　　　　　　　　**PRICE CASPINO**

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael W. Caspino
　　　　　　　　　　　　　　　　　　　　Michael W. Caspino, Esq.
　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice Pending*
　　　　　　　　　　　　　　　　　　　　30442 Esperanza
　　　　　　　　　　　　　　　　　　　　Rancho Santa Margarita, CA 92688
　　　　　　　　　　　　　　　　　　　　Telephone:　(949) 899-9188
　　　　　　　　　　　　　　　　　　　　Facsimile:　(949) 522-3233
　　　　　　　　　　　　　　　　　　　　mcaspino@pricecaspino.com
　　　　　　　　　　　　　　　　　　　　alodwick@pricecaspino.com