**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/25

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>    Defendants. | Civil Action No.: 22-CV-00871 (VEC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

TO: The Clerk of Court and All Parties of Record

  PLEASE TAKE NOTICE that Michael W. Caspino, Esq., hereby withdraws his appearance as counsel for Plaintiff, Steve Wilks in the above-captioned matter. This withdrawal is made with the consent of the client.

DATED: June 5, 2025          PRICE CASPINO

                    By: /s/ Michael W. Caspino
                    Michael W. Caspino, Esq.
                    *Pro Hac Vice Pending*
                    30442 Esperanza
                    Rancho Santa Margarita, CA 92688
                    Telephone: (949) 899-9188
                    Facsimile: (949) 522-3233
                    mcaspino@pricecaspino.com
                    alodwick@pricecaspino.com

Application GRANTED. The Clerk of Court is respectfully directed to terminate Michael Caspino as counsel for Plaintiff Steve Wilks.

SO ORDERED.

6/9/25

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE