USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                         Plaintiff,

-against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                         Defendants.

------------------------------------------------------------- X

22-CV-0871 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 23, 2025, Michael Caspino filed a Notice of Appearance in this case, in which he wrote: "I am admitted or otherwise authorized to practice in this court," and his signature block stated, "*Pro Hac Vice Pending*," see Dkt. 135;

      WHEREAS on June 5, 2025, Mr. Caspino filed a notice of withdrawal of appearance of counsel, *see* Dkt. 136, and the Court directed the Clerk of Court to terminate Mr. Caspino as counsel for Plaintiff Steve Wilks, *see* Dkt. 137;

      WHEREAS it appears to the Court that Mr. Caspino is neither barred in New York State nor admitted to practice in the Southern District of New York; and

WHEREAS on June 16, 2025, the Court received a copy of a June 2, 2025 Order from the District of Arizona in *McDonough et al. v. Bidwell et al*, No. 24-cv-764, in which that Court suspended Mr. Caspino from practicing law in the District of Arizona for one year for the unauthorized practice of law and for making misrepresentations to the Court.

IT IS HEREBY ORDERED that Mr. Caspino is ordered to show cause by July 7, 2025, why the Court should not refer him to the disciplinary panel of this Court to consider whether he should be sanctioned for his conduct.  As part of that submission, Mr. Caspino is required to provide a certificate of good standing from each state in which he is a member of the bar and explain, under oath: 1) how he was able to file a Notice of Appearance in the Southern District of New York on ECF despite not being a member of the bar for the Southern District of New York; 2) why his signature block in filings at docket entries 135 and 136 states "*Pro Hac Vice Pending*" despite the fact that Mr. Caspino never filed a motion to be admitted *Pro Hac Vice* in the Southern District of New York; 3) why he represented in the notice of appearance that he is "admitted or otherwise authorized to practice in this court" when it appears that it not accurate; 4) why as of June 17, 2025, his website (https://www.pricecaspino.com/michael-caspino) continues to represent falsely that he is a member of the Arizona bar; and 5) unless he has provided a certificate of good standing from the bars of California, Colorado, and Nevada, why, as of June 17, 2025, his website represents he is a member of the bars of those states.  If Mr. Caspino fails to provide at least one certificate of good standing from the bar of at least one state, his submission must also address why a criminal referral for the unauthorized practice of law is not appropriate.

The Clerk of Court is respectfully directed to mail a copy of this Order to Show Cause to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688 and to email a copy to mcaspino@pricecaspino.com.

**SO ORDERED.**

Date: June 17, 2025
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**

3