UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>    Defendants. | Civil Action No.: 22-CV-00871 (VEC) |

## DECLARATION OF MICHAEL W. CASPINO IN RESPONSE TO

## ORDER TO SHOW CAUSE

I, Michael W. Caspino, do hereby declare as follows:

1. I am over the age of 18.

2. All of the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3. I am an attorney at law licensed in the States of California and Arizona.

4. On or about January 23, 2025, I filed a Notice of Appearance in this Court. My statement "I am admitted or otherwise authorized to practice in this Court" was stated in error.

5. I also stated "pro hac vice pending," as this was to indicate to the Court that I would be filing a pro hac vice application. I have consistently throughout my career used the term "pro hac

vice pending" for the time period between filing a Notice of Appearance and actually filing the pro hac vice application. Once the pro hac vice application is filed, I then change my status to "Pro Hac Vice Filed."

6. I did not perform any substantive work in this matter.

7. I did not bill any client for any work in this matter.

8. Other than the Notice of Appearance, I did not file any documents before this Court.

9. Following the filing of the Notice of Appearance, it was determined that I would not be representing Coach Steve Wilks in this matter.

10. When it was called to my attention that I still had a Notice of Appearance pending before this Court by the District Court of Arizona, I promptly filed a Notice of Withdrawal of Appearance of Counsel. That was on June 5, 2025.

11. Attached hereto is a Certificate of Good Standing from the State of California.

12. I filed the Notice of Appearance with the intent to file a pro hac vice application.

13. I did not file a pro hac vice application because a decision was made to not move forward with representation.

14. I am currently a member of the Arizona Bar, having reinstated my membership. However, there is an investigation pertaining to the Order of Judge Dominic Lanza.

15. My office has filed an appeal of the Order of Judge Dominic Lanza with the 9th Circuit Court of Appeals.

16. I let my Colorado and Nevada licenses lapse several years ago because I was not using them.

17. Our firm website stated that I was a member of California, Arizona, Colorado and Nevada jurisdictions because it was old and out of date. It has since been corrected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of July, 2025, in Rancho Santa Margarita, California.

/s/ Michael W. Caspino
Michael W. Caspino, Esq.