# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

_Michael William Caspino_, Bar No. _171906_

was duly admitted to practice in this Court on _12/12/1994_
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _7/1/2025_
Date

BRIAN D. KARTH
Clerk of Court

By _Audree Sellarole_
Audree Sellarole, Deputy Clerk

G-52 (1/24)            CERTIFICATE OF GOOD STANDING