UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all other similarly situated,

                Plaintiffs,

  - against -

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,
                Defendants.

----------------------------------------------------------------------

Case No: 22-cv-00871(VEC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Jacqueline Carranza, Esq. of the law firm, Elefterakis, Elefterakis & Panek, hereby appears as co-counsel for Brian Flores, Steve Wilks, and Ray Horton in the above-captioned matter.

Dated:        New York, New York
                July 17, 2025

                                            Sincerely,

                                            /s/ Jacqueline Carranza
                                            Jacqueline D. Carranza, Esq.
                                            Elefterakis, Elefterakis & Panek
                                            80 Pine Street, 38th Floor
                                            New York, NY 10005
                                            (212)532-1116
                                            jcarranza@eeplaw.com

                                            *Co-Counsel for Plaintiffs*