UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>    Defendants. | Civil Action No.: 22-CV-00871 (VEC)<br><br><u>DECLARATION OF MICHAEL W. CASPINO</u> |

  I, Michael W. Caspino, do hereby declare as follows:

  1. The Notice of Appearance that I filed indicated that I would be filing a Pro Hac Vice Application and would thus not be appearing as a member of the Southern District of New York.

  2. I have provided a copy of a Certificate of Good Standing for the California Bar.

  3. Any representation that I was "admitted or otherwise authorized to practice in this Court" was based upon the belief that I would be filing a Motion for Pro Hac Vice that would be granted by the Court.

  4. It was decided that I would not be representing Mr. Wilks in this action mid-May 2025.

5.      I specifically used the term "pro hac vice pending" during the time period between the appearance and the filing of the Motion for Pro Hac Vice. Once the Motion for Pro Hac Vice is filed, we then use the term "Pro Hac Vice Filed."

6.      I am unable to find the exact date when my license lapsed in the State of Nevada. To my knowledge, it was in 2018.

7.      I am unable to find the exact date that my license lapsed in Colorado. To the best of my knowledge, it was in 2018.

8.      I was reinstated to the Arizona Bar on April 29, 2025.

9.      A copy of said reinstatement letter is attached hereto.

10.     I should not be referred to the disciplinary panel of this Court because whatever misrepresentation I made was in error and I did not perform any legal work before this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of July, 2025, in Rancho Santa Margarita, California.

Michael W. Caspino, Esq.

2