# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 7/9/2025

**LICENSEE NAME:** Michael William Caspino

**LICENSEE BAR NUMBER:** 171906

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/22/1994

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Michael William Caspino's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*