**STATE BAR OF ARIZONA**

April 29, 2025

Michael W. Caspino
30442 Esperanza
RCHO STA MARG, CA 92688-2144

Re:  Membership Reinstatement Bar No. 020791.

On June 25, 2019, upon approval by the Board of Governors of the State Bar of Arizona, you were suspended from the practice of law for non-compliance with Rule 32(c) and/or Rule 43, Ariz. R. Sup. Ct. with respect to the 2019 Annual Membership Fees requirement. The suspension was effective until such time as you came into compliance through the filing of your annual fee statement and fees.

This now confirms we are in receipt of your annual fee statement and fees for 2025 Accordingly, on behalf of the Board of Governors, I am pleased to notify you that your reinstatement as an Active member is effective April 29, 2025.

Our Resource Center department can review other aspects of your membership status that may require your attention and would be pleased to assist you either by telephone (602) 340-7239 or via email at membership@staff.azbar.org.

We wish you the very best in your future endeavors. If Bar staff can assist in any way with your continuing practice and Arizona membership, please don't hesitate to contact us.

Sincerely,

*[signature]* / ah

Joel F. England
CEO/Executive Director

cc:  Tracie K. Lindeman, Clerk of the Court
     Supreme Court of Arizona

     Sandra Montoya, Manager
     Lawyer Regulation Records
     State Bar of Arizona

     Danita Chandler, Administrator
     Mandatory Continuing Legal Education
     State Bar of Arizona