```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

         Plaintiff,

   -against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

         Defendants.
-------------------------------------------------------------- X

22-CV-0871 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on July 9, 2025, the Court ordered Mr. Caspino to explain, under oath, how he was able to file a Notice of Appearance in SDNY on ECF despite not being a member of the SDNY bar, provide a Certificate of Good Standing from the California Bar, and to provide a more complete explanation of how he came to represent falsely that he was "admitted or otherwise authorized to practice in this court;" when it was decided that he would not represent Mr. Wilks in this action; why he thought it appropriate to state that admission pro hac vice was pending when no motion had been made; when his membership in the bars of Nevada and Colorado lapsed; when he was reinstated to the Arizona Bar and proof from the Arizona Bar that he has, in fact, been reinstated; and why he should not be referred to the disciplinary panel of

this Court in light of his admitted misrepresentations to the Court by no later than July 31, 2025, *see* Dkt. 140;

WHEREAS Mr. Caspino filed a declaration on July 31, 2025, which included a Certificate of Good Standing from the California Bar and a letter from the Arizona Bar indicating that his membership was reinstated on April 29, 2025, *see* Dkt. 142; and

WHEREAS Mr. Caspino's July 31 declaration did not adequately respond to the balance of the July 9 Order.

IT IS HEREBY ORDERED that Mr. Caspino is ordered to appear in person for a hearing on **August 25, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 and be prepared to explain under oath: (i) how he obtained ECF filing privileges in this Court without being admitted to practice in this Court; (ii) how he came to represent falsely in the Notice of Appearance that he was "admitted or otherwise authorized to practice in this court," Dkt. 135;  (iii) when it was decided that he would not represent Mr. Wilks in this action; (iv) why he thought it appropriate to represent that admission pro hac vice was "pending" when no motion had been made, Dkt. 135, 136; (v) whether he has previously filed notices of appearance in any other court falsely representing that he was "admitted or otherwise authorized to practice in this court," even though he was not and, if so, in what cases and in what jurisdictions; and (vi) why he failed to respond fully to either of the orders issued by this Court, Dkts. 138, 140.

The Clerk of Court is respectfully directed to mail a copy of this Order to Show Cause to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688 and to email a copy to mcaspino@pricecaspino.com.

```
```
**SO ORDERED.**

Date: August 5, 2025                             _____
New York, New York                              **VALERIE CAPRONI**
                                                       **United States District Judge**

**SO ORDERED.**

Date: August 5, 2025
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**