UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/25
```

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

-against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                      Defendants.

22-CV-0871 (VEC)

<u>DECLARATION OF
MICHAEL W. CASPINO
REGARDING ORDER 143</u>

I, Michael W. Caspino, do hereby declare as follows:

1. I am over the age of 18.

2. All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3. On January 23, 2025, I entered a Notice of Appearance with the indication that my status was, "Pro Hac Vice Pending."

4. On June 5, 2025, I filed a Notice of Withdrawal of the Notice of Appearance.

5. On June 9, 2025, the Court granted my Notice of Withdrawal and ordered that the Clerk of the Court terminate my representation of Mr. Wilks. (Doc. No. 137).

6. This Order ended my involvement in this matter.

1

7. I am a resident of and citizen of the State of California.

8. On June 17, 2025, the court issued an order asking me to explain the circumstances surrounding my Notice of Appearance.

9. On July 7, 2025, I voluntarily complied with the Court's Order and filed a Declaration asserting an answer to each of the questions posed by the court.

10. On July 9, 2025, the Court issued a further order requesting that I provide more detailed responses.

11. On July 31, 2025, I voluntarily provided answers to said questions.

12. I have voluntarily answered each question of the Court to the best of my ability.

13. On August 5, 2025, the court ordered that I appear in person on August 25, 2025, at 10:30 a.m. at the Daniel Patrick Moynihan Courthouse.

14. On August 25, 2025, I am scheduled to appear before the Orange County Superior Court to argue a Motion for Summary Judgment/Adjudication that has been filed against my client.

15. Therefore, it is not possible for me to be at the Daniel Patrick Moynihan Courthouse at 10:30 a.m. on August 25, 2025.

16. As an alternative, I am willing to voluntarily appear either via video conference or telephone on August 25th.

17. Additionally, it would be an undue hardship for me to have to travel to New York City due to ongoing commitments to clients in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of August, 2025, in Rancho Santa Margarita, Orange County, California.

_____
Michael W. Caspino, Esq.

2

Application DENIED. By no later than August 22, 2025 at 12:00 P.M. Pacific Standard Time, Mr. Caspino must provide the Court with the name of the case, case number, the presiding judge, and a copy of the Order scheduling the August 25, 2025 court appearance in Orange County Superior Court that he referenced in his declaration.

Mr. Caspino's declaration makes multiple references stating that he has "voluntarily complied with the Court's Order" and "voluntarily provided answers," which suggests that he does not consider that he is subject to the jurisdiction of the Southern District of New York. He is clearly mistaken. The grievance committee of the Southern District of New York may discipline "[a]ny attorney not a member of the bar of this court [who] has appeared at the bar of this court without permission to do so," Local Civ. R. 1.5(b)(6), and the grievance committee may discipline "any attorney" who, "in connection with activities in this court," engages in "conduct violative of the New York State Rules of Professional Conduct," Local Civ. R. 1.5(b)(5).

SO ORDERED.                    8/22/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE