UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br>    -against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                          Defendants. | 22-CV-0871 (VEC)<br><br>DECLARATION OF<br>MICHAEL W. CASPINO<br>REGARDING DOCKET 145 |

      I, Michael W. Caspino, do hereby declare as follows:

      1.     I am over the age of 18.

      2.     All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

      3.     On August 22, 2025, I was out of the office for most of the day and was unable to comply with the Court's Order by the noon deadline.

      4.     The Motion for Summary Judgment pertains to the case of *Russell v. Bullock Russell Holdings, LLC*, Case Number 30-2024-01424136-CU-BC-WJC.

5.  The hearing for this motion is scheduled for August 25, 2025, at 9:00 a.m. in the Superior Court of California, County of Orange, West Justice Center, Department W01, before Judge Julianne Bancroft.

6.  Attached you will a copy of the Court Minute Order setting the hearing date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of August, 2025, in Rancho Santa Margarita, Orange County, California.

    _____
    Michael W. Caspino, Esq.