**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

West Justice Center
8141 13th Street
Westminster, CA 92683

**SHORT TITLE:** Russell vs. Bullock Russell Holdings, LLC

| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2024-01424136-CU-BC-WJC** |
| --- | --- |

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 07/30/25, was transmitted electronically by an Orange County Superior Court email server on July 30, 2025, at 11:27:22 AM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

OUTWATER & PINCKES, LLP
CBRYNER@OPLAWYERS.COM

OUTWATER & PINCKES, LLP
DOUTWATER@OPLAWYERS.COM

PRICE CASPINO
MCASPINO@PRICECASPINO.COM

Clerk of the Court, by: _____, Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**WEST JUSTICE CENTER**

**MINUTE ORDER**

DATE: 07/30/2025                    TIME: 11:12:24 AM          DEPT:  W01
JUDICIAL OFFICER PRESIDING: Julianne Bancroft
CLERK: C. Sanchez
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: B. Espinosa

CASE NO: **30-2024-01424136-CU-BC-WJC**   CASE INIT.DATE: 09/05/2024
CASE TITLE: **Russell vs. Bullock Russell Holdings, LLC**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Breach of Contract/Warranty

EVENT ID/DOCUMENT ID: 74621841
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

On the Court's own motion:

Motion for Summary Judgment and/or Adjudication continued to 08/25/2025 at 09:00 AM in Department W01.

Motion for Summary Judgment and/or Adjudication continued to 08/25/2025 at 09:00 AM in Department W01.

Motion to Seal continued to 08/25/2025 at 09:00 AM in Department W01.

The continuance does not change the briefing schedule. All deadlines are to be calculated based on the original 08/18/2025 hearing date.

Court orders Clerk to give notice.