```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN FLORES, STEVE WILKS, and RAY            :
HORTON, as Class Representatives, on          :
behalf of themselves and all others similarly :
situated,                                     :
                                              :
                        Plaintiff,            :
            -against-                         :
                                              :
THE NATIONAL FOOTBALL LEAGUE; NEW             :
YORK FOOTBALL GIANTS, INC. d/b/a NEW          :
YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a       :    22-CV-0871 (VEC)
MIAMI DOLPHINS; DENVER BRONCOS                :
FOOTBALL CLUB d/b/a DENVER BRONCOS;           :    ORDER
HOUSTON NFL HOLDINGS, L.P. d/b/a              :
HOUSTON TEXANS; ARIZONA CARDINALS             :
FOOTBALL CLUB LLC d/b/a ARIZONA               :
CARDINALS; TENNESSEE TITANS                   :
ENTERTAINMENT, INC. d/b/a TENNESSEE,          :
TITANS and JOHN DOE TEAMS 1 through 26,       :
                                              :
                        Defendants.           :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/25

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 21, 2025, Mr. Caspino filed a declaration stating that he is unable to appear in person for the August 25, 2025 show cause hearing because he is scheduled to appear before the Orange County Superior Court to argue a motion for summary judgment, *see* Dkt. 144;

WHEREAS the declaration states that Mr. Caspino is "willing to voluntarily appear either via video conference or telephone,"

WHEREAS the Court denied the request for Mr. Caspino to appear either by video or telephone and ordered him by August 22, 2025 at 3:00 P.M. EST/12:00 P.M. PST to provide the Court with the name of the case, case number, the presiding judge, and a copy of the Order

scheduling the August 25, 2025 court appearance in Orange County Superior Court, *see* Dkt. 145;

WHEREAS the Court referenced Mr. Caspino's multiple references that he was "voluntarily" complying and reiterated that he is subject to the jurisdiction of the Southern District of New York, as he is an "attorney not a member of the bar of this court [who] has appeared at the bar of this court without permission to do so," Local Civ. R. 1.5(b)(6), and who, "in connection with activities in this court," engages in "conduct violative of the New York State Rules of Professional Conduct," Local Civ. R. 1.5(b)(5);

WHEREAS Mr. Caspino filed a declaration around 7:00 P.M. EST/4:00 P.M. PST on August 22, 2025, stating that he "was out of the office for most of the day and was unable to comply with the Court's Order by the noon deadline" and that he was scheduled to appear on August 25, 2025 at 9:00 A.M. PST before Judge Bancroft in *Russell v. Bullock Russell Holdings, LLC*, No. 30-2024-01424136, *see* Dkt. 146; and

WHEREAS Mr. Caspino attached a copy of the Minute Order setting the hearing date, which shows that the Orange County Superior Court scheduled the hearing on July 30, 2025, *see id.*.

IT IS HEREBY ORDERED that the show cause hearing currently scheduled for **August 25, 2025** at **10:30 A.M.** is ADJOURNED to **August 26, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Mr. Caspino must be prepared to explain under oath: (i) how he obtained ECF filing privileges without proper admission; (ii) why he failed to comply with previous court orders; (iii) whether he has engaged in this "standard practice" in other cases in this or other jurisdictions; (iv) and why, knowing since August 5, 2025, that he had a conflict on the date this Court scheduled for

the hearing he waited so late to inform the court of the conflict and never asked for an adjournment.

**SO ORDERED.**

**Date: August 23, 2025**
**New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**