UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br>   -against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                      Defendants. | 22-CV-0871 (VEC)<br><br><u>DECLARATION OF MICHAEL W. CASPINO REGARDING DOCKET 147</u> |

I, Michael W. Caspino, do hereby declare as follows:

1.     I am over the age of 18.

2.     All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3.     The Court has asked why I waited so long to make it known that I had a motion for summary judgment on calendar for August 25, 2025. This is because I expected that the matter would not be argued once the tentative ruling was issued by the Court. We received the tentative ruling last week, and it required oral argument.

4.     After I determined that oral argument was necessary, I promptly notified this Court.

1

5. I did not review the Court's Order of Saturday August 23, 2025, until the afternoon of the next business day, August 25, 2025.

6. I did not review this Order (docket 147) until the afternoon of August 25, after my hearing on the Motion for Summary Judgment.

7. This Order compels me to be in New York City on August 26, 2025, at 2:30 p.m.

8. Thus, I received this Order with less than 24 hours' notice to travel across the country for this hearing.

9. On August 26, 2025, at 9:30 a.m., I have been ordered to attend a Mandatory Settlement Conference before the State of California 4th District Court of Appeals, Division 2, in Riverside, California.

10. Attached herewith is a copy of the Order regarding this Mandatory Settlement Conference.

11. At every turn, and to the best of my ability, I have voluntarily complied with each order issued by this Court.

12. As I have previously offered to this Court, I can attend the Order to Show Cause via videoconference or telephone.

13. I ask that the Court take into consideration that I am a practitioner in a small law firm, with limited resources.

14. I have very limited ability to "hand off" court appearances to other attorneys in my firm.

15. I finally ask that the Court also take into consideration that my family and I are currently involved in a private medical situation that limits my ability to travel.

16. Taking these considerations into account, I respectfully suggest that the court allow me to appear via videoconference. Or in the alternative, that I have the opportunity to speak with the Clerk of the Court to discuss an appropriate date for the Order to Show Cause hearing. This would constitute an effort to set a date that does not conflict with mandatory appearances in other courts and my family commitments, and that fits within the Court's schedule.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of August, 2025, in Rancho Santa Margarita, Orange County, California.

_____
Michael W. Caspino, Esq.