```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                          Plaintiff,

-against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                          Defendants.

------------------------------------------------------------X

22-CV-0871 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 21, 2025, Mr. Caspino filed a declaration ("Declaration #1") stating that he was unable to appear in person for the August 25, 2025 show cause hearing ("hearing") because he was scheduled to appear before the Orange County Superior Court to argue a motion for summary judgment, *see* Dkt. 144;

      WHEREAS Mr. Caspino sought permission to appear telephonically or via video, but did not request an adjournment or propose a different date that would be convenient to him, *id.*;

      WHEREAS the Court denied the request for Mr. Caspino to appear either by video or telephone and ordered him, by August 22, 2025 at 3:00 P.M. EST/12:00 P.M. PST to provide the Court with the name of the case, case number, the presiding judge, and a copy of the Order

scheduling the August 25, 2025 court appearance in Orange County Superior Court, *see* Dkt. 145;

WHEREAS Mr. Caspino filed a declaration ("Declaration #2") at 7:17 P.M. EST/4:17 P.M. PST on August 22, 2025, stating that he "was out of the office for most of the day and was unable to comply with the Court's Order by the noon deadline" and that he was scheduled to appear on August 25, 2025 at 9:00 A.M. PST before Judge Bancroft in *Russell v. Bullock Russell Holdings, LLC*, No. 30-2024-01424136, *see* Dkt. 146;

WHEREAS like Declaration #1, Declaration #2 did not propose an alternative date and time for him to appear before the Undersigned, *id.*;

WHEREAS after receiving Declaration #2, the Court adjourned the hearing to August 26, 2025 at 2:30 PM EST and, as a courtesy, sent a copy of the Order adjourning the conference via email to Mr. Caspino on Saturday, August 23, 2025 at 10:23 A.M. EST/ 7:23 A.M. PST;

WHEREAS the email transmitting the Order to him noted that the "order will be docketed on Monday morning in 22-cv-871. Due to the time-sensitive nature, [the Court is] emailing it to you to ensure you receive it";

WHEREAS that same order was docketed the morning of August 25, 2025, *see* Dkt. 147;

WHEREAS on August 25, 2025 at 7:37 P.M. EST/4:37 P.M. PST, Mr. Caspino filed a declaration ("Declaration #3") stating that he "did not review the Court's Order of Saturday, August 23, 2025, until the afternoon of the next business day, August 25, 2025" and that he "did not review this Order (docket 147) until the afternoon of August 25, after [his] hearing on the Motion for Summary Judgment," *see* Dkt. 148;

WHEREAS in Declaration #3, Mr. Caspino stated that he would not be attending the hearing in person, as he has a settlement conference on August 26, 2025 at 9:30 A.M. PST in

*3700 Kyle Crossing, LLC v. Mehdi Mostaedi*, No. CIVDS1820570, and he requested permission to appear telephonically;

WHEREAS the Court denied Mr. Caspino's request to appear telephonically noting that, pursuant to the Undersigned's individual rules, requests for adjournments must be made at least 48 hours in advance, *see* Dkt. 149; and

WHEREAS the Court appeared for the hearing on August 26, 2025 at 2:30 PM EST and Mr. Caspino failed to appear.

IT IS HEREBY ORDERED that Mr. Caspino is ordered to show cause why he should not be held in contempt and sanctioned accordingly for his failure to appear at the show cause hearing scheduled for August 26, 2025. By no later than noon EST, **August 28, 2025**, Mr. Caspino must provide three dates during the last two weeks of September 2025 on which he is available to appear in-person in the Southern District of New York for the show cause hearing.

IT IS FURTHER ORDERED that if Mr. Caspino wishes to submit a memorandum of law or other materials in connection with any of the orders to show cause that are pending, including the current order to show cause why he should not be held in contempt and sanctioned accordingly, all such materials must be filed no later than **September 12, 2025**.

**SO ORDERED.**

**Date: August 26, 2025**  
**New York, New York**

_____  
**VALERIE CAPRONI**  
**United States District Judge**