UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>     -against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                              Defendants. | 22-CV-0871 (VEC)<br><br>__DECLARATION OF<br>MICHAEL W. CASPINO<br>REGARDING DOCKET 150__ |

I, Michael W. Caspino, do hereby declare as follows:

1. I am over the age of 18.

2. All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3. Pursuant to docket 150, I am providing the below three dates during the last two weeks of September to appear in person in the Southern District of New York for the show cause hearing: September 19, 2025, September 22, 2025 and September 26, 2025.

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of August, 2025, in Rancho Santa Margarita, Orange County, California.

_____
Michael W. Caspino, Esq.