**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

      v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

                        Defendants.

Civil Action No.: 22-cv-00871 (VEC)

---

     **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and other supporting documents, Plaintiffs Brian Flores, Steve Wilks and Ray Horton will move this Court, at the United States District Court, Southern District of New York, located at 40 Foley Square, New York, NY 10007, before the Honorable Valerie E. Caproni, to respectfully request an order reconsidering aspects of the Court's order dated March 1, 2023 compelling arbitration of certain claims.

Dated: September 16, 2025
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Douglas H. Wigdor
     David E. Gottlieb
     Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
dgottlieb@wigdorlaw.com
mwillemin@wigdorlaw.com

*Counsel for Plaintiffs*

- and -

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: _____/s/_____
     John Elefterakis
     Nicholas Elefterakis
     Raymond Panek
     Johnson Atkinson

80 Pine Street, 38th Floor
New York, New York 10005
Telephone: 212-532-1116
Facsimile: 212 -532-1176

*Counsel for Plaintiffs*