UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
BRIAN FLORES, STEVE WILKS and RAY HORTON, as
Class Representatives, on behalf of themselves and all
others similarly situated,

                Plaintiffs,

        v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK
FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS;
MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS;
DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER
BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a
HOUSTON TEXANS; ARIZONA CARDINALS
FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS;
TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a
TENNESSEE TITANS and JOHN DOE TEAMS 1 through
26,

                Defendants.
------------------------------------------------------------------------ X

Civil Action No.: 22-cv-00871 (VEC)

## DECLARATION OF DAVID E. GOTTLIEB, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

I, David E. Gottlieb, an attorney at law, duly licensed to practice law before the Courts of the State of New York, hereby declare the following statements under penalties of perjury:

1. I am a Partner at the law firm Wigdor LLP, attorneys for Plaintiffs in the above-captioned matter. This Declaration is submitted in Support of a Plaintiffs' Motion for Reconsideration of aspects of the Court's order dated March 1, 2023 (the "Order").

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Second Circuit's decision in Flores v. National Football League, No. 23-1185, 2025 WL 2349199 (Aug. 14, 2025).

3. Attached hereto as **Exhibit B** is a true and accurate copy of Plaintiffs' June 4, 2024 correspondence with Roger Goodell and attached Statement of Claim.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the Flores-Dolphins Agreement,[1] redacted as previously ordered by this Court. See Dkt. Nos. 49-2, 53.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the Wilks-Cardinals Agreement, redacted as previously ordered by this Court. See Dkt. Nos. 49-5, 53.

6. Attached hereto as **Exhibit E** is a true and accurate copy of Horton-Titans Agreement, redacted as previously ordered by this Court. See Dkt. Nos. 49-7, 53.

7. Attached hereto as **Exhibit F** is a true and accurate copy of the version of the Dispute Resolution Procedural Guidelines attached to the Flores-Dolphins Agreement. Defendants have never explained whether the DRPG changed over time, whether different versions of the DRPG have been used or why no DRPG was attached to the Wilks-Cardinals or Horton-Titans Agreements.

8. Attached hereto as **Exhibit G** is a true and accurate copy of correspondence from the Dolphins' counsel to Mr. Goodell dated June 13, 2024 (exhibits excluded).

9. Attached hereto as **Exhibit H** is a true and accurate copy of correspondence from Plaintiffs' counsel to Mr. Goodell dated June 21, 2024.

10. Attached hereto as **Exhibit I** is a true and accurate copy of correspondence from the Cardinals' counsel to Mr. Goodell dated July 19, 2024 (exhibits excluded).

11. Attached hereto as **Exhibit J** is a true and accurate copy of correspondence from Plaintiffs' counsel to Mr. Goodell dated July 31, 2024.

12. Attached hereto as **Exhibit K** is a true and accurate copy of Mr. Goodell's decision and order dated September 17, 2024.

---

[1] Terms defined in the accompanying Memorandum of Law are used consistently herein.

13. Attached hereto as **Exhibit L** is a true and accurate copy of the NFL's counsel's correspondence to the Second Circuit dated September 24, 2024.

14. Attached hereto as **Exhibit M** is a true and accurate copy of Mr. Flores' counsel's correspondence to the Second Circuit dated September 24, 2024.

15. Attached hereto as **Exhibit N** is a true and accurate copy of Plaintiffs' counsel's correspondence requesting arbitral disclosures to Mr. Harvey dated September 24, 2024.

16. Attached hereto as **Exhibit O** is a true and accurate copy of Plaintiff's counsel's moving submission on the issue of arbitral disclosures to Mr. Harvey dated November 20, 2024 (exhibits excluded).

17. Attached hereto as **Exhibit P** is a true and accurate copy of the NFL's opposition submission on the issue of arbitral disclosures to Mr. Harvey dated December 16, 2024.

18. Attached hereto as **Exhibit Q** is a true and accurate copy of Plaintiff's counsel's reply submission on the issue of arbitral disclosures to Mr. Harvey dated December 30, 2024.

19. On September 24, 2024, Mr. Flores, Mr. Wilks and Mr. Horton requested standard arbitral disclosures from Mr. Goodell, Mr. Harvey and Mr. Polian. No response to that request was ever communicated.

20. Since the Second Circuit's decision in Flores, 2025 WL 2349199, which was more than a month ago, the parties still have not heard anything from Mr. Harvey.

21. The NFL sought to stay proceedings in arbitration pending the outcome of the Second Circuit appeal, but Plaintiffs' counsel did not consent.

22. Prior to filing Plaintiffs' Motion for Reconsideration, the NFL declined to consent to the relief requested therein.

23. I declare that the foregoing is true and correct under penalties of perjury.

Dated: September 16, 2025
   New York, New York

By: _____
      David E. Gottlieb