

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

September 26, 2025

<u>**VIA ECF**</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:     <u>*Flores, et al. v. The National Football League, et al.*</u>; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs Brian Flores, Steve Wilks and Ray Horton and write to provide the Court with supplemental information related to Plaintiffs' motion for reconsideration filed on September 16, 2025 that arose since the filing of that motion. <u>See</u> Dkt. Nos. 153-155. As mentioned in the submission, the NFL's appointed arbitrator in the Flores-Dolphins, Wilks-Cardinals and Horton-Titans matters, Peter C. Harvey of Patterson Belknap Webb & Tyler LLP, had remained completely silent and inactive in the arbitration since December 2024. <u>See</u> Dkt. No. 154 at 5-8, 13, n. 24. We are compelled to inform the Court that within days of the filing of the motion for reconsideration, Mr. Harvey issued his first communication to the parties in almost nine months. <u>See</u> Ex. A. We have responded to that communication on behalf of Messrs. Flores, Wilks and Horton. <u>See</u> Ex. B. As a matter of completeness, we have attached those communications hereto in connection with the pending motion. We are at the Court's disposal should Your Honor request further briefing related to these submissions.

We thank the Court for Your Honor's attention to this matter.

Respectfully submitted,

David E. Gottlieb

Enc.