# Exhibit A

**Patterson Belknap**

www.pbwt.com

Peter Harvey
(212) 336-2810
pcharvey@pbwt.com

September 23, 2025

**VIA ELECTRONIC MAIL**

Douglas H. Wigdor, Esq.
Michael J. Willemin, Esq.
David E. Gottlieb, Esq.
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Email:  dwigdor@wigdorlaw.com

Loretta E. Lynch, Esq.
Brad S. Karp, Esq.
Lynn B. Bayard, Esq.
Kerissa N. Barron, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Email:  lelynch@paulweiss.com

*Brian Flores, et al. v. The National Football League, et al.*

**NATIONAL FOOTBALL ARBITRATION PROCEEDING**

PETER C. HARVEY, *Arbitrator*:

Counsel:

     Given the August 14, 2025 decision of the United States Court of Appeals for the Second Circuit and the pending petition for rehearing *en banc*, I request that the parties confer and notify me by Friday, September 26, 2025, of their availability to participate in a virtual status conference during the week of October 6.  At this status conference, the parties should be prepared to discuss (1) whether the parties are in agreement, or not, regarding the continued pause of this arbitration

proceeding, (2) whether any party wishes to proceed with the arbitration in view of the Second Circuit's August 14 decision, despite the pending petition for rehearing; and (3) a suggested arbitration schedule that addresses discovery, dispositive motions, prehearing memoranda, and the conduct of a hearing, if necessary.

During the November 4, 2024 conference, I had the understanding that both parties wished to pause this arbitration proceeding until the Second Circuit rendered a final decision as to the National Football League's ("NFL") appeal regarding the portion of the district court's March 1, 2023 decision that denied arbitration of certain claims asserted by Brian Flores. I also understood that both parties sought certainty before this proceeding began regarding the complete slate of claims and parties that would be included in this arbitration (*i.e.*, whether this proceeding would include Mr. Flores' claims against the Denver Broncos, New York Giants, and/or Houston Texans). In this regard, I agreed to await the Second Circuit's decision to avoid duplicative proceedings, including overlapping discovery and parties being added weeks, or even months, after the arbitration was underway.

On August 14, 2025, the Second Circuit issued its decision on the NFL's appeal. The Second Circuit made it clear that the claims in this arbitration will stay in arbitration, while Mr. Flores' claims against the Broncos, Giants, and Texans, and related claims against the NFL, will proceed in federal court. *See Brian Flores v. N.Y. Football Giants, Inc.*, No. 23-1185-cv, Dkt. No. 110, *13, 29. On the following day, the Broncos, Giants, Texans, and NFL filed a motion seeking an extension of 21 days, until September 18, to file a petition for rehearing *en banc*. *Id.*, Dkt. No. 115. The Second Circuit granted that motion. *Id.*, Dkt. No. 117. The Broncos, Giants, Texans, and NFL filed their respective petition for rehearing *en banc* on September 18, 2025. *Id.*, Dkt. No. 119.

PAGE 3

     I am concerned about delaying this proceeding for the foreseeable future, given the time the Second Circuit will need to rule on the petition and, if granted, to complete briefing and argument–all of which must occur even before a decision is rendered on the merits. Accordingly, I am requesting a status conference.

     I look forward to hearing the parties' views on the matter before I issue a ruling.

     /s/ *Peter C. Harvey*
     Arbitrator

DATED: September 23, 2025

c: All Counsel of Record (*via* email)

16037547v.1