UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
BRIAN FLORES, STEVE WILKS, and RAY          :
HORTON, as Class Representatives, on        :
behalf of themselves and all others similarly :
situated,                                    :
                                             :
                        Plaintiff,           :
        -against-                            :
                                             :
THE NATIONAL FOOTBALL LEAGUE; NEW            :
YORK FOOTBALL GIANTS, INC. d/b/a NEW         :
YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a      :
MIAMI DOLPHINS; DENVER BRONCOS               :
FOOTBALL CLUB d/b/a DENVER BRONCOS;          :
HOUSTON NFL HOLDINGS, L.P. d/b/a             :
HOUSTON TEXANS; ARIZONA CARDINALS            :
FOOTBALL CLUB LLC d/b/a ARIZONA              :
CARDINALS; TENNESSEE TITANS                  :
ENTERTAINMENT, INC. d/b/a TENNESSEE,         :
TITANS and JOHN DOE TEAMS 1 through 26,      :
                                             :
                        Defendants.          :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2025

22-CV-0871 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2025, Mr. Caspino appeared before the Court.

IT IS HEREBY ORDERED that **by October 3, 2025**, Mr. Caspino must provide the Court (1) a declaration from Mr. Steve Wilks attesting to any compensation or other benefits provided to Mr. Caspino in connection with the above-captioned matter and (2) any materials that Mr. Casino — or anyone else on his behalf — had prepared for his *pro hac vice* motion when his preparation allegedly began in January or February of 2025, including but not limited to Certificates of Good Standing (or receipts of their request) from any jurisdiction.

**SO ORDERED.**

Date: September 29, 2025
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**