

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

September 29, 2025

<u>**VIA ECF**</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    <u>Flores, et al. v. The National Football League, et al</u>.; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs and write as a matter of completeness to provide further information related to Plaintiffs' motion for reconsideration filed on September 16, 2025.  <u>See</u> Dkt. Nos. 153-155.  On September 26, 2025, we wrote to Arbitrator Peter C. Harvey in response to his correspondence (attached to our submission at Dkt. No. 156) asking the parties to confer on several items including a date for a status conference.  In our response (also attached to Dkt. No. 156), we informed Mr. Harvey that we had filed a motion for reconsideration with the Court and that if such motion was granted it would divest him of jurisdiction; as such, we informed Mr. Harvey that no further actions should take place in the arbitration until Your Honor rules on the motion.  Today, the NFL's counsel stated that they had no objection to the arbitration being held in abeyance pending the motion for reconsideration.  <u>See</u> Ex. A.

Despite the parties' agreement and the motion pending with the Court, Mr. Harvey issued a ruling this afternoon that he would be moving the arbitration forward and setting a schedule for discovery and a hearing.  <u>See</u> Ex. B.  This is completely contrary to a previous agreement between the parties and Mr. Harvey that the first step in the proceedings would need to be a ruling on Plaintiffs' motion for arbitral disclosures.  <u>See</u> Dkt. No. 154 at p. 5-7 ("On November 4, 2024, an initial case management conference was held before Mr. Harvey. During that conference, Mr. Flores, Mr. Wilks and Mr. Horton's counsel again raised the issue of arbitral conflict disclosures being a necessary first step in proceedings and Mr. Harvey approved a briefing schedule to address the issue.").  In the nine months since that motion was fully briefed, Mr. Harvey has neither provided disclosures (for himself, Mr. Goodell or Mr. Polian) nor ruled on the motion, and his two recent correspondences do not mention any intent to do so.

Mr. Harvey is clearly attempting to push the arbitration forward and undermine this Court's authority—after he took no action on a pending motion for arbitral disclosures for nine months.



Hon. Valerie E. Caproni
September 29, 2025
Page 2

In light of these developments, we respectfully request an expedited review of Plaintiffs' motion for reconsideration or an order directing that the arbitration proceedings remain in abeyance pending the outcome of the motion to ensure that Plaintiffs' statutory rights and the precedent set by the Second Circuit are given proper consideration.

We thank the Court for Your Honor's attention to this matter.

Respectfully submitted,

David E. Gottlieb

Enc.