# EXHIBIT A

| | |
|---|---|
| **From:** | Bayard, Lynn B |
| **To:** | David Gottlieb; Lancaster, Nathaniel (x2305); Douglas Wigdor; abirch@titans.nfl.com; williamburck@quinnemanuel.com; dnash@AKINGUMP.COM; john@elefterakislaw.com; Karp, Brad S; Lynch, Loretta; Michael J. Willemin; Bob.Boston@hklaw.com; mpistorius@dolphins.com; Katherine Vask; Jeff.Pash@nfl.com |
| **Cc:** | Harvey, Peter C. (x2810) |
| **Subject:** | RE: Request for Conference, Flores v. The National Football League, et al. |
| **Date:** | Monday, September 29, 2025 2:29:06 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Dear Arbitrator Harvey -

We have reviewed Plaintiffs' September 26 letter to you. While we disagree and believe that the District Court lacks jurisdiction over Plaintiffs' motion for reconsideration (which has no merit in any event), we have no objection to Plaintiffs' request that this arbitration be held in abeyance pending the District Court's ruling on Plaintiffs' motion.

If you would like to convene a call among the parties, outside counsel for the NFL and the Clubs are available at the following times during the week of October 6:

    Wednesday, 10/8 at 1-2:30

    Friday, 10/10 at 1:15-3:30


**Lynn B. Bayard** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3054 (Direct Phone) | +1 212 492 0054 (Direct Fax)
lbayard@paulweiss.com | www.paulweiss.com

---

**From:** David Gottlieb <dgottlieb@wigdorlaw.com>
**Sent:** Friday, September 26, 2025 4:58 PM
**To:** Lancaster, Nathaniel (x2305) <nlancaster@pbwt.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; abirch@titans.nfl.com; williamburck@quinnemanuel.com; dnash@AKINGUMP.COM; john@elefterakislaw.com; Karp, Brad S <bkarp@paulweiss.com>; Lynch, Loretta <lelynch@paulweiss.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>; Bob.Boston@hklaw.com; mpistorius@dolphins.com; Katherine Vask <kvask@wigdorlaw.com>; Bayard, Lynn B <lbayard@paulweiss.com>; Jeff.Pash@nfl.com; Bayard, Lynn B <lbayard@paulweiss.com>
**Cc:** Harvey, Peter C. (x2810) <pcharvey@pbwt.com>

**Subject:** RE: Request for Conference, Flores v. The National Football League, et al.

Nathaniel,

Please see the attached response on behalf of the Claimants.

Regards,

**David Gottlieb**
Partner

212 257 6800

85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Lancaster, Nathaniel (x2305) <nlancaster@pbwt.com>
**Sent:** Tuesday, September 23, 2025 9:58 AM
**To:** Douglas Wigdor <dwigdor@wigdorlaw.com>; abirch@titans.nfl.com; williamburck@quinnemanuel.com; dnash@AKINGUMP.COM; john@elefterakislaw.com; David Gottlieb <dgottlieb@wigdorlaw.com>; bkarp@paulweiss.com; lelynch@paulweiss.com; Michael J. Willemin <mwillemin@wigdorlaw.com>; Bob.Boston@hklaw.com; mpistorius@dolphins.com; Katherine Vask <kvask@wigdorlaw.com>; lbayard@paulweiss.com; Jeff.Pash@nfl.com
**Cc:** Harvey, Peter C. (x2810) <pcharvey@pbwt.com>
**Subject:** Request for Conference, Flores v. The National Football League, et al.

Counsel:

Please find the attached correspondence from Peter Harvey.

Respectfully,
Nathaniel Lancaster

**Nathaniel Lancaster**
**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2305
Nlancaster@pbwt.com | www.pbwt.com/nathaniel-lancaster

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.