# EXHIBIT B

**Patterson Belknap**

www.pbwt.com

September 29, 2025

Peter Harvey
(212) 336-2810
pcharvey@pbwt.com

**VIA ELECTRONIC MAIL**

Douglas H. Wigdor, Esq.
Michael J. Willemin, Esq.
David E. Gottlieb, Esq.
WIGDOR LLP
85 Fifth Avenue
New York, New York 10003
Email:  dwigdor@wigdorlaw.com

Loretta E. Lynch, Esq.
Brad S. Karp, Esq.
Lynn B. Bayard, Esq.
Kerissa N. Barron, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY, 10019
Email:  lelynch@paulweiss.com

*Brian Flores, et al. v. The National Football League, et al.*
**NATIONAL FOOTBALL ARBITRATION PROCEEDING**

PETER C. HARVEY, *Arbitrator*:

On September 23, 2025, I issued an Order directing the parties to confer with one another and provide, by no later than September 26, 2025, their availability for a status conference.  On September 26, Respondents requested a brief extension of that deadline until Tuesday, September 30, 2025.  Claimants consented to the extension.

Thereafter, on September 26, 2025, Claimants sent a response to my Order.  In that letter, Claimants, for the first time, expressed disagreement or objection with the pace of this arbitration

PAGE 2

proceeding, while also requesting that this arbitration be stayed.[1] On September 29, 2025, Respondents stated that they do not object to Claimants' request. Following the last status conference on November 4, 2024, I am not aware of any request by either Claimants or Respondents seeking the formal commencement of this arbitration proceeding or requesting an arbitration schedule.

This arbitration proceeding will move forward, in part, for the reasons stated in my September 23 Order. Hence, this proceeding will not be stayed, particularly in light of Claimants' concern about the delay of this arbitration.

I again direct the parties to confer and provide me, **by no later than Tuesday, September 30, 2025,** with their availability to participate in a status conference on a mutually agreeable date and time during the week of October 6. If no agreement is reached by September 30, I will set a date and time for the status conference.

As stated in my September 23 Order, I hope to issue an arbitration schedule that reflects time periods for subsequent proceedings that are mutually agreed upon by the parties. The schedule should address discovery, dispositive motions, prehearing memoranda, and the conduct of a hearing. In the absence of an agreed upon schedule, I will establish a schedule that takes into account the positions of both Claimants and Respondents.

/s/ *Peter C. Harvey*
Arbitrator

DATED: September 29, 2025

cc: All Counsel of Record (*via* Email)

---

[1] Claimants take issue with my summary of both the November 4, 2024 status conference and the August 14, 2025 decision issued by the United States Court of Appeals for the Second Circuit. Aside from what I set forth in this Order, I stand by my September 23 Order and am not otherwise inclined to issue a communication responding to the arguments asserted by Claimants.

16046656v.1