**Price Caspino**

30442 Esperanza
Rancho Santa Margarita, CA
92688
—
(949) 899-9188
PriceCaspino.com

October 3, 2025

Honorable Judge Valerie Caproni
United States District Judge
United States District Court
Southern District of New York

  Re: <u>Brian Flores v. The National Football League, et al.</u>
     <u>Case No. 22-CV-00871 (VEC)</u>

Your Honor:

  We were unable to locate the pro hac vice paperwork from the January – February time period.

  We spoke with our former employee, who gathered those documents, and we present his declaration attached hereto.

               Very Truly Yours,

               Michael Caspino