UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　-against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>　　　　　　　　Defendants. | 22-CV-0871 (VEC)<br><br>DECLARATION OF<br>JACK HAYDEN |

I, Jack Hayden, do hereby declare as follows:

1.　I am over the age of 18.

2.　All of the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3.　Up until July 2025, I was employed a paralegal with Price Caspino.

4.　I am no longer employed by Price Caspino.

5.　During the January/February 2025 timeframe, I was charged with gathering the papers necessary for attorney Michael Caspino to present a Motion for Pro Hac Vice Admission in the case involving Coach Steve Wilks.

6.　This included obtaining Certificates of Good Standing, etc.

7.　During the January/February timeframe, I did so obtain such documentation.

      8.      To my knowledge, the documentation was discarded after Mike Caspino filed a Notice of Withdrawal of the Notice of Appearance in that case.

      Executed this 2nd day of October, 2025, in Mission Viejo, California and under penalty of perjury under the laws of the State of California.

                                    Jack Hayden, Declarant