UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                       Plaintiffs,<br>    -against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                       Defendants. | 22-CV-0871 (VEC)<br><br>**DECLARATION OF STEVE WILKS** |

I, Steve Wilks, do hereby declare as follows:

1. I am over the age of 18.

2. All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3. I have never been billed for services of Mike Caspino and his firm Price Caspino.

4. I have never paid Mike Caspino or his firm Price Caspino for any service.

5. Mr. Caspino has further confirmed for me that he will not assert any lien or seek any compensation from me related to this matter.

Executed this ___ day of October, 2025, under penalty of perjury.
10/3/2025

_____
Steve Wilks, Declarant

1