UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

                              Plaintiff,

-against-

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,

                              Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2025

22-CV-0871 (VEC)

ORDER TO SHOW CAUSE

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on October 3, 2025, Mr. Caspino submitted two letters to the Court, Dkts. 162-163.

IT IS HEREBY ORDERED that **by October 20, 2025**, Mr. Caspino must provide the Court (1) proof of credit/debit card or check payment for the Certificates of Good Standing obtained in the January/February 2025 timeframe, referenced by Dkt. 162-1 ¶¶ 5-7, and (2) proof from the State Bar of California that a request for a Certificate of Good Standing was made on Mr. Caspino's behalf between January 23, 2025, and February 13, 2025.

**SO ORDERED.**

Date: October 6, 2025
New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**