

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

October 7, 2025

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:      *Flores, et al. v. The National Football League, et al*.; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs in the above-referenced matter and write to inform the Court that Defendants' petition for rehearing *en banc* as to the decision in Flores v. National Football League, et al., 150 F. 4th 172 (2d Cir. 2025) has been denied. See Ex. A. We bring this to the Court's attention as it is referenced in the motion practice currently *sub judice*.

Respectfully submitted,

David E. Gottlieb

Enc.