# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

October 9, 2025

By ECF

The Honorable Valerie E. Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:   *Flores, et al. v. The National Football League, et al.*, 22-cv-00871 (VEC)

Dear Judge Caproni:

We represent Defendants, including the Arizona Cardinals, in the above captioned matter. The Cardinals have been involved in other litigations with Michael W. Caspino, including in Arizona, and brought to our attention Mr. Caspino's disciplinary status before the Arizona State Bar.

Attached to this letter as Exhibits A and B, respectively, are copies of (A) a July 21, 2025 Complaint against Mr. Caspino by the Arizona State Bar and (B) a July 28, 2025 Order of Suspension Based on Reciprocal Discipline from the Arizona State Bar, suspending Mr. Caspino from practicing law in Arizona for one year. These records would appear to bear directly on the issues raised in the Order to Show Cause hearing before this Court.

To the extent Your Honor does not already have access to these disciplinary records, we submit them for Your Honor's consideration.

Respectfully,

*/s/ Loretta E. Lynch*

Loretta Lynch

cc:   Counsel of record (via ECF);
      Michael W. Caspino, Price Caspino (via Email)