UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>      Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Kannon K. Shanmugam, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants National Football League, New York Giants, Miami Dolphins, Denver Broncos, Houston Texans, Arizona Cardinals, and Tennessee Titans.

As set forth in the attached Declaration pursuant to Local Rule 1.3, I am in good standing of the Bar of the Court of Appeals of the District of Columbia, the Bar of the Supreme Court of

the State of Kansas, the Bar of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, and the Bar of the Supreme Court of the State of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: October 1, 2025  
Washington, DC

**PAUL, WEISS, RIFKIND,  
WHARTON & GARRISON LLP**

By: */s/ Kannon K. Shanmugam*  
Kannon K. Shanmugam  
2001 K Street, N.W.  
Washington, DC 20006  
Telephone: (202) 223-7300  
Fax: (202) 204-7397  
kshanmugam@paulweiss.com

*Attorney for Defendants National Football League, New York Giants, Miami Dolphins, Denver Broncos, Houston Texans, Arizona Cardinals, and Tennessee Titans*