UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>　　　　　　　Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

**DECLARATION OF KANNON K. SHANMUGAM IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Kannon K. Shanmugam, hereby declare pursuant to 28 U.S.C. § 1746:

1.　　I submit this Declaration pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in the above-captioned case.

2.　　I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP. I submit this Declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants National Football League, New York Giants, Miami Dolphins, Denver Broncos, Houston Texans, Arizona Cardinals,

and Tennessee Titans, pursuant to Local Rule 1.3.

3. My business address is 2001 K Street, N.W., Washington, DC 20006; my telephone number is (202) 223-7300; and my email address is kshanmugam@paulweiss.com.

4. I am a member in good standing of the Bar of the Court of Appeals of the District of Columbia, the Bar of the Supreme Court of the State of Kansas, the Bar of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, and the Bar of the Supreme Court of the State of Virginia.

5. A true and correct copy of my certificates of good standing from the Bar of the Court of Appeals of the District of Columbia, the Bar of the Supreme Court of the State of Kansas, the Bar of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, and the Bar of the Supreme Court of the State of Virginia within the past 30 days is attached hereto.

6. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary complaints against me, and I have never been the subject of any disciplinary proceedings by any court or bar where I have been admitted to practice.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2025
Washington, DC

Respectfully submitted,
 /s/ Kannon K. Shanmugam
Kannon K. Shanmugam