UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

　　The motion of KANNON K. SHANMUGAM for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

　　Applicant has declared that he is an active member in good standing of the Bar of the Court of Appeals of the District of Columbia, the Bar of the Supreme Court of the State of Kansas, the Bar of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, and the Bar of the Supreme Court of the State of Virginia and that his contact information is as follows:

>Kannon K. Shanmugam
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>2001 K Street, N.W.
>Washington, DC 20006
>(202) 223-7300
>kshanmugam@paulweiss.com

Kannon K. Shanmugam, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants National Football League, New York Giants, Miami Dolphins, Denver Broncos, Houston Texans, Arizona Cardinals, and Tennessee Titans, in the above-entitled action;

**IT IS HEREBY ORDERED** that Kannon K. Shanmugam is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                                         _____
                                                                                         HON. VALERIE E. CAPRONI
                                                                                         United States District Judge