UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> -against- <br><br> THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26, <br><br> Defendants. | 22-CV-0871 (VEC) <br><br> DECLARATION OF <u>MICHAEL W. CASPINO</u> |

I, Michael W. Caspino, do hereby declare as follows:

1. I am over the age of 18.

2. All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3. This declaration is made in response to the Order to Show Cause listed as Document 164.

4. Allyson Lodwick is a member of our staff. As part of her duties, she handles credit card purchases.

5. Attached hereto as Exhibit 1 is proof of payment for my Certificate of Good

1

Standing with the California Bar, dated February 12, 2025.

6. Exhibit 1 also provides proof that such Certificate was ordered by our office on February 12, 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of October, 2025, in Rancho Santa Margarita, California

_____
Michael W. Caspino, Esq.