**Ally Lodwick**

---

**From:**            cos@calbar.ca.gov
**Sent:**            Wednesday, February 12, 2025 10:24 AM
**To:**              Ally Lodwick
**Subject:**         Your payment has been processed.

**Categories:**      INVOICES



Dear **Allyson Lodwick,**

**CERTIFICATE OF STANDING - PAYMENT SUCCESSFUL**

Your payment has been successfully processed and confirmed.

**INVOICE NO:** C4CB6517190620250

**PAYMENT AMOUNT:** $41.00

**PAYMENT METHOD:** Visa - 5369

**CONFIRMATION NO:** 7393846013236024003285

Certificates are usually sent within 10 to 12 business days of receipt of your request.

If you need any additional assistance, please do not hesitate to contact us by phone at 888-800-3400 or via the Licensee Records and Compliance Inquiry Form.

Thank you.

Division of Regulation

     

State Bar of California, 180 Howard Street, San Francisco, CA 94105