UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIAN FLORES, STEVE WILKS, and RAY
HORTON, as Class Representatives, on
behalf of themselves and all others similarly
situated,

                    Plaintiff,

        -against-

THE NATIONAL FOOTBALL LEAGUE; NEW
YORK FOOTBALL GIANTS, INC. d/b/a NEW
YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a
MIAMI DOLPHINS; DENVER BRONCOS
FOOTBALL CLUB d/b/a DENVER BRONCOS;
HOUSTON NFL HOLDINGS, L.P. d/b/a
HOUSTON TEXANS; ARIZONA CARDINALS
FOOTBALL CLUB LLC d/b/a ARIZONA
CARDINALS; TENNESSEE TITANS
ENTERTAINMENT, INC. d/b/a TENNESSEE,
TITANS and JOHN DOE TEAMS 1 through 26,

                    Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025

22-CV-0871 (VEC)

ORDER TO SHOW
CAUSE

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 6, 2025, at Dkt. 164, Mr. Caspino was ordered provide (1) proof of payment for the Certificates of Good Standing obtained in the January/February 2025 timeframe, referenced by Dkt. 162-1 ¶¶ 5-7, and (2) proof from the State Bar of California that a request for a Certificate of Good Standing was made on Mr. Caspino's behalf between January 23, 2025, and February 13, 2025;

      WHEREAS on October 20, 2025, Mr. Caspino submitted a Declaration and Exhibit to the Court, Dkt. 171; and

      WHEREAS that Declaration and Exhibit only prove that a member of his law firm requested a Certificate of Good Standing for someone on February 12, 2025.

IT IS HEREBY ORDERED that **by October 28, 2025**, Mr. Caspino must provide proof *from the State Bar of California* that the request referenced was for a certificate on Mr. Caspino's behalf.

IT IS FURTHER ORDERED that also **by October 28, 2025**, Mr. Caspino must show cause why he should not be sanctioned for failing to respond fully to the prior order, at Dkt. 164, which expressly required "proof from the State Bar of California that a request for a Certificate of Good Standing was made *on Mr. Caspino's behalf* between January 23, 2025, and February 13, 2025" (emphasis added).

**SO ORDERED.**

**Date: October 21, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**