UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　-against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>　　　　　　　　　　Defendants. | 22-CV-0871 (VEC)<br><br>DECLARATION OF ALLYSON LODWICK |

I, Allyson Lodwick, declare as follows:

1. I am over the age of 18.

2. The facts stated herein are based on my personal knowledge, and I am competent to testify to them.

3. I am an administrative assistant with Price Caspino.

4. On October 22, 2025, following a Court Order and Mr. Caspino's instruction, I contacted the State Bar of California to request a detailed receipt for the February 2025 Certificate of Good Standing. I was told that the response times are typically five days.

5. On October 27, 2025, the Division of Regulation informed me that a detailed receipt would be provided and closed my ticket.

6. The receipt I received from the State Bar of California referenced a July 2025 transaction, which was incorrect.

7. On October 27, 2025, I contacted the State Bar of California to report the error, requesting the ticket be reopened and expedited.

8. I have not yet received a follow-up response from the State Bar of California and I expect it will take another five days.

Executed this 28th day of October, 2025, in Rancho Santa Margarita, California, under penalty of perjury under the laws of the State of California.

*/s/ Allyson Lodwick*
Allyson Lodwick, Declarant