# Price Caspino

**MEMO ENDORSED**

30442 Esperanza
Rancho Santa Margarita, CA
92688
—
(949) 899-9188
PriceCaspino.com

October 28, 2025

Honorable Judge Valerie Caproni
United States District Judge
United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025

    Re:    <u>Brian Flores v. The National Football League, et al.</u>
            <u>Case No. 22-CV-00871 (VEC)</u>

Dear Judge Caproni:

    I am writing to inform you that we have been unable to obtain the detailed receipt from the California State Bar as requested in Document 172 and we request a brief continuance of the deadline contained in your Order. My assistant, Allyson Lodwick, has been in contact with the State Bar's Division of Regulation regarding this matter, and we are actively working to obtain the requested documentation. The State Bar's response time is approximately five days from the date of the request for information.

    Please find attached the declaration of Allyson Lodwick, which provides further details regarding the efforts made to obtain the receipt and the fact that it appears we will need an additional five days to obtain the documentation necessary to comply with the Court Order.

    In light of these circumstances, we kindly request a brief extension of time to provide the requested documentation, to November 4, 2025.

    We appreciate your consideration of our request.

                                    Very Truly Yours,

                                    Michael Caspino

---

Application GRANTED.

SO ORDERED.          10/29/2025

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE