

MEMO ENDORSED

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

November 3, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2025
```

      Re:     *Flores, et al. v. The National Football League, et al.*; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs in the above-referenced matter and write to respectfully request leave to file a Second Amended Complaint simply to add claims under Title VII of the Civil Rights Act of 1964 ("Title VII"). Mr. Flores previously filed charges of discrimination with the Equal Employment Opportunity Commission, the administrative prerequisite to asserting claims under Title VII, and received Notices of Right to Sue on June 28, 2024. The parties stipulated that Mr. Flores' deadline to file such Title VII claims would be tolled pending the conclusion of the NFL, Giants, Texans and Broncos appeal to the Second Circuit. On October 17, 2025, the Second Circuit issued the mandate returning jurisdiction back to this Court. See Dkt. No. 170. We respectfully request such leave be granted to ensure that Title VII claims may be timely filed by this Thursday, November 6, 2025, which is the current deadline.

We should also note that Defendants' deadline to file an answer or other responsive pleading to Plaintiffs' First Amended Complaint was 14 days from the date of the mandate. See Fed. R. Civ. P. 12(a)(4)(A) (setting 14-day deadline from court action on a pre-answer motion); Fed. R. App. P. 41. That deadline expired on Friday, October 31, 2025; yet Defendants did not file any responsive pleading nor seek any extension of time. Plaintiffs had expected to file the proposed amendment after receiving any such responsive pleading.[1] We thank the Court for its attention to this matter.

Respectfully submitted,

David E. Gottlieb
Enc.

---

[1]     We further note that while this will be Plaintiff's Second Amended Complaint, the First Amended Complaint simply added two plaintiffs (Steve Wilks and Ray Horton) and the current proposed amendment is merely a function of Title VII's administrative scheme. Plaintiff reserves all rights to seek leave for substantive amendments as may be needed and as envisioned by the Court's Individual Rule 4(E)(i).

Application DENIED without prejudice.  Plaintiffs are directed to refile this request indicating whether Defendants object to the filing of a Second Amended Complaint.

SO ORDERED.                          11/4/2025

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE