UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br> -against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>       Defendants. | 22-CV-0871 (VEC)<br><br>DECLARATION OF<br>MICHAEL W. CASPINO |

I, Michael W. Caspino, do hereby declare as follows:

1. I am over the age of 18.

2. All the facts herein attested are of my personal knowledge and if called upon to testify in their regard, I could and would do so competently.

3. This declaration is submitted in response to the Order to Show Cause identified as Document 172.

4. Allyson Lodwick is a member of our staff and responsibilities include managing credit card transactions.

5. My California State Bar Number is 171906.

6.        Attached as Exhibit 1 is a declaration from Allyson Lodwick detailing her efforts to obtain the requested information. It also includes the proof of payment for my Certificate of Good Standing with the California Bar, which was ordered on February 12, 2025, and received on February 24, 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of November, 2025, in Rancho Santa Margarita, California.

                                                        Michael W. Caspino, Esq.