UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br> -against-<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE, TITANS and JOHN DOE TEAMS 1 through 26,<br><br>      Defendants. | 22-CV-0871 (VEC)<br><br>DECLARATION OF ALLYSON LODWICK |

I, Allyson Lodwick, declare as follows:

1. I am over the age of 18.

2. The facts stated herein are based on my personal knowledge, and I am competent to testify to them.

3. I am an administrative assistant with Price Caspino.

4. On October 22, 2025, following a Court Order and Mr. Caspino's instruction, I contacted the State Bar of California to request a detailed receipt for the February 2025 Certificate of Good Standing. I was told that the response times are typically five days.

5. On October 22, 2025, I received a request from the State Bar of California's Division of Regulation requesting the Licensee's name and bar number and informing me that the

receipt is generated from a third party. This email is attached.

6. On October 22, 2025, I responded to the Division of Regulation and provided them with the requested details.

7. On October 27, 2025, the Division of Regulation informed me via email that a detailed receipt would be provided and closed my ticket.

8. The receipt I received from the State Bar of California referenced a July 2025 transaction, which was incorrect.

9. On October 27, 2025, I contacted the State Bar of California to report the error, requesting the ticket be reopened and expedited.

10. On October 28, 2025, following our request for an extension from Honorable Judge Caproni, I received a transaction receipt from Cybersource Support referencing the Merchant: State Bar of California and Order Merchant Reference Number: C4CB65**171906**20250_20250212102320608, associated with the purchase of a Certificate of Good Standing that was ordered on February 12, 2025 and received on February 24, 2025.

11. The Order Merchant Reference Number includes the California State Bar number of Michael W. Caspino, California State Bar 171906. Please see the attached document for reference.

Executed this 4th day of November, 2025, in Rancho Santa Margarita, California, under penalty of perjury under the laws of the State of California.

_____
Allyson Lodwick, Declarant

# Ally Lodwick

| | |
|---|---|
| **From:** | DOR <dor@calbar.ca.gov> |
| **Sent:** | Wednesday, October 22, 2025 11:23 AM |
| **To:** | Ally Lodwick |
| **Subject:** | Form submission on 10/21/25 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | STATE BAR ISSUE |

Hello,

Please provide the licensee's name and bar number. The receipt is generated from a third party and only the card holder name name is included however we are happy to confirm in writing that the receipt is for the licensee's certificate.

Division of Regulation
The State Bar of California | 180 Howard Street | San Francisco, CA 94105

**OUR VALUES** | Clarity | Investing in Our People | Excellence |  Respect | Growth Mindset

*Working to protect the public in support of the mission of the State Bar of California.*
Please consider the environment before printing this email.
LinkedIn | Twitter | Facebook | Instagram

On Wed, Oct 22, 2025 at 10:19 AM, Allyson Lodwick <alodwick@pricecaspino.com> wrote:
> First name: Allyson
> Last name: Lodwick
> Email: alodwick@pricecaspino.com
> Tell us who you are: Member of the public
> Topic: Certificate of standing
> Issue: Other. Please provide details below.
> Please provide additional details: The Attorney's assistant is requesting a receipt for the Certificate with the Attorney's name associated printed on the receipt. Assistance requested.

1

**Ally Lodwick**

| | |
|---|---|
| **From:** | Cybersource Support <donotreply@support.cybersource.com> |
| **Sent:** | Tuesday, October 28, 2025 2:52 PM |
| **To:** | Ally Lodwick |
| **Subject:** | Your Transaction Receipt |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | STATE BAR ISSUE |

Merchant Name State Bar of California

# Return Codes

| | |
|---|---|
| Request ID | 7393846013236024003285 |
| Result Code | SOK-Request was processed successfully. |
| Authorization Code | 022322 |
| CVN Result | M - Card verification number matched. |

# Order Information

| | |
|---|---|
| Order or Merchant Reference Number | C4CB6517190620250_20250212102320608 |
| Service fee amount | 1.00 USD |
| Subtotal Amount | 40.00 USD |
| Total Amount | 41.00 USD |
| Transaction Type | Sale |
| Transaction Date | Feb 12 2025 10:23:21 AM PST |
| Authorization Date | Feb 12 2025 10:23:21 AM PST |