

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

November 6, 2025

**VIA ECF**

The Honorable Valerie E. Caproni
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    <u>Flores v. The National Football League, et al</u>.; Case No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs and write to inform the Court that the parties have entered into a tolling agreement extending the time for Plaintiff Brian Flores to file certain Title VII claims until after the conclusion of the motion filed at Dkt. No. 153.  In connection with that agreement and pursuant to its terms, Defendants the NFL, New York Giants and Houston Texans will consent to Plaintiff Flores filing such Title VII claims within the tolled timeframe so long as the parties can arrange a mutually agreeable briefing schedule for Defendants' anticipated motion to dismiss.  Accordingly, no further judicial action is requested at this time.

We thank the Court for its attention to this matter.

Respectfully submitted,

David E. Gottlieb