UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>            v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>                    Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

**NOTICE OF DEFENDANT TENNESSEE FOOTBALL, LLC d/b/a TENNESSEE TITANS' MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Civil Rule 6.3, Fed. R. Civ. P. 59(e), and Fed. R. Civ. P. 54(b), and upon the annexed memorandum of law, dated February 27, 2026, and the pleadings previously submitted in this action, Defendant Tennessee Football, LLC d/b/a Tennessee Titans ("Titans"), by and through their counsel, will move this Court before the Honorable Valerie Caproni, United States Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, to respectfully request an order reconsidering the Court's order dated

1

February 13, 2026 granting Plaintiffs' Motion for Reconsideration and denying Defendants' Motion to Compel Arbitration.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Local Civil Rule 6.1(b), Plaintiffs' opposition papers shall be served and filed by March 13, 2026; and the Titans' reply papers shall be served and filed by March 20, 2026.

Dated: New York, New York
      February 27, 2026

**HOLLAND & KNIGHT LLP**

By:    */s/ Duvol M. Thompson*
      Duvol M. Thompson
      Noah W.S. Parson
      Bob Boston (*pro hac vice* forthcoming)
      Drew Warth (*pro hac vice* forthcoming)
      787 Seventh Avenue, 31st Floor
      New York, New York 10019
      Telephone: (212) 513-3200
      Facsimile:  (212) 385-9010
      duvol.thompson@hklaw.com
      noah.parson@hklaw.com
      bob.boston@hklaw.com
      drew.warth@hklaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Loretta E. Lynch
Brad S. Karp
Lynn B. Bayard
Brette Tannenbaum
Kannon K. Shanmugam
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3900
lelynch@paulweiss.com
bkarp@paulweiss.com
lbayard@paulweiss.com
btannenbaum@paulweiss.com

kshanmugam@paulweiss.com

*Attorneys for Defendant Tennessee Football, LLC d/b/a Tennessee Titans*

3