UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br> v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,<br><br>    *Defendants*. | Case No. 22-CV-871 (VEC) |

## NOTICE OF APPEAL

Pursuant to 9 U.S.C. § 16, Defendant the Miami Dolphins, Ltd. d/b/a Miami Dolphins, appeal to the United States Court of Appeals for the Second Circuit from the Court's February 13, 2026 order (Dkt. 182) granting Plaintiff Brian Flores's motion for reconsideration (Dkt. 153) and thereby denying the Dolphins' motion to compel arbitration (Dkt. 47). The Dolphins file this notice of appeal as a protective matter. The Dolphins understand the notice to be premature under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv) because the Dolphins and other clubs have filed motions to amend the order being appealed pursuant to Federal Rule of Civil Procedure 59(e) (Dkts. 187, 194, 196). The Dolphins accordingly believe that the Court retains jurisdiction to resolve those pending motions, and this notice of appeal will become effective (if needed) upon the Court's resolution of the last of those pending motions. *See Hodge ex rel. Skiff v. Hodge*, 269

F.3d 155, 157 n.4 (2d Cir. 2001).  Nevertheless, given potential ambiguity concerning the impact of the pending motions on the appellate deadline, the Dolphins have filed this notice in an abundance of caution.

Dated: March 13, 2026
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ William Burck*

William A. Burck
JP Kernisan
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
williamburck@quinnemanuel.com
jpkernisan@quinnemanuel.com

Christopher G. Michel
    (*pro hac vice*)
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone:  (202) 538-8308
christophermichel@quinnemanuel.com

*Attorneys for Defendant Miami Dolphins, Ltd.*