UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS; and JOHN DOE TEAMS 1 through 26,<br><br>      Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

## NOTICE OF APPEAL

Defendant National Football League (NFL) appeals to the United States Court of Appeals for the Second Circuit from this Court's order of February 13, 2026 (Dkt. 182) granting plaintiffs' motion for reconsideration (Dkt. 153) and thereby denying defendants' motion to compel arbitration (Dkt. 47) with respect to plaintiffs' claims against defendants Miami Dolphins Ltd. (d/b/a the Miami Dolphins), Arizona Cardinals Football Club LLC (d/b/a the Arizona Cardinals), and Tennessee Titans Entertainment, Inc. (d/b/a the Tennessee Titans), as well as their related claims against the NFL. This notice of appeal is filed only as a protective matter. The NFL understands the notice to be premature under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv)

because the Dolphins, the Cardinals, and the Titans have filed motions pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the order being appealed (Dkt. 187, 194, 196).  The NFL thus understands the Court to retain jurisdiction to resolve those pending motions despite the filing of this protective notice of appeal.  *See*, *e.g.*, *Hodge ex rel. Skiff* v. *Hodge*, 269 F.3d 155, 157 n.4 (2d Cir. 2001); *Williams* v. *United States*, 2025 WL 268452, at *2 (S.D.N.Y. Jan. 21, 2025); *Sanders* v. *City of New York*, 218 F. Supp. 2d 538, 539–40 (S.D.N.Y. 2002), *aff'd*, 361 F.3d 749 (2d Cir. 2004)  This notice of appeal will become effective (if needed) upon the Court's resolution of the last of those pending motions.  *See* Fed. R. App. P. 4(a)(4)(B)(i).

| | |
|---|---|
| Dated: New York, New York<br>March 13, 2026 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>/s/ Loretta E. Lynch<br>Loretta E. Lynch<br>Brad S. Karp<br>Kannon K. Shanmugam<br>Lynn B. Bayard<br>Brette Tannenbaum<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Fax: (212) 757-3900<br>lelynch@paulweiss.com<br>bkarp@paulweiss.com<br>kshanmugam@paulweiss.com<br>lbayard@paulweiss.com<br>btannenbaum@paulweiss.com<br><br>*Attorneys for the National Football League* |