UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS; and JOHN DOE TEAMS 1 through 26,<br><br>      Defendants. | Civil Action No.: 22-cv-00871 (VEC) |

## NOTICE OF APPEAL

Defendant Arizona Cardinals Football Club LLC (d/b/a the Arizona Cardinals) ("Arizona Cardinals") appeals to the United States Court of Appeals for the Second Circuit from this Court's Order of February 13, 2026, granting plaintiffs' motion for reconsideration and thereby denying defendants' motion to compel arbitration of plaintiff Steve Wilks' claims against the Arizona Cardinals. *See* Dkt. 182. This notice of appeal is filed only as a protective matter. Defendant Arizona Cardinals understands the notice to be premature under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv) because Arizona Cardinals has filed a motion to alter or amend the order being appealed pursuant to Federal Rule of Civil Procedure 59(e). *See* Dkt. 194. As a result,

Arizona Cardinals understands the Court to retain jurisdiction to resolve that pending motion despite the filing of this protective notice of appeal. *See*, *e.g.*, *Hodge ex rel. Skiff* v. *Hodge*, 269 F.3d 155, 157 n.4 (2d Cir. 2001); *Williams* v. *United States*, 2025 WL 268452, at *2 (S.D.N.Y. Jan. 21, 2025); *Sanders* v. *City of New York*, 218 F. Supp. 2d 538, 539 (S.D.N.Y. 2002), *aff'd*, 361 F.3d 749 (2d Cir. 2004)  This notice of appeal will become effective upon the Court's resolution of the pending motion. *See* Fed. R. App. P. 4(a)(4)(B)(i).

Dated:  New York, New York
        March 13, 2026

*/s/ E A Savage/*

**LITTLER MENDELSON, P.C.**

Eric A. Savage
900 Third Avenue
New York, NY 10022
Telephone: (212) 583-2695
Fax: (973) 215-2620
esavage@littler.com

Daniel L. Nash (*pro hac vice*)
815 Connecticut Ave., NW, Suite 400
Washington, DC 20006
Telephone: (202) 772-2524
Fax: (202) 609-8951
dnash@littler.com

*Attorneys for Arizona Cardinals Football Club LLC*

2