# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta E. Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

March 16, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

   We write on behalf of the National Football League ("NFL") in the above-captioned matter.  Earlier today, the Miami Dolphins, Arizona Cardinals, and Tennessee Titans requested that the Court stay proceedings related to the claims asserted against them until their pending motions for reconsideration are resolved, or, in the alternative, adjourn the upcoming April 3, 2026 conference and the deadline to file motion(s) to dismiss.  For the reasons set forth therein, the NFL respectfully joins in this application with respect to Plaintiffs' claims against the NFL related to these clubs.

        Respectfully,

        /s/ *Loretta E. Lynch*
        Loretta E. Lynch

cc:  Counsel of record (via ECF)