

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2026

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

March 24, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    *Flores v. The National Football League, et al.*; Case No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs and write with Defendants' consent to respectfully request leave to re-file the Second Amended Complaint (Dkt. No. 208) with slight modifications to the previous version to clarify the parties against whom the Eleventh, Twelfth and Thirteenth causes of action under Title VII are being asserted.

Respectfully submitted,

David E. Gottlieb

Application GRANTED.

SO ORDERED.     3/25/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE