# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta E. Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

May 8, 2026

**<u>VIA ECF</u>**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

Pursuant to Your Honor's May 5, 2026 Order, ECF No. 267, Plaintiffs and Defendants the National Football League, Denver Broncos, New York Giants, and Houston Texans submit the Proposed Protective Order for the Production and Exchange of Confidential Information, attached as **Exhibit 1**.

Respectfully submitted,

| **WIGDOR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| By: */s/ David E. Gottlieb* | By: */s/ Loretta E. Lynch* |
| Douglas H. Wigdor | Loretta E. Lynch |
| Michael J. Willemin | Brad S. Karp |
| David E. Gottlieb | Lynn B. Bayard |
| 85 Fifth Avenue | Brette Tannenbaum |
| New York, NY 10013 | B. Aubrey Smith |
| Tel: (212) 257-6800 | 1285 Avenue of the Americas |
| dwigdor@wigdorlaw.com | New York, NY 10019 |
| mwillemin@wigdorlaw.com | Tel: (212) 373-3000 |
| dgottlieb@wigdorlaw.com | lelynch@paulweiss.com |
| | bkarp@paulweiss.com |
| *Attorneys for Plaintiffs* | |
| *Proposed Counsel for the Proposed Class* | |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                    2

lbayard@paulweiss.com
btannenbaum@paulweiss.com
asmith@paulweiss.com

*Attorneys for Defendant*
*The National Football League*

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: */s/ John Elefterakis*
John Elefterakis
Nicholas Elefterakis
Raymond Panek
Johnson Atkinson
80 Pine Street, 38th Floor
New York, NY 10005
Tel: (212) 532-1116

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**KUTAK ROCK LLP**

By: */s/ Reid A. Page*
Reid A. Page (admitted *pro hac vice*)
Marcia A. Washkuhn (admitted *pro hac vice*)
Tara A. Leesar (admitted *pro hac vice*)
2001 16th Street, Suite 1800
Denver, Colorado 80202
Tel: (303) 297-2400
reid.page@kutakrock.com
marcia.washkuhn@kutakrock.com
tara.leesar@kutakrock.com

*Attorneys for Defendant*
*Denver Broncos Football Club,*
*d/b/a Denver Broncos*

**McCARTER & ENGLISH, LLP**

By: */s/ Brian W. Carroll*
Brian W. Carroll
Hugh F. Murray, III (*pro hac vice* forthcoming)
Mark A. Makar
Scott Weingart (*pro hac vice* forthcoming)
250 W 55th Street, 13th Floor,
New York, NY 10019
Tel: (212) 609-6800
bcarroll@mccarter.com
hmurray@mccarter.com
mmakar@mccarter.com
sweingart@mccarter.com

*Attorneys for Defendant*
*New York Football Giants, Inc.*
*n/k/a New York Football Giants LLC*

**REYNOLDS, FRIZZELL LLP**

By: */s/ Elizabeth J. Wilkerson*
Jean C. Frizzell (admitted *pro hac vice*)
Elizabeth J. Wilkerson
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel: (713) 485-7200
jfrizzell@reynoldsfrizzell.com
ewilkerson@reynoldsfrizzell.com

*Attorneys for Defendant*
*Houston NFL Holdings, L.P.*
*d/b/a Houston Texans*