# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

July 1, 2026

By ECF

The Honorable Valerie E. Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re:   *Flores, et al. v. The National Football League, et al.*, 22-cv-00871 (VEC)

Dear Judge Caproni:

We write on behalf of the National Football League ("NFL"), Denver Broncos ("Broncos"), New York Giants ("Giants"), and Houston Texans ("Texans") in response to Plaintiffs' letter filed on June 30, 2026 (Dkt. 294), which requests an in-person status conference regarding purported discovery disputes.  Plaintiffs' request should be denied because it is procedurally improper and substantively baseless.

*First*, Plaintiffs' submission does not comply with Your Honor's Individual Practices, which require that any party wishing to raise a discovery dispute must first meet and confer in good faith with the opposing party and, if the Court's intervention is then required, must jointly contact Chambers with the other parties to arrange a teleconference with the Court—not file a unilateral letter motion requesting an in-person conference.  *See generally* Individual Practices 3.B.  Here, Plaintiffs have bypassed this process entirely.

*Second*, Plaintiffs' submission is premature because meet-and-confers concerning sources of ESI and search protocols are ongoing.  The time that process is taking is not due to delay by Defendants, as Plaintiffs' letter motion suggests.  Plaintiffs sat on Defendants' responses and objections to their document requests, served on May 29, 2026, for almost four weeks before requesting on June 25 to schedule  meet-and-confers.  They likewise failed to follow up after the NFL provided a response on May 29 to their position on appropriate NFL document custodians, until raising it for the first time on a June 24 conferral.  Plaintiffs filed their letter motion without so much as responding to the NFL's June 29 offer to hold a meet-and-confer on Tuesday or Wednesday of next week, rather than this week, due to the holiday.  The Broncos, Giants, and Texans have experienced nearly identical issues in their

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                    2

communications with Plaintiffs.  Nor did Plaintiffs even notify Defendants of their intent to file this letter.

There are numerous factual inaccuracies in Plaintiffs' letter, and Defendants have their own concerns, including with respect to the overbreadth of Plaintiffs' discovery requests, the inadequacy of Plaintiffs' responses and objections to Defendants' far more limited and narrow discovery requests, and the sufficiency of Plaintiffs' own ESI collection efforts to date. However, Defendants are committed to meeting and conferring with Plaintiffs on those issues before raising only issues on which the parties are at impasse with the Court. Defendants respectfully request that the Court direct the parties to meet and confer by Wednesday, July 8, and to raise any ripe disputes—of which there are currently none—if they arise, through the procedures set forth in Your Honor's Individual Practices.

Respectfully,

/s/ Loretta Lynch

Loretta Lynch

cc:    Counsel of record (via ECF)