

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/1/2026_____

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 1, 2026

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   Re:  *Flores, et al. v. The National Football League, et al.*; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiffs and write to respectfully request leave to file a single omnibus opposition to four separate motions to dismiss filed respectively by the NFL, Giants, Texans and Broncos on June 5, 2026.  Dkt. Nos. 256, 259, 264, 284.  Plaintiff would be entitled to 36,500 words in four separate oppositions but with the benefit of a single consolidated opposition will limit the word count to 21,000 words.  We believe this approach will promote judicial efficiency given the substantial overlap between the four respective motions.  The NFL, Giants, Texans and Broncos have stated that they do not take a position on this request.

Respectfully submitted,

David E. Gottlieb

Application GRANTED.  7/1/2026

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE