# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta E. Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/10/2026___

## MEMO ENDORSED

July 10, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

  Pursuant to Your Honor's July 1, 2026 Order, ECF No. 299, Plaintiffs and the National Football League, Denver Broncos, New York Giants, and Houston Texans met and conferred in person on July 8 and 9, 2026 for four hours each day. The parties made significant progress resolving certain of their discovery-related disputes and are continuing to work to further narrow what disputes ultimately will need to be presented to the Court. To allow for that process to be completed, the parties respectfully request a two-day extension, from Monday, July 13, 2026 until Wednesday, July 15, 2026, for the deadline to file the joint letter articulating what disputes remain that require the assistance of the Court. The parties believe that with this additional time, further progress can be made. This is the parties' first request for an extension of this deadline.

Respectfully submitted,

**WIGDOR LLP**

By: /s/ *David E. Gottlieb*
Douglas H. Wigdor
Michael J. Willemin
David E. Gottlieb
85 Fifth Avenue
New York, NY 10013
Tel: (212) 257-6800
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Loretta E. Lynch*
Loretta E. Lynch
Brad S. Karp
Lynn B. Bayard
Brette Tannenbaum
B. Aubrey Smith
1285 Avenue of the Americas
New York, NY 10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                    2

dgottlieb@wigdorlaw.com

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*


**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: /s/ *John Elerfterakis*
John Elefterakis
Nicholas Elefterakis
Raymond Panek
Johnson Atkinson
80 Pine Street, 38th Floor
New York, NY 10005
Tel: (212) 532-1116

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**McCARTER & ENGLISH, LLP**

By: /s/ *Brian W. Carroll*
Brian W. Carroll
Hugh F. Murray, III (admitted *pro hac vice*)
Mark A. Makar
Scott Weingart (*pro hac vice* forthcoming)
250 W 55th Street, 13th Floor,
New York, NY 10019
Tel: (212) 609-6800
bcarroll@mccarter.com
hmurray@mccarter.com
mmakar@mccarter.com
sweingart@mccarter.com

*Attorneys for Defendant*
*New York Football Giants, Inc.*
*n/k/a New York Football Giants LLC*

Tel: (212) 373-3000
lelynch@paulweiss.com
bkarp@paulweiss.com
lbayard@paulweiss.com
btannenbaum@paulweiss.com
asmith@paulweiss.com

*Attorneys for Defendant*
*The National Football League*

**KUTAK ROCK LLP**

By: /s/ *Reid A. Page*
Reid A. Page (admitted *pro hac vice*)
Marcia A. Washkuhn (admitted *pro hac vice*)
Tara A. Leesar (admitted *pro hac vice*)
2001 16th Street, Suite 1800
Denver, Colorado 80202
Tel: (303) 297-2400
reid.page@kutakrock.com
marcia.washkuhn@kutakrock.com
tara.leesar@kutakrock.com

*Attorneys for Defendant*
*Denver Broncos Football Club,*
*d/b/a Denver Broncos*

**REYNOLDS, FRIZZELL LLP**

By: /s/ *Elizabeth J. Wilkerson*
Jean C. Frizzell (admitted *pro hac vice*)
Elizabeth J. Wilkerson
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel:  (713) 485-7200
jfrizzell@reynoldsfrizzell.com
ewilkerson@reynoldsfrizzell.com

*Attorneys for Defendant*
*Houston NFL Holdings, L.P.*
*d/b/a Houston Texans*

Application GRANTED.  The parties' deadline to file their joint letter articulating what discovery disputes remain between the parties that require the Court's attention is ADJOURNED from Monday, July 13, 2026, to Wednesday, July 15, 2026.


SO ORDERED.

7/10/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE