

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

July 15, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   Re: *Flores, et al. v. The National Football League, et al*.; No. 22 Civ. 00871 (VEC)

Dear Judge Caproni,

We represent Plaintiff Brian Flores and write jointly with the NFL, Giants, Texans and Broncos to provide a list of unresolved discovery disputes following the parties' meet-and-confers last week. Dkt. No. 299. We can report that the parties made meaningful progress in narrowing the disputes, though many disputes remain. For the sake of brevity and compliance with the Court's order, we list the outstanding disputes succinctly and thus without argument. All parties are amenable to a further submission regarding these disputes as may be necessary and/or requested in advance of an in-person or telephonic conference. The disputes are as follows:

## I. Plaintiffs' Discovery Disputes

**Plaintiff's Discovery Requests as to the NFL**

- **RFP Nos. 14-22**: Plaintiff seeks internal and external communications regarding this lawsuit. The NFL does not agree to produce documents in response to these requests.

- **RFP Nos. 27; 164-67**: Plaintiff seeks documents and communications relating to race discrimination or racial diversity in the NFL. As to racial diversity, Plaintiff agreed to limit this request to Head Coach positions. As to race discrimination, Plaintiff agreed to limit the request by proposing that Defendants produce: (i) complaints of discrimination by NFL employees that allege institutional or structural race discrimination; (ii) complaints that allege that Roger Goodell or any of his direct reports engaged in race discrimination; and (iii) complaints of race discrimination made by any team employee. Plaintiff also proposes that Defendants produce: (i) complaints of retaliation by NFL employees that allege collusion, blackballing, etc.; (ii) complaints that allege that Roger Goodell or any of his direct reports engaged in retaliation; and (iii) complaints of retaliation made by any team employee. The NFL only agrees to produce documents and



communications concerning any complaints, concerns, or reports of alleged race discrimination regarding the hiring, retention, or termination of individuals in the Head Coach position at any Member Club and any complaints, concerns, or reports of alleged retaliation by Member Clubs against an individual raising concerns of race discrimination in Member Club decisions regarding the hiring, retention, or termination of individuals in he Head Coach position.

- **RFP Nos. 28-29**: Plaintiff seeks NFL documents and communications using racially discriminatory, stereotyping or offensive language or terms.  The NFL does not agree to produce documents in response to these requests.

- **RFP Nos. 34-38**: Plaintiff seeks NFL documents and communications relating to Colin Kapernick's claims of discrimination, retaliation, and collusion and discriminatory conduct by John Gruden.  The NFL does not agree to produce documents in response to these requests.

- **RFP Nos. 38-43**: Plaintiff seeks NFL documents and communications relating to his claim that the NFL retaliated against him through fraudulent and retaliatory actions in a sham arbitration.  The NFL does not agree to produce documents in response to these requests.

- **RFP No. 47**: Plaintiff seeks documents and communications regarding the employability of any person who has raised claims of unlawful conduct by the NFL or Member Clubs. Plaintiff agreed to limit the request by proposing that Defendant produce documents and communications regarding the employability of any team employee (player, coach or otherwise) who raised concerns about race discrimination. The NFL only agrees to produce documents and communications regarding the employability of any person who has raised claims of alleged race discrimination in his or her hiring, retention, or termination for the Head Coach position.

- **RFP No. 62**: Plaintiff seeks documents and communications between the NFL and Member Clubs' front offices relating to any employee of any Member Club. Plaintiff agreed to limit the request by proposing that Defendants produce all documents and communications between the NFL and teams relating to: (i) Head Coaches; and (ii) for other team employees, discipline, misconduct, rule violations, compensation, race discrimination and retaliation. The NFL only agrees to produce documents and communications between the NFL and Member Clubs concerning each head coach hiring cycle.

- **RFP No. 169**: Plaintiff seeks documents relating to complaints regarding any person's failure to comply with team or league diversity, equity or inclusion policies. The NFL only agrees to produce documents and communications relating to complaints regarding any actual or alleged instances of Member Club non-compliance with an NFL program or



policy intending to expand or diversify the pool of talent considered by Member Clubs when hiring for the Head Coach position.

- **RFP Nos. 170-71**: Plaintiff seeks documents relating to NFL investigations of violations of NFL rules, policies, or procedures, and into any alleged conduct of NFL team employees. The NFL only agrees to produce documents and communications related to any investigation it conducted with respect to any violation of any NFL rule, policy, or procedure intended to expand or diversify the pool of talent considered by Member Clubs for the Head Coach position.

- **RFP No. 173:** Plaintiff seeks documents regarding race discrimination, racial diversity, and/or racial bias within the NFL, including complaints, responses or investigations, and results or findings, as well as policies and/or procedures discussed, proposed, or implemented by the NFL to address race discrimination, racial diversity, and/or racial bias. The NFL does not agree to produce documents in response to this request.

- **RFP No 174, 177, 186, 188**:  Plaintiff seeks (i) policies promulgated by the NFL and/or applicable to any NFL team; (ii) any agreements between any NFL team and the NFL, and (iii) any form or template documents/agreements.   The NFL only agrees to produce documents "sufficient to show" NFL policies and procedures applicable to the hiring, retention, or termination of individuals for the Head Coach position.

- **RFP No. 184**: Plaintiff seeks documents relating to NFL approval of any person's employment with a Member Club. The NFL only agrees to produce documents sufficient to show any NFL policies regarding any requirements for the NFL's review or approval of employment contracts of individuals in the Head Coach position at the Member Clubs.

- **RFP No. 191**: Plaintiff seeks documents relating to any meetings between NFL team owners and representatives of the NFL. The NFL only agrees to produce documents and communications reflecting any discussion of specific allegations of race discrimination in the hiring, retention, or termination of Head Coaches at Member Clubs at such meetings.

- **RFP No. 192**:  Plaintiff seeks all documents and communications with the NFL Executive Committee.  Plaintiff only agrees to produce documents and communications with the NFL Executive Committee where issues regarding race discrimination were discussed with respect to the hiring, retention, or termination of individuals for the Head Coach position at the Member Clubs.

- **RFP No. 193**: Plaintiff seeks documents relating to any Member Club's compliance or lack thereof with any NFL commitments, rules or obligations. The NFL only agrees to produce documents and communications concerning any actual or alleged non-compliance with the requirements of any NFL program or policy intending to expand or diversify the pool of talent considered by Member Clubs for the Head Coach position.



- **RFP No. 202**: Plaintiff seeks documents regarding communication restrictions applicable to anyone referenced in any party's Rule 26(a) disclosures or interrogatory responses. The NFL does not agree to produce documents in response to this request.

- **Discovery in Custodians' Personal Possession.**  Plaintiff asks that the NFL search the personal devices of Troy Vincent, Jonathan Beane, Dasha Smith, and Ken Fiore for responsive documents. The NFL objects to searching those personal devices.

- **ESI Custodians.**  Plaintiff asks that Roger Goodell be included as an NFL custodian. The NFL objects to including Commissioner Goodell as a custodian at this time.  Plaintiff also asks that Brian McCarthy and Katie Hill be included as NFL custodians. The NFL objects to including Brian McCarthy and Katie Hill as custodians at this time.

**Plaintiff's Discovery Requests as to the Giants**

- **RFP Nos. 25-27**:  Plaintiff seeks NFL documents and communications relating to Colin Kapernick's claims of discrimination, retaliation, and collusion and discriminatory conduct by John Gruden. The Giants have not agreed to produce documents in response to this request.

- **RFP Nos. 29-30 / Interrogatory Nos. 6-7**: Plaintiff seeks documents relating to complaints of race discrimination or retaliation within the Giants. The Giants will produce only "formal" complaints or reports alleging race discrimination or retaliation relating to Head Coach hiring during the applicable discovery period, and will not produce "informal" complaints or "concerns."

- **RFP Nos. 34-35:** Plaintiff seeks the personnel files of Giants Head Coaches and documents relating to evaluations of Head Coach performance. The Giants have not agreed to produce documents in response to this request.

- **RFP Nos. 36-37 and 72-73:** Plaintiff seeks documents relating to the Giants' expectations before, during, and after each NFL season (not expectations for any particular game). The Giants have not agreed to produce documents in response to these requests.

- **RFP Nos. 38-62:** Plaintiff seeks documents concerning the hiring and termination of Giants' Head Coaches, including, but not limited to, candidate lists. The Giants have agreed to produce documents concerning the hiring processes for the two Head Coaches immediately preceding the 2022 Head Coach Hiring Process, but not the 2026 hiring of John Harbaugh. The Giants also have not agreed to produce documents relating to the termination of Head Coaches.

- **RFP Nos. 66, 68:** Plaintiff seeks, personnel files and employment contracts for Head Coaches. The Giants will not produce these documents.



- **RFP No. 74:** Plaintiff seeks communications between the Giants' ownership or front office and the NFL concerning Head Coach hiring cycles.  The Giants will produce this with the exception of those relating to the search to replace Brian Daboll.

- **RFP Nos. 75-79:** Plaintiff seeks documents related to the requirements of the Rooney Rule and the modifications made to such requirements, the motivation for the Rule's implementation and any subsequent amendments to the policy, any actual or alleged incidents of Member Clubs non-compliance with the requirements of the Rooney Rule, and the NFL's evaluation of the Rule's impact on the pool of talent considered by Member Clubs for the Head Coach position and any studies, assessment or evaluations of racial diversity, equal opportunities and/or pipelines related to Head Coaches.  The Giants have only agreed to produce Rooney Rule documents within the January 1, 2018 to present period. [1]

- **RFP Nos. 87-88:** Plaintiff seeks organizational charts regarding the Giants.  The Giants have not agreed to produce documents in response to this request.

- **RFP Nos. 91-97:**  Plaintiff seeks (i) policies promulgated by the NFL and/or applicable to any NFL team; (ii) any agreements between any NFL team and the NFL, and (iii) any form or template documents/agreements.   The Giants have not agreed to produce any of the requested documents.

- **RFP Nos. 100-01:** Plaintiff seeks documents relating to meetings among NFL team owners and/or representatives and meetings between NFL team owners and/or representatives and the NFL league office from January 1, 2018 to the present. The Giants have not agreed to produce documents in response to these requests.

- **RFP No. 113:** Plaintiff seeks documents imposing communication restrictions on any person identified in Rule 26(a) disclosures, interrogatory responses, or who otherwise might be called as a witness at trial. The Giants will not produce those agreements.

- **Interrogatory Nos. 19-20:** Plaintiff seeks identities relating to persons considered for, and involved in, Giants Head Coach hiring decisions from 2018 to the present.  The Giants will not identify such individuals after 2025 (the cycle resulting in the hiring of John Harbaugh).

- **Discovery in Custodians' Personal Possession.**  Plaintiff asks that the Giants search the personal devices of the applicable ESI custodians.  The Giants have refused to search any personal devices with the exception of Steve Tisch.

---

[1] The Giants state that Plaintiff has not previously identified certain of these deficiencies to the Giants. Plaintiff disputes this characterization.



**Plaintiff's Discovery Requests as to the Texans**

- **Overarching Temporal Scope of Discovery.** Plaintiff has requested an overarching timeframe of 2018 to the present with respect to the broad categories of discovery (e.g. Head Coach hiring processes and decisions; Rooney Rule related documents, etc.). With the exception noted in the next bullet, the Texans only agree to produce documents for the 2022 hiring cycle.

- **RFP Nos. 22-24:** Plaintiff seeks communications containing racially discriminatory, stereotyping, or offensive language or terms, and documents relating to complaints, concerns, or reports regarding allegations of race discrimination or retaliation within the Texans, including responses, investigations, findings, or remedial actions. The Texans agreed to produce only documents that make any reference to race, ethnicity, or color of any candidate to replace David Culley as Head Coach of the Texans and formal complaints or reports of alleged racial discrimination or retaliation during the hiring cycle to replace David Culley as Head Coach of the Texans (i.e. the 2022 head coach hiring cycle). The Texans also agreed to produce formal, non-privileged complaints from 2018 to present of racial discrimination against the decision-makers involved in the 2022 head coach hiring process.

- **RFP Nos. 25-26:** Plaintiff seeks documents relating to complaints, concerns, or reports regarding alleged failure to comply with the Rooney Rule and/or sham interviews for minority coaches by the Texans or more generally, including any response, investigation, findings, or remedial actions. The Texans have agreed to produce documents with respect to the 2022 head coach hiring cycle.

- **RFP Nos. 28-31 and 67-68:** Plaintiff seeks Head Coach personnel files, documents relating to evaluations of Head Coach performance, documents relating to team expectations before each NFL season, and documents relating to team results or performance during or after each NFL season. The Texans have not agreed to produce documents in response.

- **RFP Nos. 43-47:** Plaintiff seeks documents relating to candidate compilations, interviews, assessments, analyses, hiring decisions, persons involved in hiring processes, and termination decisions for requests the Texans treated as duplicates of RFP Nos. 38-42. The Texans refused to produce documents.

- **RFP Nos. 1, 32-42, 48-57:** Plaintiff seeks documents relating to Texans Head Coach hiring and transition decisions from 2018 to the present, including documents sufficient to show persons involved in the relevant Head Coach hiring processes. The Texans have not agreed to produce documents in response to these requests other than the Head Coach hiring process in 2022.



- **RFP Nos. 70-72:** Plaintiff seeks communications between Texans ownership/front office and the NFL league office regarding any Head Coach hiring cycle, documents regarding the Rooney Rule and/or compliance with the Rooney Rule, and communications regarding the Rooney Rule by, from, or to Texans executives or persons identified in Rule 26(a) disclosures. The Texans have agreed to produce communications regarding the Rooney Rule and compliance with it for the 2022 head coach hiring cycle. They have otherwise not agreed to produce documents in response to these requests.

- **RFP Nos. 73-76:** Plaintiff seeks documents relating to Rooney Rule training, guidance, or instructions, diversity/equity/inclusion initiatives, and reviews, studies, reports, or assessments concerning diversity/equity/inclusion performance and opportunities for Black coaches or executives. The Texans have not agreed to produce documents in response to these requests.

  **RFP Nos. 77-81:** Plaintiff seeks (i) policies promulgated by the NFL and/or applicable to any NFL team; (ii) any agreements between any NFL team and the NFL, and (iii) any form or template documents/agreements.   NFL has agreed to this entire scope but the Texans have not agreed to produce any of the requested documents.

- **RFP Nos. 83-86:** Plaintiff seeks documents relating to meetings among NFL team owners and/or representatives, meetings between NFL team owners and/or representatives and the NFL league office, proposed amendments to the NFL Constitution and Bylaws and documents from or communications with the NFL Executive Committee from January 1, 2018 to the present.  The Texans have not agreed to produce documents in response to these requests.

- **RFP Nos. 87-89:** Plaintiff seeks documents relating to teams' compliance or noncompliance with NFL agreements, commitments, rules, or obligations; NFL investigations into Texans-related conduct or rules/policy violations; and communications between Texans ownership/front office and the NFL league office. The Texans have not agreed to produce documents in response to these requests.

- **RFP No. 96:** Plaintiff seeks documents imposing communication restrictions on any person identified in Rule 26(a) disclosures, interrogatory responses, or who otherwise might be called as a witness at trial.  The Texans will not produce those agreements.

- **Interrogatory No. 13**: Plaintiff seeks the identity of each person who has raised complaints regarding allegations of race discrimination within the Texans. The Texans will identify only persons who made "formal" complaints from 2018 to present against Lovie Smith hiring decision-makers.

- **Interrogatory Nos. 15-22**:  Plaintiff seeks the identities of each person considered by the Texans for the Head Coach position between 2018 to the present (aside from the 2022



hiring cycle), and each person involved in the decision.  The Texans refuse to identify individuals in response to these interrogatories.

- **Interrogatory Nos. 23-24.**  Plaintiff seeks the identities of each third party with whom the Texans' ownership or front office has communicated regarding diversity in the NFL and/or the Rooney Rule and it related compliance.  The Texans refuse to identify individuals in response to these interrogatories, other than as to the 2022 hiring cycle.

- **Interrogatory Nos. 25**: Plaintiff seeks the identities of each person with whom the Texans communicated at the NFL league office with respect to NFL rules, policies, and practices from 2018 to the present. The Texans agreed to identify such persons only for the 2022 hiring cycle.

**Plaintiff's Discovery Requests as to the Broncos[2]**

- **Overarching Temporal Scope of Discovery**. Plaintiff seeks document production from the Broncos for the period 2018 to the present as an overarching period; and the production of non-custodial documents relating to the Rooney Rule from 2002 to the present.  The Broncos agree to produce head coach hiring decision information and documentation for John Elway going back to the 2016-2017 hiring cycle (the hiring cycle immediately before Mr. Flores's interview) and the 2018-2019 hiring cycle (the hiring cycle involving Mr. Flores).

- **RFP No. 11:** Plaintiff seeks documents concerning John Elway's plans and calendar during the 2018-2019 hiring process, including calendar invites, entries, reservation confirmations, agendas, attendees, and related communications. The Broncos have agreed to produce non-privileged documents sufficient to show Mr. Elway's plans and calendar for January 4, 2019.

- **RFP Nos. 15-17:** Plaintiff seeks external communications regarding Brian Flores, communications regarding this lawsuit, and communications with the NFL league office regarding this lawsuit. The Broncos have agreed to produce documents relating to the 2018-2019 hiring cycle, and communications between the NFL and the individuals the Broncos say were involved in the 2016-2017 head coach hiring cycle and the 2018-2019 head coach hiring cycle from 2018 to the present relating to Mr. Flores.

- **RFP Nos. 22-24:** Plaintiff seeks communications relating to Colin Kaepernick's discrimination/retaliation/collusion claims, player protests including kneeling during the

---

[2] The Broncos state that Plaintiff has not previously identified certain of these deficiencies to the Broncos. The Broncos further dispute the Plaintiff's characterization of the Broncos' position as a wholesale refusal to answer as to Interrogatory Nos. 4-7 and 21-23. Plaintiff disputes the Broncos' characterizations.



national anthem, and Jon Gruden discrimination/offensive-conduct allegations. The Broncos have not agreed to produce documents in response to this request.

- **RFP Nos. 31-63**: Plaintiff seeks Head Coach personnel files, documents relating to evaluations of Head Coach performance, documents relating to team expectations before each NFL season, and documents relating to team results or performance during or after each NFL season. The Broncos have agreed to produce Vic Fangio's personnel file and the personnel file relating to the head coach hiring decision made by Mr. Elway in the 2016-2017 hiring cycle.

- **RFP No. 64, 65, 67:** Plaintiff seeks candidate lists, personnel files and employment contracts for Head Coaches 2018 to the present. The Broncos have agreed to provide Vic Fangio's personnel file, as well as documents relating to the 2016-2017 and 2018-2019 hiring cycles.

- **RFP Nos. 89-92**: Plaintiff seeks documents relating to meetings among NFL team owners and/or representatives, meetings between NFL team owners and/or representatives and the NFL league office, proposed amendments to the NFL Constitution and Bylaws and documents from or communications with the NFL Executive Committee from January 1, 2018 to the present. The Broncos referred Plaintiff to the NFL for these documents and have not agreed to produce documents themselves.

- **RFP Nos. 93-95:** Plaintiff seeks documents relating to teams' compliance or noncompliance with NFL agreements, commitments, rules, or obligations; NFL investigations into Broncos-related conduct or rules/policy violations; and communications between Broncos ownership/front office and the NFL league office. The Broncos referred Plaintiff to the NFL for these documents and have not agreed to produce documents themselves.

- **Interrogatory Nos. 4-5:** Plaintiff seeks identification of each NFL league office person or third party with whom any Broncos ownership or front office member communicated about the Head Coach interview and hiring process to replace Vance Joseph. The Broncos refuse to identify individuals in response to these interrogatories.

- **Interrogatory No. 6-7:** Plaintiff seeks identification of each person who raised any formal or informal complaints, concerns, or reports regarding race-discrimination allegations within the Broncos as week as each third party with whom any Broncos ownership or front office member communicated about race discrimination and/or racial diversity within the NFL and/or the Rooney Rule. The Broncos refuse to identify individuals in response to these interrogatories.

- **Interrogatory No. 8:** Plaintiff seeks identification of each person with whom Broncos ownership or front office communicated about this lawsuit and/or Brian Flores since the



lawsuit was filed. The Broncos refuse to identify individuals in response to this interrogatory.

- **Interrogatory No. 17-20:** Plaintiff seeks the identities of each person considered by the Broncos for the Head Coach position between 2018 to the present, and each person involved in the decision. The Broncos have agreed to identify the candidates considered for the 2016-2017 and 2018-2019 hiring cycles and those involved in the candidate interviews.

- **Interrogatory Nos. 21-22:** Plaintiff seeks the identities of each third party with whom the Broncos' ownership or front office has communicated regarding diversity in the NFL and/or the Rooney Rule and its related compliance.

- **Interrogatory No. 23:** Plaintiff seeks the identities of each person with whom the Broncos communicated at the NFL league office with respect to NFL rules, policies, and practices from 2018 to the present. The Broncos refuse to identify individuals in response to this interrogatory.

- **Discovery in Custodians' Personal Possession.** Plaintiff asks that the Broncos search the personal devices of Joe Ellis and Matt Russell for responsive documents. The Broncos object to searching these personal devices and directed Plaintiff to Messrs. Ellis and Russell's attorneys. Plaintiff seeks information concerning Matt Russell's phone, including when the 30-day auto-delete setting was disabled. The Broncos have not provided this information. Plaintiff seeks relevant communications on Keith Bishop's personal device. The Broncos acknowledged relevant communications are on Mr. Bishop's personal device, but stated Mr. Bishop refuses to turn over his device and that the Broncos counsel does not represent him with respect to his personal cell phone. Plaintiff seeks responsive documents from Patrick Smyth's personal email account. The Broncos object to searching Smyth's personal email account.

## II.    **NFL's Discovery Disputes**

- The parties are at an impasse with respect to NFL Document Request No. 1, which seeks "all Documents concerning Mr. Flores's employment with any Member Club." Plaintiff has not agreed to produce any documents, aside from his employment agreements, in response to this Request.

- The parties are at an impasse with respect to NFL Document Request No. 2, which seeks "All documents concerning Mr. Flores's allegations in the Complaint that the NFL discriminated against him or took any adverse employment action against him." Plaintiffs refuse to produce documents based on the use of the term "concerning," which the NFL defined in its discovery requests to have "the meaning set forth in Local Rule 26.3(c)(7) and is defined as relating to, referring to, describing,



evidencing, or constituting the referenced subject." Plaintiff agrees only to produce documents that "refer, support, undermine, or describe his allegations in the Complaint."

- The parties are at an impasse with respect to the portion of NFL Document Request No. 11, as amended, which seeks "[a]ll Documents and Communications concerning . . . any expressions by Mr. Flores of his mental anguish or lack thereof, including expressions by Mr. Flores of overall life satisfaction, dissatisfaction, stress, or contentment, but not including passing references to joy, happiness, or sociability." Plaintiff has not agreed to produce documents in response to this portion of the Request.

- The parties are at an impasse with respect to NFL Document Request No. 12, which seeks "[a]ll Documents concerning any alleged illnesses, disabilities, or medical conditions (mental or physical) from which Mr. Flores alleges he suffered at any time." Plaintiff responded that he "will produce appropriate disclosures to the extent he seeks mental health treatment related to the allegations in the Complaint" but has not agreed to produce documents in response to the remainder of the Request.

- The parties are at an impasse with respect to NFL Document Request No. 19, which seeks "Documents sufficient to identify any contracts, engagement letters, representation agreements, retainer agreements, compensation agreements, and/or any other written arrangements or understandings between or among Mr. Flores and any of Mr. Flores's attorneys who have represented him in connection with this action." Plaintiff has not agreed to produce any documents in response to this Request.

- The parties are at an impasse with respect to NFL Interrogatory No. 9, which requests that Plaintiff "[i]dentify all medical providers from whom You sought treatment concerning any alleged illnesses, disabilities, or conditions (mental or physical) from which You allege You suffered, including as alleged in Complaint ¶ 394." Plaintiff responded that he "has not sought mental health treatment related to the allegations in the Complaint" but has not agreed to respond to the remainder of the Interrogatory.

### III.   Giants' Discovery Disputes

- The parties are at an impasse with respect to Giants Document Request No. 20, which seeks "all Documents and Communications concerning any evaluations by any NFL Member Club of Mr. Flores's performance as an employee, any records of disciplinary actions concerning Mr. Flores, and any complaints regarding Mr. Flores's conduct or behavior towards any NFL Member Club's employees, including players, coaches, or other staff." Plaintiff agrees only to produce "documents regarding Plaintiff's job performance while employed by any Member Club."



- The parties are at an impasse with respect to Giants Document Request No. 22, which seeks "[a]ll Documents and Communications concerning Mr. Flores's allegation that he experienced "loss of reputation, loss of opportunity and mental anguish" as a result of any alleged conduct by the Giants, as alleged in paragraphs 394, 399, 403, 408, 412, 416, 420, 425, 429, 439, and 443 of the Complaint."  Plaintiff agrees only to produce "documents that he intends to use in support of his damages claim."

- The parties are at an impasse with respect to Giants Document Request No. 24, which seeks "[a]ll Documents and Communications concerning any alleged illnesses, disabilities, or medical conditions (mental or physical) from which Mr. Flores alleges he suffered at any time."  Plaintiff responded that he "will produce appropriate disclosures to the extent he seeks mental health treatment related to the allegations in the Complaint" but has not agreed to produce documents in response to the remainder of the Request.

- The parties are at an impasse with respect to Giants Document Request No. 35, which seeks "Documents and Communications sufficient to identify any contracts, engagement letters, representation agreements, retainer agreements, compensation agreements, and/or any other written arrangements or understandings between or among Mr. Flores and any of Mr. Flores's attorneys who have represented him in connection with this Action."  Plaintiff has not agreed to produce any documents in response to this Request.

- The parties are at an impasse with respect to Giants Interrogatory No. 12, which requests that Plaintiff "[i]dentify all medical providers from whom You sought treatment concerning any alleged illnesses, disabilities, or conditions (mental or physical) from which You allege You suffered, including as alleged in paragraphs 394, 399, 403, 408, 412, 416, 420, 425, 429, 439, and 443 of the Complaint."  Plaintiff responded that he "has not sought mental health treatment related to the allegations in the Complaint" but has not agreed to respond to the remainder of the Interrogatory.

## IV.    <u>Texans' Discovery Requests</u>

- **RFP No. 12:** This request seeks "All Communications concerning this litigation or the subject matter of this litigation[.]" The Texans understand, based upon Mr. Flores's response to analogous requests by the NFL (Request for Production No. 2) and the Giants (Request for Production No. 1), that Mr. Flores continues to object to the term "concerning" and that Mr. Flores will only produce documents that "refer, support, undermine, or describe his allegations in the Complaint."

- **RFP No. 13:** This request seeks "all Documents and Communications concerning any feedback, evaluation, or comments on the job performance of Mr. Flores while employed by any Member Club, including but not limited to any complaints about the performance or conduct of Mr. Flores, any records of disciplinary action, or any evaluation of the performance or results of a Member Club due to the performance of Mr. Flores." In



response, Mr. Flores noted that "he will produce all nonprivileged documents and communications regarding Plaintiff's job performance while employed by any Member Club." Mr. Flores stated in a July 14, 2026 letter that he does not intend to comply with the full scope of the Giants' analogous request (Request for Production No. 20). The Texans understand this to also apply to their Request for Production No. 13 and the parties are therefore at an impasse as to this request.

- **RFP No. 18**: This request seeks "all Documents and Communications concerning Mr. Flores's allegation that he experienced 'loss of reputation, loss of opportunity, and mental anguish' as alleged in the Complaint." Based upon the analogous requests by the NFL (Request for Production No. 11, as amended) and the Giants (Request for Production No. 22) and Mr. Flores's July 14, 2026 correspondence regarding the same, Mr. Flores does not intend to comply with the full scope of this request.

## V.    Broncos' Discovery Requests

- **RFP Nos. 27-29:** The Broncos seek documents relating to Plaintiff's damages, including emotional distress. Plaintiff refused to produce medical documents or to identify medical providers unless those documents and providers related to mental health treatment Plaintiff received in connection with this matter.

- **RFP No. 32**: The Broncos seek documents sufficient to identify any retainer, fee, or engagement agreement between Plaintiff and his counsel. Plaintiff refuses to provide such documents.

- **RFP No. 34**: The Broncos seek documents concerning any agreement between Plaintiff and any co-plaintiff, putative class member, or other person regarding the subject matter of this litigation. Plaintiff agrees to produce these documents but not any engagement agreement involving a lawyer.

- **RFP No. 35**: The Broncos seek documents Plaintiff produced to or received from any other defendant in this action concerning the Broncos. Plaintiff agrees to produce such documents to the extent any party refuses to produce such documents to the Broncos.

*            *            *

We thank the Court for Your Honor's attention to these matters.

Respectfully submitted,

David E. Gottlieb