UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BRIAN FLORES, STEVE WILKS, and RAY : 
HORTON, as Class Representatives, on :
behalf of themselves and all others similarly :
situated, :
         :
                                Plaintiff, :
                  -against- :
         :
THE NATIONAL FOOTBALL LEAGUE; NEW :
YORK FOOTBALL GIANTS, INC. d/b/a NEW :
YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a :
MIAMI DOLPHINS; DENVER BRONCOS :
FOOTBALL CLUB d/b/a DENVER BRONCOS; :
HOUSTON NFL HOLDINGS, L.P. d/b/a :
HOUSTON TEXANS; ARIZONA CARDINALS :
FOOTBALL CLUB LLC d/b/a ARIZONA :
CARDINALS; TENNESSEE TITANS :
ENTERTAINMENT, INC. d/b/a TENNESSEE, :
TITANS and JOHN DOE TEAMS 1 through 26, :
         :
                       Defendants. :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/17/2026__

22-CV-0871 (VEC)

ORDER OF REFERENCE
TO A MAGISTRATE
JUDGE

The above-entitled action is referred to Magistrate Judge Cave for the following purpose:

X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement):
     Discovery for the Giants, Texans, Broncos, and NFL (including but not limited to the emerging disputes outlined in the joint letter at Dkt. 303)

___ Specific Non-Dispositive Motion/Dispute:
     _____
     _____
     _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
     Purpose: _____

___ Habeas Corpus

___ Social Security

\_\_\_ Dispositive Motions (i.e. motion
requiring Report and Recommendation)        All such motions: \_\_\_\_
Particular Motion: _____

**SO ORDERED.**

**Date:  July 17, 2026**
      **New York, NY**              **VALERIE CAPRONI**
                                    **United States District Judge**