quinn emanuel  trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S EMAIL ADDRESS
**jpkernisan@quinnemanuel.com**

July 17, 2026

**VIA ELECTRONIC FILING**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Flores v. The National Football League, et al., No. 1:22-cv-871

Dear Judge Caproni:

Pursuant to Paragraph 2(A) of Your Honor's Individual Practices in Civil Cases, Defendant Miami Dolphins, Ltd. ("Dolphins") respectfully submit this letter to the Court regarding the Dolphins' notice of appeal.

As the Court is aware, on March 13, 2026, the Dolphins filed a protective notice of appeal, Dkt. 212, from the Court's February 13, 2026 order denying their motion to compel arbitration of Plaintiff Brian Flores's claims against them, Dkt. 182.  That appeal is authorized under 9 U.S.C. § 16(a)(1)(A) and (B).  *See* Dkt. 47 (moving to compel arbitration and stay further proceedings under 9 U.S.C. §§ 3 and 4).  As noted in the Court's most recent order, Dkt. 302 at 5, that protective notice of appeal is now effective.  *Hodge ex rel. Skiff v. Hodge*, 269 F.3d 155, 157 n.4 (2d Cir. 2001); *United States v. Owen*, 553 F.3d 161, 164–65 (2d Cir. 2009) (noting Second Circuit practice of holding a "protective" notice of appeal in abeyance until it becomes "effective").  The Dolphins also intend to file a timely amended notice of appeal encompassing the Court's order denying the Dolphins' motion for reconsideration, Dkt. 302, pursuant to Fed. R. App. P. 4(a)(4)(B)(ii).

Pursuant to *Coinbase v. Bielski*, 599 U.S. 736 (2023), district court proceedings pertaining to Mr. Flores's claims against the Dolphins are to be stayed throughout the pendency of this appeal. As with the Dolphins' co-defendants prior appeal, Dkt. 115, the Dolphins' respectfully request confirmation that proceedings against them are stayed pending appeal.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Respectfully submitted,


/s/ JP Kernisan

cc:    Counsel of Record (via ECF)

2