UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON,
as Class Representatives, on behalf of themselves
and all others similarly situated,

                    Plaintiffs,

        -v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

                    Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**IN-PERSON CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and discovery disputes, (Dkt. No. 304), including the parties' joint letter outlining their unresolved discovery disputes. (Dkt. No. 303 (the "Joint Letter")). An in-person conference to discuss the Joint Letter is scheduled for **August 4, 2026, at 3:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York, 10007. Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **July 28, 2026**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:    New York, New York
          July 17, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**