**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- X

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

Defendants.

--------------------------------------------------------------------- X

Civil Action No.: 22-cv-00871 (VEC)

**DECLARATION OF DAVID E. GOTTLIEB, ESQ. IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT**

I, David E. Gottlieb, an attorney at law, duly licensed to practice law before the Courts of the State of New York, hereby declare the following statements under penalties of perjury:

1. I am a Partner at the law firm Wigdor LLP, attorneys for Plaintiffs Brian Flores, Steve Wilks and Ray Horton in the above-captioned matter. This Declaration is submitted in connection with Plaintiff Brian Flores' Opposition to Defendants' to Motions to Dismiss ("Defendants' Motion").

2. Attached hereto is a true and accurate copy of an unredacted version of Plaintiff Brian Flores' Opposition to Defendants' to Motions to Dismiss.

3. Attached hereto as **Exhibit A** is a true and accurate copy of a document created by Korn Ferry regarding Brian Flores.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the NFL's Hiring Policy for the 2023-24 season.

5. I declare that the foregoing is true and correct under penalties of perjury.

Dated: July 20, 2026
New York, New York

By: ______________________
David E. Gottlieb