# Exhibit A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Brian Flores – Strengths and Weaknesses

- \+ Outstanding defensive coach; smart and **demonstrates an ability to adapt to different modern offenses** and **gameplan against protection schemes** and the League's top quarterbacks.
- \+ **Mixes up schemes with different (sometimes unorthodox) situational coverages**. Hard for offenses to gameplan against and for QBs to read.
- \+ **Disguises his schemes to confuse offensive blocking patterns** to hide the main point of defensive attack, very commonly blitzes. Defensive backs love playing for him.
- \+ Aggressive with **strong, timing-intensive blitzes** that have rattled top offenses. **When teams adjust, Brian seems to always have another alteration to go to**.
- \+ **Chip on his shoulder** – **relentlessness and desire to prove himself**. But outside of football, he can be a good person for players to talk to.
- \+ **Polished and a good presenter despite growing up in Brownsville, Brooklyn (same as Mike Tyson). He was able to build a strong friendship with a billionaire's son which gave him opportunities to socialize and learn how to build relationships with white-collar and upper-class individuals.**

- – **Top NFL quarterbacks with strong offensive lines can expose the aggressiveness of his defense. If the blitz falls apart, his zone defenses are not as effective.**
- – Limited offensive philosophy and doesn't get ahead of the game. **As HC, he clashed with the GM and his coordinators**.
- – **He can fool you with his polish upwards**. Has little people skills, lacks self-awareness and can sometimes exhibit erratic behavior. **Tua's statements have opened the narrative that Brian was "pessimistic and adversarial" and his style "shattered his confidence"**.
- – **Wants to be a CEO-type Head Coach but micro-manages in a negative manner**. Makes knee-jerk reactionary decisions based on the last play.
- – Chip on his shoulder – can be a dictator with players, coaches, and can even be a difficult with ownership. **His personality is unpredictable – not sure who is going to show up**. Failed in how he hires coordinators and staff because he **doesn't give second chances** or see efforts to improve.
- – Needs someone strong at the top to reign in some of his worst behavior. **He once threatened violence to his GM and made irrational demands during an ownership meeting.** One long-time senior team executive said, "He may have changed since, but he was the worst hiring decision we've ever made". Another President of a club refused to talk about him.
- – **Ongoing litigation may be a distraction.**

© 2024 Korn Ferry. All rights reserved