# Exhibit C

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2023-2024 Hiring Policy
## Executive Summary for Designated Football Positions

This document **summarizes** the procedures clubs follow when conducting searches during the 2023-2024 hiring cycle for Head Coach, Coordinator (Offensive/Defensive/Special Teams), Quarterback Coach, Primary Football Executive (General Manager), and Secondary Football Executive (Assistant General Manager) positions. Full details on the hiring guidelines can be found in the **Anti-Tampering Policy.**

1. **Submit** required notification of open positions for all **designated football positions** [Head Coach, Coordinators, Quarterback Coach, Primary Football Executive, and Secondary Football Executive] and positions to the League office via email Ken Fiore and on the Football Administration Website (https://www.nflfootballadmin.com).

2. **Prepare** job descriptions for all positions subject to the Rooney Rule **(required).**

3. **Determine** which decisionmakers will be involved in the Head Coach and/or General Manager hiring process.

4. **Ensure** that those who have been designated to participate in the Head Coach and/or General Manager hiring process have completed the Inclusive Hiring Training **(required)**.

5. **Engage** with an inclusive hiring process coach/expert to assist in the Head Coach and/or General Manager search process **(recommended).**

6. **Review** qualified candidates via the Football Operations All Inclusive Ready List and/or Football Administration Website.

7. **Begin** interviews as detailed in the Policy Manual.

8. **Ensure** compliance with Interviewing Policy Procedures subject to the Rooney Rule and submit and maintain required documentation of hiring process via the Football Administration Website **(required)**.

# High-Level Summary

1. **Prior to Conclusion of Regular Season**: Clubs may conduct **in-person or virtual** interviews with internal candidates or candidates not employed by an NFL club.

2. **Beginning on the day after the conclusion of the regular season (January 8):**

## Head Coach

- **Clubs with an Open Head Coach position** may begin to request interviews with candidates of another club on **Monday, January 8**. (Notification Form)

  - Interviews with employees of other clubs must be conducted **virtually** prior to the conclusion of Divisional Playoff games on **Sunday, January 21**.

    - *It is recommended that a club with an open Head Coach position use the virtual interview window to establish an initial interview, so that it is eligible to request a second interview with a candidate of a Super Bowl team during the bye week. A high-level summary of these procedures can be found below.*

  - Interviews are **prohibited** with employees of other clubs that did not make the postseason until the third day following the employer clubs' Week 18 game. **(Tuesday, January 9 for a game played on Saturday, January 6 or Wednesday, January 10 for a game played on Sunday, January 7).**

  - Interview requirements for coaches of clubs participating in the postseason:

    - If the employer club has a Wild Card bye, **virtual** interviews may begin three days after Week 18 games **(January 9 or 10, whichever is applicable)** and must be conducted prior to the conclusion of Wild Card games.

    - If the employer club is a Wild Card participant, **virtual** interviews may begin three days after it's Wild Card game and must be conducted prior to the conclusion of Divisional Playoff games **(Sunday, January 21)**, as follows.:

      - For a Saturday or Sunday game, **virtual** interviews permitted beginning **Tuesday, January 16.**

      - For a Monday game, **virtual** interviews permitted beginning **Wednesday, January 17.**

- Beginning, Monday, January 22 (the day after the conclusion of the Divisional Playoffs):

  - Clubs may conduct **in-person** interviews (or **virtual** interviews) with candidates who are employed by other NFL clubs whose seasons have concluded.

  - Clubs are **prohibited** from conducting initial interviews with candidates who are employed by clubs participating in the Conference Championship Games until the conclusion of the employer club's season. Second interviews are prohibited until Monday, January 29. A candidate's employer club is prohibited from voluntarily granting such permission.

- Beginning Monday, January 29 through Sunday, February 4, (the bye week between the Conference Championship games and the Super Bowl), second interviews, either **in-person or virtual**, are permitted with Head Coach candidates employed by clubs that will participate in the Super Bowl. Prior notification must be provided to the employer club. (Notification Form)

- Beginning Sunday, February 4, contact with Head Coach candidates participating in the Super Bowl is prohibited until Monday, February 12.

- Clubs seeking to fill an open Head Coach position must conduct an **in-person** interview with at least **two** external candidates who are persons of color and/or women for the position. Head Coach interviews conducted virtually will not satisfy Rooney Rule requirements.

- No contract may be executed, and no agreement to execute a contract, or an announcement of a contract or of an agreement for employment, shall be permitted until after the conclusion of the employer club's playing season.

## Coordinator (Offensive, Defensive, or Special Teams)

- **Clubs with Open Coordinator positions** may begin to request interviews with candidates employed by another club on **Monday, January 8.** (Notification Form)

  - Clubs seeking to fill an open Coordinator position must conduct an **in-person or virtual** interview with at least **two** external candidates who are persons of color and/or women for the position. Coordinator position interviews conducted virtually will satisfy Rooney Rule requirements.

  - A hiring club is required to request permission (Consent Form) to interview a coach from another club if:

    - the open Coordinator position shares duties with another coach or consultant (i.e., is a co-Coordinator); or

    - it has an Assistant Head Coach (Offense, Defense, or Special Teams) on the same side of the ball as the Coordinator position (e.g., Assistant Head Coach-Offense for an open Offensive Coordinator position).

  - Interview requirements for coaches of clubs participating in the playoffs:

    - If the employer club has a Wild Card bye: **In-person or virtual** interviews must be conducted beginning on **Monday, January 8**, the day after all Week 18 games, and prior to the conclusion of Wild Card games **(Monday, January 15)**.

    - If the employer club is a Wild Card participant and advances to the Divisional Playoffs: **In-person or virtual** interviews must be conducted after the conclusion of Divisional Playoff games and must conclude on **Saturday, January 27**, the day prior Conference Championship games.

    - If the employer club is a Wild Card participant and **does not** advance to the Divisional Playoffs: **In-person or virtual** interviews can commence the day after the Wild Card game.

    - No Coordinator interviews can be requested, granted, or occur after the Saturday of Conference Championship weekend (**Saturday, January 27)** for any assistant coach whose club is still participating in the postseason.

## Quarterback Coach

- **Clubs with an Open Quarterback Coach position** may begin to request interviews with candidates employed by another club on **Monday, January 8.** With the employer club's permission (Consent Form), interviews maybe conducted, subject to the procedures set forth below:

  - Clubs seeking to fill an opening for a Quarterback Coach position must conduct an **in-person or virtual** interview with at least **one** external candidate who is a person of color and/or a woman for the position. Quarterback Coach interviews conducted virtually will satisfy Rooney Rule requirements.

  - Employer club has a "period of exclusivity" for assistant coaches with expiring contracts:

    - Until 12:01 am, on the second Tuesday after the club's last game of the season *(i.e., Tuesday, January 16 for non-playoff teams)*.

    - Employer club may elect to waive exclusivity. However, after the period of exclusivity expires, employer club cannot deny permission. (Notification Form)

## Primary Football Executive (General Manager)

- **Clubs with an Open Primary Football Executive position** may begin to request interviews with non-Primary Football Executive candidates employed by another club on **Monday, January 8.** (Notification Form)

  - Clubs seeking to fill an open Primary Football Executive position must conduct an **in-person** interview with at least **two** external candidates who are persons of color and/or women for the position. Primary Football Executive interviews conducted virtually will not satisfy Rooney Rule requirements.

  - Candidates are permitted to accept employment with a new club while their employer club is in the playoffs, provided employer club grants written permission.

  - Each club is permitted to only have only one Primary Football Executive.

## Secondary Football Executive (Assistant General Manager or Equivalent)

- **Clubs with an Open Secondary Football Executive position** may request interviews with non-PFE or non-SFE candidates of other clubs only after the conclusion of the employer club's playing season (including postseason).
  - From the conclusion of the employer club's season through the conclusion of the NFL Draft, the employer club is not obligated to grant permission, but may do so voluntarily at its discretion. (Consent Form)
  - Each club is permitted to have only one Secondary Football Executive.
  - From the conclusion of the NFL Draft through June 30, the employer club must permit an employee who is not the club's Primary Football Executive or Secondary Football Executive to discuss and accept such employment. (Notification Form)
  - Clubs seeking to fill an Open Secondary Football Executive position are not required, but are encouraged, to interview internal or external candidates who are persons of color and/or women. Secondary Football Executive interviews can be **in-person or virtual.**

## Contact with College Personnel:

- Prior to having discussions with a college coach or other college football employee, the club must determine whether the candidate is under contract:
  - **If the employee is not under contract**, the club can proceed without further notification to the school.
  - **If the employee under contract is a coach or someone who reports to the school's Athletic Director**, and the contract does not contain a term that permits the candidate to discuss employment with an NFL club *(i.e., right to interview, buyout)*, then the club must request permission from the school's Athletic Director before contacting the prospective candidate for an interview. It is strongly recommended to receive such permission in writing.
  - **If the employee under contract is the school's Athletic Director**, and the contract does not contain a term that permits the candidate to discuss employment with an NFL club *(i.e., right to interview, buyout)*, then the club must request permission from the school's President before contacting the prospective candidate for an interview.
  - **If permission is granted**, the club may proceed under any limitations in the consent. It is strongly recommended to receive such permission in writing.
  - **If permission is denied**, the club must end its pursuit of the employee.

# TIMING FOR HEAD COACH INTERVIEWS

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*2023/2024 Season*

## 1. Employer Club not participating in the playoffs OR has a Wild Card Bye

Virtual

Clubs are prohibited from conducting Head Coach interviews with candidates who are employed by other NFL clubs until the **third day after the conclusion of the candidate's Week 18 games if the employer club is not participating in the playoffs OR has a Wild Card bye**

Week 18 Games (Saturday – Sunday)

| Saturday | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|
| Team A: Last Regular Season Game | Team B: Last Regular Season Game | *No HC interviews allowed* | Team B: HC Interviews can begin | Team B: HC Interviews can begin |
| 1/6/24 | 1/7/24 | | 1/9/24 | 1/10/24 |

## 2. Employer Club in Saturday or Sunday Wild Card Games

Virtual

Clubs are prohibited from conducting Head Coach interviews with candidates who are employed by other NFL clubs **and in Saturday or Sunday Wild Card games until the Tuesday following the Saturday or Sunday Wild Card Games.**

Wild Card Games (Saturday – Monday)

| Saturday | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|
| **HC candidate's employer Club Wildcard Game – Either Sat. or Sun.** | | *No HC interviews allowed* | **1st Day HC interviews can take place** | |
| 1/13/24 | 1/14/24 | | 1/16/24 | |

## 3. Employer Club in Monday Wild Card Games

Virtual

Clubs are prohibited from conducting Head Coach interviews with candidates who are employed by other NFL clubs **and in Monday Wild Card games until the Wednesday following the Monday Wild Card game.**

Wild Card Games (Saturday – Monday)

| Saturday | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|
| | | **HC candidate's employer Club Wildcard Game – Monday only** | *No HC interviews allowed* | **1st Day HC interviews can take place** |
| | | 1/15/24 | | 1/17/24 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Inclusive Hiring Training

Club owner(s) and key decisionmakers (those involved in the selection) are required to participate in inclusive hiring training prior to beginning the Head Coach and/ or General Manager interview process.

Each club has the option of selecting any of the inclusive hiring trainers on the list below or selecting its own with prior League office approval.

Each consulting group/consultant is available to conduct both the mandatory Inclusive Hiring Training and the recommended Inclusive Hiring Process Coaching

Jonathan Beane jonathan.beane@nfl.com will provide contact information.

**Recommended Trainers:**



**Stefanie K. Johnson** (Member of Diversity Advisory Council) – Stefanie is an author, professor and keynote speaker who specializes in the intersection of leadership and diversity, focusing on how unconcious bias affects the evaluation of leaders and strategies that leaders can use to mitigate bias. stefanie.johnson@colorado.edu



**Pamela Carlton** (Member of Diversity Advisory Council) – Pamela is the President of an organizational leadership consulting firm called Springboard. She conducts research and assessments on inclusive leadership and diversity, develops training and professional development seminars, and provides consulting and executive coaching to organizations in the corporate and non profit sectors. pcarlton@springboardleadership.com

*Note: Clubs are excluded from the requirement of inclusive hiring training if they conducted such training over the last 2 seasons. However, if any key decision maker in the group didn't participate in the prior training, he/she would be required to do so prior to interviewing.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Paradigm IQ** – Paradigm is a diversity, equity, and inclusion organization that has worked with more than 1,000 companies around the world to build stronger, more inclusive organizations. The company has conducted many DEI sessions at the league office over the last 5 years. Joelle Emerson serves as the CEO.
joelle@paradigmiq.com



**Yen Ling Shek** – Yen Ling is a consultant at Russell Reynolds Associates and she works with clients to help organizations enhance their diversity, equity and inclusion journey through individual and organizational assessments, training and organizational design.
yenling.shek@russellreynolds.com



**Billie Jean King Enterprises** (**Dr. Sofia Pertuz**) – Sofia is the Managing Director for DEI at Billie Jean King Enterprises. She is a diversity, equity, and inclusion professional and certified executive coach with over 25 years of experience serving higher education, nonprofit and corporate organizations.
sofia@bjkglobal.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NATIONAL FOOTBALL LEAGUE

# Football Administration Website

The Football Administration Website (https://www.nflfootballadmin.com/) was created to be the primary source for clubs to find comprehensive, accurate, and up-to-date information to support the hiring of coaches and football personnel, and to handle the administrative tasks for non-player personnel transactions.

The database of football personnel includes all NFL coaches since 2001 (and certain nominated current NCAA coaches) and front office personnel to aid in General Manager searches.

Each club has been previously asked for the names of their authorized users for the below website functions. To receive a tutorial of the website or if you would like to review or make changes to your list of authorized users, please contact the NFL Player Personnel department at nflplayerpersonnel@nfl.com or 212-450-2215.

**Note:** The website is secured using OKTA's two-factor authentication and can be accessed on a smartphone, tablet, or laptop that is connected to the internet. Please contact Anthony Valeri of the NFL Information Technology department if you are an authorized user who is having technical trouble accessing the website.

The website contains the following functions:

## A. Candidate Search

A robust search function that permits users to filter a wide variety of fields. Searches criteria can be saved and profile reports for each prospective candidate can be viewed online, printed, or saved as a PDF.

## B. Video Interview Database

Direct access to video interviews of prospective head coach and general manager candidates. Interviews conducted in the last two years are visible on the website.

## C. Document Library

A document library containing league hiring procedures and policies, the NFL Anti-Tampering Policy and hiring studies and reports.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## D. Hiring Process Administration

Authorized users administer the following processes associated with hiring requirements through the website:

1. Post "Open" designated football positions, including associated job report description. A designated football position is defined as a Primary Football Executive, Secondary Football Executive, Head Coach, Coordinator (Offensive, Defensive, or Special Teams), or Quarterback Coach position, and Senior Business Executive positions; and

2. Submit and return permission forms for all football and non-football interview requests; and

3. Submit details of interviews for designated football positions and senior business executive positions; and

4. Submit information regarding contract offers for designated football positions and senior business executive positions.

Following are step-by-step instructions for submitting the above information:

### 1. Notification of Open Football Position

Once a club has an open Designated Football Position and/or a Senior Business Executive position, the club must use the Football Administration Website to report the date of the opening. Upon completion of the job description, it must be uploaded to the position posted.

To report the required information, navigate to the **Hiring Process** tab, then select **Create Position**. Select the Employee Type, Position Type, type in the actual Title of the position, select the listing date, upload the job description by clicking the "Choose file" button and selecting the document from your files.

### 2. Submission of Permission Forms

Clubs are required to request permission to interview candidates employed by other clubs for all football and non-football positions through the use of Permission Forms. Either a Consent Form or a Notification Forms must be sent to the employer club through the Football Administration Website.

- The following summarizes the proper use of Permission forms:

  a. **Consent Form.** A Consent Form is used for all **football and non-football** requests from the beginning of training camp through the conclusion of a club's playing season (including playoffs), except for postseason requests of Head Coach, Coordinator, and Primary Football Executive positions.

     Consent Forms are also used in situations where an employer club can deny permission for the interview, such as in-season non-football requests, or offseason requests to interview assistant coaches who are under contract for the 2024 season for non-head coach/non-Coordinator positions. In addition, Consent Forms must be used to request interviews with Secondary Football Executives prior to the conclusion of the NFL Draft.

     A Consent Form is also used to request permission to speak to a League office employee. (See Section G on pages 6 and 7 for regarding Contact with League Personnel.)

  b. **Notification Form.** A Notification Form is used in situations where the employer club cannot deny permission, such as a request to interview a candidate for a Primary Football Executive, Head Coach, or Coordinator (Offensive, Defensive, or Special Teams) position during the designated time frame.

     Notification Forms are also used in situations when an employee has an expiring contract. However, a Consent Form is required if the employee's primary responsibilities extend to recurring events beyond the playing season (principally the College Draft or the free-agency period), the employer club may withhold permission until after the occurrence of such event. This applies but is not limited to contract employees of a club's player personnel department who are responsible for gathering information on and evaluating draft-eligible players or veteran free agent players (scouts, directors of player personnel, directors of pro and college personnel, etc.) and to a head athletic trainer who is under contract.

     The above restriction will not apply to employees who do not have contracts or whose contracts are expiring prior to the recurring off-season events, such as the Draft or the free-agency period.

     After the conclusion of the regular season, clubs can confirm an employee's contractual status by contacting the NFL Player Personnel department.

- The following summarizes how to use the Football Administration Website to send, receive, respond, or rescind a Permission form:

  a. **Sending a Permission Form.** Navigate to the **Hiring Process** tab, then select either **Notification Form** or **Consent Form**, whichever is applicable.

     On the form, select the Employee Type **(Football or Non-Football)**, type the actual Title of the position, select the Position type, **(select "Other" for non-designated football positions)**, enter the employee's first name, enter the employee's last name, enter the employee's current position, select the employee's current club, select the date of the request, and enter the name of the Owner or Operating Head of the club sending the request.

     - **Recipients.** The names of the employer club's designated Primary club contacts will automatically appear in the Recipients line. Each club has previously designated its Primary contacts to receive and respond to Permission Forms. A list of those contacts can be found on the Football Administration Website by navigating to the **Documents** tab and selecting **Anti-Tampering Policy–Club Contacts**.

     - **CC Recipients.** The names of authorized club employees who can respond to forms on behalf of the Primary contacts and the email address of the NFL Player Personnel department will appear in the CC Recipients line. If you would like to additional members to the CC Recipients distribution list from your club or the Employer Club, you can type in those names (separated by commas) in the space provided. However, the individual for whom permission is being requested must never be copied.) Both Permission Forms have space for the Requesting Club to add comments.

  b. **Receiving/Responding to a Permission Form.** The Recipients and CC Recipients of any Permission Form will receive an email message that contains the relevant information about the request and a link to the **Dashboard** page of the Football Administration Website. The Dashboard contains a sortable list of your club's "Sent" and "Received" permission forms and provides the mechanism that the club will use to respond to request.

     **Note:** The Dashboard page can also be accessed on the site by navigating to the **Hiring Process** tab and selecting **Dashboard**.

- If the Interview Request is via a Notification Form, the employer club does not have to respond. However, a Respond button has been included in case it wishes to comment on the request.

- If the Interview Request is via a Consent Form, the employer club must click the Respond button to either Grant or Deny permission. It may also add a comment.

c. **Rescinding a Request.** If a Requesting Club submits an erroneous form or otherwise wishes to rescind a request, it can use the Dashboard screen to Retract the request.

### 3. Reporting Interviews with Candidates of Designated Football Positions

Interviews with all candidates for Designated Football Positions must be reported via the Football Administration Website as soon as possible after an interview, but no later than three days after its occurrence. For each candidate, the club is required to report the (i) date the interview was conducted, whether it was virtual or in-person, the length of the interview, and the people who attended the interview.

To report Interview Details, navigate to the **Hiring Process** tab and select **Interview Tracker**. A list of candidates who had interviews requested through the Permission Form process will automatically be populated.

Note: Internal or external candidates for whom Permission Forms were not required must be manually added by selecting the **Add New Candidate** button and entering the candidate's information on the New Candidate page. When you return to the **Interview Tracker** page, select the **Edit** button associated with the candidate to add the interview details.

### 4. Reporting Contract Offers to Candidates of Designated Football Positions

Any contract offer to a candidate of a Designated Football Position must be reported via the Football Administration Website as soon as possible after an accepted offer, but no later than ten days following the offer date.

To report a Contract Offer, navigate to the **Hiring Process** tab and select **Offer Tracker.** From the Interview Position drop down list, select the position for which the offer was made. A list of candidates who had interviews with the club from the selected position will appear.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Next to each name are fields for the following required information: Offer Date; Offer Status (Pending (default), Offer Received, Did Not Receive Offer, Offer Accepted, Offer Rejected, Offer Withdrawn) and Acceptance Date (to be completed if applicable).

## 5. Reporting Transactions and Contracts

Clubs are required to submit any non-player employee agreement and associated transaction, notice of termination, or notice of a position re-assignment to the League office via the Football Administration Website. All employment agreements will be reviewed, and if they meet league requirements, approved, and returned to the club through the website.

Each club can designate a maximum of three people who can submit non-player transactions and contracts to the League office. The status of contracts through the League review process can be monitored by those designees through a dashboard on the website. All transactions can be seen by users; however, contract files can only be viewed by the person who submitted them.