USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/20/2026 __

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand twenty-six.

---

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated, Steve Wilks, Ray Horton,

        Plaintiffs - Appellees,

  v.

Miami Dolphins, Ltd., d/b/a Miami Dolphins, Tennessee Titans Entertainment, Inc., d/b/a Tennessee Titans, Arizona Cardinals Football Club LLC, d/b/a Arizona Cardinals, National Football League,

        Defendants - Appellants,

New York Football Giants, Inc., d/b/a New York Giants, Denver Broncos Football Club, d/b/a Denver Broncos, John Doe Teams 1 through 29, Houston NFL Holdings, L.P., d/b/a Houston Texans, John Doe Teams 1 through 26,

        Defendants,

  v.

Michael Caspino,

        Respondent.

**ORDER**

Docket Nos. 26-650 (L), 26-651 (Con), 26-652 (Con), 26-654 (Con)

---

On March 18, 2026, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying these appeals due to pending motions in the district court. The district court having denied the motions in an order dated July 15, 2026,

IT IS ORDERED that the stay of these appeal is hereby lifted. Appellants Miami Dolphins, Ltd. and Tennessee Titans Entertainment, Inc. must file their Local Rule 31.2 scheduling notifications within 14 days of the date of this order. Appellants Arizona Cardinals Football Club LLC and National Football League must file their Forms C and D within 14 days of the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/20/2026