PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta E. Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

August 3, 2026

<u>**VIA ECF**</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

Pursuant to Your Honor's April 3, 2026 Order, ECF No. 246, Plaintiffs and Defendants the National Football League (the "NFL"), Denver Broncos, New York Giants, and Houston Texans (the "Discovery Defendants") submit this joint status update.

### I.    A Short Description of What Was Accomplished During the Month of July

- **Meet and Confers.**  Per the Court's July 1, 2026 order, Plaintiffs and Discovery Defendants met and conferred for eight hours on July 8 and 9, 2026 regarding certain discovery disputes.  ECF No. 299.  The parties made meaningful progress in narrowing the disputes.  On July 15, 2026, Plaintiffs and Discovery Defendants submitted a joint letter to the Court outlining the disputes that remained following the meet-and-confer, ECF No. 303, which will be discussed at a discovery conference before Magistrate Judge Cave tomorrow, August 4, 2026.

- **Renewed Motions to Dismiss.**  On July 20, 2026, Mr. Flores served an omnibus brief in opposition to the renewed motions to dismiss the Third Amended Complaint filed by the NFL, Broncos, Giants, and Texans.

- **Search Term Proposals**.  The parties have exchanged proposed search terms to be run over custodial documents and are continuing to confer on custodial search protocols.

- **Supplemental Complaint.** Plaintiff filed a Letter Motion for Leave to File a Supplemental Complaint on Friday, July 31, 2026.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                                    2

II.    **A Short Description of What the Parties Expect to Be Accomplished During August**

- **Discovery Conference.**  Plaintiffs and Discovery Defendants will appear before Magistrate Judge Cave on August 4, 2026 to address the discovery disputes identified in the parties' July 15, 2026 joint letter.  ECF No. 306.

- **Renewed Motions to Dismiss.**  Discovery Defendants will serve their Reply briefs in further support of their renewed motions to dismiss on August 19, 2026.  *See* ECF No. 273.

- **Ongoing Fact Discovery.**  Plaintiffs and Discovery Defendants expect to finalize their respective custodians and search terms, subject to the resolution of certain outstanding disputes at the August 4 discovery conference, and begin producing documents.

- **Supplemental Complaint.** Any Defendant who wishes to respond to Plaintiff's Letter Motion for Leave to File a Supplemental Complaint must show cause why Plaintiff should not be permitted to file the supplemental complaint by no later than August 10, 2026.  Plaintiff's reply, if any, is due no later than August 17, 2026.

- **Sealing Motions**. Plaintiff filed certain documents under provisional seal in accordance with the Confidentiality Order.  Any party wishing to maintain the seal must file an application pursuant to the deadlines set forth in ECF No. 313 and ECF No. 319.

III.   **A Short Description of Any Problems That Have Arisen (And Whether the Parties Are Conferring Regarding Those Problems or Are Requesting Court Intervention to Resolve Them)**

- The matters to be discussed at the August 4, 2026 discovery conference.

- Plaintiff has noticed third-party subpoenas but has had some difficulty serving certain third parties and receiving substantive responses from others. Plaintiff is continuing to attempt service and meet and confer where appropriate but may require Court assistance.

- Plaintiff has received responses to third-party subpoenas that have been designated "Confidential" en masse, and, in some cases, later designated by Defendants as "Attorneys Eyes Only." These designations have already precipitated the aforementioned motion practice regarding the sealing of documents and prevented Plaintiff from disclosing or discussing relevant discovery documents with our client. Plaintiff will continue to meet and confer with the relevant parties and non-parties regarding the over designation of documents but expects to eventually require the Court's assistance.

Respectfully submitted,

| **WIGDOR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| By: /s/ *Michael J. Willemin* | By: /s/ *Loretta E. Lynch* |
| Douglas H. Wigdor | Loretta E. Lynch |
| Michael J. Willemin | Brad S. Karp |
| David E. Gottlieb | Lynn B. Bayard |
| 85 Fifth Avenue | Brette Tannenbaum |
| New York, NY 10013 | B. Aubrey Smith |
| Tel: (212) 257-6800 | 1285 Avenue of the Americas |
| dwigdor@wigdorlaw.com | New York, NY 10019 |
| mwillemin@wigdorlaw.com | Tel: (212) 373-3000 |
| dgottlieb@wigdorlaw.com | lelynch@paulweiss.com |
| | bkarp@paulweiss.com |
| *Attorneys for Plaintiffs* | lbayard@paulweiss.com |
| *Proposed Counsel for the Proposed Class* | btannenbaum@paulweiss.com |
| | asmith@paulweiss.com |
| | |
| | *Attorneys for Defendant* |
| | *The National Football League* |

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: /s/ *John Elefterakis*
John Elefterakis
Nicholas Elefterakis
Raymond Panek
Johnson Atkinson
80 Pine Street, 38th Floor
New York, NY 10005
Tel: (212) 532-1116

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**McCARTER & ENGLISH, LLP**

By: /s/ *Brian W. Carroll*
Brian W. Carroll
Hugh F. Murray, III (admitted *pro hac vice*)
Mark A. Makar
Scott Weingart (*pro hac vice* forthcoming)
250 W 55th Street, 13th Floor,
New York, NY 10019
Tel: (212) 609-6800
bcarroll@mccarter.com
hmurray@mccarter.com
mmakar@mccarter.com
sweingart@mccarter.com

*Attorneys for Defendant*
*New York Football Giants, Inc.*
*n/k/a New York Football Giants LLC*

**KUTAK ROCK LLP**

By: /s/ *Reid A. Page*
Reid A. Page (admitted *pro hac vice*)
Marcia A. Washkuhn (admitted *pro hac vice*)
Tara A. Leesar (admitted *pro hac vice*)
2001 16th Street, Suite 1800
Denver, Colorado 80202
Tel: (303) 297-2400
reid.page@kutakrock.com
marcia.washkuhn@kutakrock.com
tara.leesar@kutakrock.com

*Attorneys for Defendant*
*Denver Broncos Football Club,*
*d/b/a Denver Broncos*

**REYNOLDS, FRIZZELL LLP**

By: /s/ *Elizabeth J. Wilkerson*
Jean C. Frizzell (admitted *pro hac vice*)
Elizabeth J. Wilkerson
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel:  (713) 485-7200
jfrizzell@reynoldsfrizzell.com
ewilkerson@reynoldsfrizzell.com

*Attorneys for Defendant*
*Houston NFL Holdings, L.P.*
*d/b/a Houston Texans*