UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the in-person conference held August 4, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. By **August 6, 2026**, the parties shall order a copy of the Conference transcript using the annexed form and selecting "3 day" service.
2. By **August 11, 2026 at 5:00 p.m. ET**, Plaintiffs shall file a letter ("Plaintiffs' Letter"), not to exceed 2400 words, addressing:
    a. the legal arguments in support of their requests for discovery from Defendant The National Football League ("NFL") concerning:
        i. complaints of race discrimination by employees other than coaches on NFL club teams (e.g., RFPs 27, 47, 62, 164-67, 169);
        ii. complaints of race discrimination within the NFL generally (e.g., RFPs 28-29, 34-48, 173); and

iii. alleged retaliation in connection with arbitration proceedings, specifically, communications with the arbitrator and his special assistant (RFPs 38-43).

b. Plaintiffs' proposed ESI search terms and custodians for Defendants, including the corresponding job title and description for each custodian;[1]

c. with respect to Defendant Houston NFL Holdings, L.P. d/b/a Houston Texans (the "Texans"), the basis for seeking discovery concerning hiring other than the 2022 hiring cycle;

d. with respect to Defendant Denver Broncos (the "Broncos"), the basis for seeking (i) discovery concerning hiring cycles other than the 2019 cycle in which Plaintiff Brian Flores was a candidate, and (ii) John Elway's calendar for the periods before January 1, 2019 and after February 1, 2019; and

e. with respect to Defendant New York Football Giants, Inc., d/b/a New York Giants (the "Giants"), the basis for seeking discovery concerning the hiring cycle that resulted in the hiring of John Harbaugh as head coach in 2026.

3. By **August 18, 2026 at 5:00 p.m. ET**, Defendants NFL, Texans, Broncos, Giants, and Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans, shall each respond to Plaintiffs' Letter with individual letters, no longer than 1200 words.

[1] Plaintiffs' discussion should include the basis for requesting that Roger Goodell be included as a custodian (e.g., RFPs 27, 164-67).

4. The following telephonic discovery conferences are scheduled, to take place on the Court's conference line, 1-855-244-8681; access code: 2308 226 4654:

    a. **August 14, 2026 at 10:00 a.m. ET**;[2] and

    b. **August 21, 2026 at 10:00 a.m. ET.**[3]

Dated: New York, New York
August 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[2] The first item on the agenda for this conference shall be the issues Defendants have raised concerning their RFPs to Plaintiff. (Dkt. No. 303 at 10-13).

[3] The agenda for this conference will focus on the topics raised in the letters the parties file pursuant to this Order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL