UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Order at Dkt. No. 330 is **AMENDED** as follows:

3. By **August 18, 2026 at 5:00 p.m. ET**, Defendants the NFL, the Texans, the Broncos, and the Giants shall each respond to Plaintiffs' Letter with individual letters, no longer than 1200 words. Defendants Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans are not required to respond to Plaintiffs' Letter. (See Dkt. No. 311).

Dated: New York, New York
August 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**