Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Duvol M. Thompson
212-513-3263
duvol.thompson@hklaw.com

August 10, 2026

*Via ECF*

Honorable Sarah L. Cave
Daniel Patrick Moynihan United States
Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Flores, et al. v. The National Football League, et al.*; No. 22-cv-00871

Dear Judge Cave:

On behalf of Defendant Tennessee Football, LLC d/b/a the Tennessee Titans (formerly "Tennessee Titans Entertainment, Inc.") (the "Titans"), we write in opposition to Plaintiff Brian Flores's motion for leave to file a supplemental complaint ("Motion"). ECF No. 316.

The Titans recognize and respect the Court's discretion and applicable law in considering the Motion, which represents Plaintiff's attempt to file a fourth complaint in this litigation. However, the Motion is premature pursuant to the Court's order of July 20, 2026, which states: "[p]roceedings against the Dolphins, Cardinals, and Titans" are "STAYED pending appeal." ECF No. 311. Thus, the stay bars the Motion.

Moreover, under *Coinbase, Inc. v. Bielksi*, 599 U.S. 736, 738 (2023), an automatic stay applies to these proceedings while the Second Circuit considers the Titans, Defendant Miami Dolphins, Ltd. (the "Dolphins") and Defendant Arizona Cardinals Football Club, LLC's (the "Cardinals") appeal from the district court's denial to enforce the parties' respective arbitration agreements. The Titans respectfully submit that the central issue at this juncture is whether the Second Circuit will affirm this Court's order compelling arbitration or reach a different conclusion. Depending on that determination, there may or may not be any basis for Plaintiffs to file a supplemental complaint against the Titans or any other defendant. Accordingly, the present Motion is premature, and the Titans respectfully request that the Court defer ruling on it pending the Second Circuit's decision.

Sincerely yours,

HOLLAND & KNIGHT LLP

Duvol T. Thompson

cc: All Counsel of Record