UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, August 14, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. Defendant The National Football League ("NFL") may serve on Plaintiff Brian Flores ("Flores") an interrogatory that seeks:
   a. The date on which Mr. Flores first communicated with his counsel in this action; and
   b. The date on which Mr. Flores signed an engagement letter with his counsel in this action.
2. Mr. Flores shall revise his response to the NFL's Interrogatory No. 9 to confirm his counsel's representation during the Conference that he did not receive any mental health treatment before the events described in the third amended complaint (see Dkt. No. 274 (the "TAC")), and, to date, has not received or sought any mental health treatment in relation to his allegations in the TAC. (Id.)

3. With respect to Mr. Flores' Request for Production ("RFP") to the NFL No. 202, the NFL shall review the list that Mr. Flores has propounded of persons with knowledge of the allegations in the TAC and document custodians and confirm, with respect to any individuals on the list who are current or former NFL employees, whether those individuals are subject to any confidentiality or non-disparagement obligations to the NFL.

4. By **August 17, 2026 at 5:00 p.m. ET**:

    a. With respect to the NFL's RFP to Mr. Flores No. 1, the Texans' RFP to Mr. Flores No. 18, and the Giants' RFP to Mr. Flores No. 22, Defendants may submit a joint letter, not to exceed 1,050 words, regarding the scope of the documents and information they are seeking from Mr. Flores concerning his loss of reputation and loss of opportunity allegations (the "August 17 Letter")).

    b. The parties shall order a copy of the Conference transcript using the annexed form and selecting "3 day" service.

5. By **August 19, 2026 at 12:00 p.m. ET**, Mr. Flores may submit a letter, not to exceed 1,050 words, in response to the Defendants' August 17 Letter.

6. Concerning Defendants' RFPs and interrogatories to Mr. Flores other than those mentioned in this Order, the Court refers the parties to the Conference transcript.

Dated: New York, New York
August 14, 2026

SO ORDERED.

Sarah L Cave

SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL