# EXHIBIT A

**Flores et al. v. NFL**
Plaintiff's Proposed Search Terms to the Broncos
August 11, 2026[1]

Black indicates Custodians, Time Frames, Terms, and Rationales as proposed/served by Plaintiff.
Green to show its acceptance of the proposed term and proposed date range.
Red indicates Broncos' Response/Objections to the term or date range proposed.
Blue indicates terms previously offered by the Broncos which do not appear on Plaintiff's Exhibit.

| Custodian | Time Frames | Search Terms | Rationale |
|---|---|---|---|
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 12/1/2018-<br>1/10/2019 | Linear Review | Alleged sham interview occurred on 1/5/2019<br>Presuming this refers to hard copy documents, no objection. |
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 12/1/2016-<br>1/31/2017 | Joseph*<br>Shanahan*<br>Lynn*<br>Marrone*<br>McVay*<br>Payton*<br>Peterson*<br>Toub*<br>"Candidate* ("head coach" OR "HC")"~10 | *Broncos' Rationale*: These are the candidates that were interviewed in the 2016-2017 cycle, the cycle immediately prior to Mr. Flores. |
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 1/1/2018-<br>12/31/2021<br>Date range is too broad. Hiring cycle at issue was 12/31/2018- | "Head Coach"<br>("Flores" OR "BF" OR "BFlo" OR "B-Flo" OR "B Flo" OR "Flo" OR "Brian F." OR "B. Flores") | Job position at issue Duplicate term. See below.<br>Plaintiff's name ~7,000 hits with families. Recommended using limiting terms to exclude German Flores, Eduardo Flores, Ryan Flores, etc. |

[1] Plaintiff provided his initial search terms on July 30. The Broncos responded with comments and a hit report for terms within the scope of discovery on August 3. Plaintiff provided no further comment until the August 11 submission.

Plaintiff's Proposed Search Terms to the Broncos

| | | | |
|---|---|---|---|
| | 1/9/2019. Proposed range of 12/1/2018-1/31/2019 | Rooney | Rooney Rule |
| | | "Head Coach" | Job position at issue Date range. 29,000+ hits with families. Recommended ("Candidate ("head coach" OR "HC")"~10) |
| | | "HC" | Job position at issue Date range. 4,000+ hits with families. Recommended ("Candidate ("head coach" OR "HC")"~10) |
| | | Interview | Disparate treatment/impact Date range. 19,000+ hits with families. Recommended, "Interview* (pretense* OR pretext* OR formality OR predetermin* OR fake* OR sham* OR rigged)"~20 |
| | | "Hiring cycle" | Disparate treatment/impact Date range |
| | | Sham | Disparate treatment Date range |
| | | Rigged | Disparate treatment Date range |
| | | "Check the box" | Disparate treatment Date range |
| | | "Checking the box" | Disparate treatment Date range |
| | | "candidate list" | Disparate treatment/impact Date range |
| | | "candidate pool" | Disparate treatment/impact Date range |
| | | Inmates | Discriminatory animus |
| | | Discrim* | Disparate treatment/impact |
| | | Racist | Discriminatory animus |
| | | Racism | Discriminatory animus |
| | | Racial* | Discriminatory animus |
| | | Race | Discriminatory animus 15,000+ hits with families. Recommended removing. |
| | | Minority | Disparate treatment/impact 10,000+ hits with families. Recommended removing. |
| | | Divers* | Disparate treatment/impact 17,700+ hits with families. Recommended removing. |
| | | DEI | Disparate treatment/impact |
| | | Bias | Disparate treatment |
| | | "Double standard" | Disparate treatment/impact |
| | | "Equal opportunity" | Disparate treatment/impact |
| | | Goodell | Joint-employer Relevance/NFL Production |
| | | Roger | Joint-employer/post-filing retaliation Relevance/NFL Production |
| | | "Commissioner approval" | Joint-employer Relevance/NFL Production |
| | | "contract approval" | Joint-employer Relevance/NFL Production |
| | | "Fritz Pollard" | Disparate impact (also offered email=*@fritzpollard.org) |
| | | Kaepernick | Discriminatory & retaliatory animus Relevance |

Plaintiff's Proposed Search Terms to the Broncos

| | | | |
|---|---|---|---|
| | | "Kap"<br>"Kaep"<br>Nigger<br>nigga<br>negro<br>colored<br>boy<br><br>thug<br>uppity<br>token<br>quota<br>"POC"<br>"Person of color"<br>"DEI hire"<br>"Black Lives Matter"<br>BLM<br>"All Lives Matter" | Discriminatory & retaliatory animus Relevance<br>Discriminatory & retaliatory animus Relevance<br>Discriminatory animus<br>Discriminatory animus<br>Discriminatory animus<br>Discriminatory animus<br>Discriminatory animus 6,000+ hits with families. Recommended removing.<br>Discriminatory animus<br>Discriminatory animus<br>Disparate treatment/impact<br>Disparate treatment/impact<br>Disparate treatment/impact<br>Disparate treatment/impact<br>Disparate treatment/impact<br>Discriminatory animus<br>Discriminatory animus<br>Discriminatory animus |
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 12/1/2018-1/31/2019 | Fangio<br>Munchak<br>Pagano<br>Taylor | Head Coach candidate<br>Head Coach candidate<br>Head Coach candidate<br>Head Coach candidate |
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 12/1/2021-1/31/2022 | Hackett<br><br><br><br><br>Bieniemy<br>Glenn<br>Mayo<br>Jerod<br>Callahan<br>Gannon | Head Coach candidate Relevance. These terms are candidates for the 2021-2022 hiring cycle. Flores' interview was on 1/5/2019. Flores did not apply for the 2021-2022 Head Coach vacancy. These custodians were not involved in this hiring cycle.<br><br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same |

Plaintiff's Proposed Search Terms to the Broncos

| | | | |
|---|---|---|---|
| | | Getsy<br>Kellen<br>Moore<br>O'Connell<br>Quinn | Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same |
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 12/1/2022-2/6/2023 | Hackett<br><br><br><br>Rosburg<br>Payton<br>Harbaugh<br>DeMeco<br>Ryans<br>Raheem<br>Morris<br>Ejiro<br>Evero<br>Caldwell<br>Shaw | Former Head Coach Relevance. These terms are candidates for the 2022-2023 hiring cycle. Flores' interview was on 1/5/2019. Flores did not apply for the 2022-2023 Head Coach vacancy. These custodians were not involved in this hiring cycle.<br>Former Interim Head Coach Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same<br>Head Coach candidate Same |
| John Elway<br>Joe Ellis<br>Matt Russell<br>Keith Bishop<br>Patrick Smyth<br>Mark Thewes | 2/11/2022-present | ("Flores" OR "BF" OR "BFlo" OR "B-Flo" OR "B Flo" OR "Flo" OR "Brian F." OR "B. Flores")<br>Wilks<br>Horton<br>Lawsuit<br>Goodell<br>Wooten<br>Merit<br>Satisfy<br>Arb<br>Arbitration<br>DRPG | Plaintiff's name 9,000+ hits with families. Recommended using limiting terms to exclude German Flores, Eduardo Flores, Ryan Flores, etc.<br><br>Plaintiff's name Wilks has no claims against Broncos.<br>Plaintiff's name Horton has no claims against Broncos.<br>Post-filing retaliation No retaliation claims against Broncos.<br>Joint-employer/post-filing retaliation Duplicate, see below.<br>Disparate impact Relevance<br>Disparate treatment/impact<br>Disparate treatment/impact 3,500+ hits. Recommended removing.<br>Post-filing retaliation No retaliation claims against Broncos.<br>Post-filing retaliation No retaliation claims against Broncos.<br>Post-filing retaliation No retaliation claims against Broncos. |

Plaintiff's Proposed Search Terms to the Broncos

| | | | |
|---|---|---|---|
| | | Rooney | Rooney Rule |
| | | "Head Coach" | Job position at issue Outside scope. See above modifications to terms within relevant hiring cycle (2018-2019). |
| | | "HC" | Job position at issue Same |
| | | Interview | Disparate treatment/impact Same |
| | | "Hiring cycle" | Disparate treatment/impact Outside scope. We agreed to this term within relevant hiring cycle (2018-2019). |
| | | Rigged | Disparate treatment Same |
| | | Sham | Disparate treatment Same |
| | | "Check the box" | Disparate treatment Same |
| | | "Checking the box" | Disparate treatment Same |
| | | "candidate list" | Disparate treatment/impact Same |
| | | "candidate pool" | Disparate treatment/impact Same |
| | | Inmates | Discriminatory animus |
| | | Discrim* | Discriminatory animus |
| | | Racist | Discriminatory animus |
| | | Racism | Discriminatory animus |
| | | Racial* | Discriminatory animus |
| | | Race | Disparate treatment/impact 19,500+ hits with families. Recommended removing. |
| | | Minority | Disparate treatment/impact 6,500+ hits with families. Recommended removing. |
| | | Divers* | Disparate treatment/impact 21,500+ hits with families. Recommended removing.[2] |
| | | DEI | Disparate treatment/impact |
| | | Bias | Disparate treatment |
| | | "Double standard" | Disparate treatment/impact |
| | | "Equal opportunity" | Disparate treatment/impact |
| | | Goodell | Joint-employer/post-filing retaliation Relevance/NFL Production |
| | | Roger | Joint-employer/post-filing retaliation Relevance/NFL Production |
| | | "Commissioner approval" | Joint-employer Relevance/NFL Production |
| | | "contract approval" | Joint-employer Relevance/NFL Production |
| | | "Fritz Pollard" | Disparate impact (also offered email=*@fritzpollard.org) |
| | | Nigger | Discriminatory animus |

[2] This term for this date range was inadvertently excluded from the hit report provided to Plaintiff, attached as Exhibit B.

Plaintiff's Proposed Search Terms to the Broncos

| | | | |
|---|---|---|---|
| | | nigga | Discriminatory animus |
| | | negro | Discriminatory animus |
| | | colored | Discriminatory animus |
| | | boy | Discriminatory animus 7,500+ hits with families. Recommended removing. |
| | | thug | Discriminatory animus |
| | | uppity | Discriminatory animus |
| | | token | Disparate treatment/impact |
| | | quota | Disparate treatment/impact |
| | | "POC" | Disparate treatment/impact |
| | | "Person of color" | Disparate treatment/impact |
| | | "DEI hire | Disparate treatment/impact |
| | | "Black Lives Matter" | Disparate treatment/impact |
| | | BLM | Disparate treatment/impact |
| | | "All Lives Matter" | Disparate treatment/impact |