# Exhibit A

**Defendant NFL's Search Parameter Proposal for the NFL's Custodial Documents**

***August 3, 2026 Proposed Search Terms*:**

| Custodians | Time Frame | Search Terms[1] |
|---|---|---|
| Dasha Smith, Jonathan Beane, Troy Vincent, and Ken Fiore | 01/01/2018-Present | • Flores! OR BF OR BFlo OR "B-Flo" OR "B Flo" OR "Flo" OR "Brian F." OR "B. Flores"<br>•<br>• ("Rooney Rule" OR RR) /20 (assess! OR eval! OR impact! OR result! OR outcome! OR success! OR fail! OR effect! OR motiv! OR implement! OR amend! OR violat! OR non-compliance! OR compliance! OR comply OR investigat! OR rigged OR sham! OR "check the box" OR "checking the box" OR quota! OR list!)<br>• ("Head Coach" OR HC) /20 (candidate! OR interview! OR hire! OR pool! OR hiring! OR retention! OR terminat! OR firing! OR fire! OR finalist! OR quota! or list!)<br>• Interview! /20 (pretense! OR pretext! OR formality OR discrim! OR predetermin! OR fake! OR sham! OR rigged OR quota! OR list!)<br>• (Race! OR racial! OR racism! OR Black! OR Hispanic! OR Asian! OR minority! OR POC OR divers! OR "person of color" OR DEI) /10 (coach! OR candidate! OR applicant! OR hire! OR termin! OR retention! OR interview! OR opportun! OR job! OR quota!)<br>• (Coach! OR HC) /20 (racis! OR discrim! OR bias! OR retaliat! OR "equal opportunity")<br>• (hire! OR hiring! OR retention! OR terminat! OR fire! OR firing! OR employ! OR interview! OR candidate! OR applicant!) /20 ((NFL OR League) /10 (polic! OR rule! OR requirem! OR guidance! OR guideline!))<br>• (hire! OR hiring! OR retention! OR terminat! OR fire! OR firing! OR employ! OR interview! OR candidate! |

[1] Search terms are not case sensitive and "!" indicates a wild card root expander (*e.g.*, appl! matches apple, applicant, application and so on).

| | | |
|---|---|---|
| | | OR applicant!) /20 ((Club! OR Team!) /10 (Polic! OR Rule! OR Requirem! OR Guidance! OR Guideline!))<br>• (complain! OR report!) /20 (candidac! OR interview!) AND (compliance! OR non-compliance! OR violation! OR result! OR outcome!)<br>• (complain! OR report!) /20 (race! OR racial! OR Black! OR Hispanic! OR Asian! OR minority! OR POC)<br>• (Contract! OR Agreement!) /5 (approv! OR "sign off" OR authoriz!)<br>• "Commissioner approval" /10 coach<br>• Coach /10 pipeline<br>• "Accelerator Program" /20 (assess! OR eval! OR impact! OR result! OR outcome! OR success! OR fail! OR effect! OR motiv! OR implement! OR amend! violat! OR non-compliance! OR compliance! OR comply OR investigat!)<br>• "Anti-tampering" /20 (assess! OR eval! OR impact! OR result! OR outcome! OR violat! OR non-compliance! OR compliance! OR investigat!)<br>• "Fritz Pollard" /10 coach<br>• Belichick AND (Flores OR Giants OR text! OR interview! OR Rooney)<br>• (("Football admin site") OR (football /3 admin!)) /15 coach!)<br>• "Disparate impact"<br>• "Double standard"<br>• "Diversity Advisory Committee" |

| | | |
|---|---|---|
| Dasha Smith, Jonathan Beane, Troy Vincent, and Ken Fiore | 01/01/2022-Present | • Horton! /20 (candidate! OR interview! OR hire! OR hiring! OR retention! OR terminat! OR firing! OR fire! OR employ! OR job OR work)<br><br>• Wilks! /20 (candidate! OR interview! OR hire! OR hiring! OR retention! OR terminat! OR firing! OR fire! OR employ! OR job OR work) |