**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS; MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS; DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a HOUSTON TEXANS; ARIZONA CARDINALS FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a TENNESSEE TITANS and JOHN DOE TEAMS 1 through 26,

Defendants.

---------------------------------------------------------------------- X

Civil Action No.: 22-cv-00871 (VEC)

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Court's August 18, 2026 Order, ECF 346, on August 19, 2026, a copy of ECF 346 was served via electronic mail on Andrew T. Hambelton, Esq., counsel for Korn Ferry.

Dated: August 21, 2026
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________________
Russell L. Kornblith

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Fax: (212) 257-6845

rkornblith@wigdorlaw.com

*Counsel for Plaintiffs*
*Proposed Counsel for the Proposed Class*