UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a conference on August 21, 2026, the transcript of which (the "Transcript") the Court received yesterday afternoon. (See Dkt. No. 330). The Court requires additional time to review the Transcript and complete the written decision concerning the parties' discovery disputes. (Dkt. Nos. 303; 330; 342; 336; 344; 348–51). In the interest of efficiency and to give the parties time to review the Court's decision once it is issued, the next conference currently scheduled for Friday, August 28, 2026 at 3:00 p.m. ET is **ADJOURNED** to **Friday, September 4, 2026 from 10:00 a.m. to 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
August 26, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**