PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Daniel J. Toal**
**Direct Dial:** +1 212 373 3869
**Email:** dtoal@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

The NFL's request at Dkt. No. 361 is **GRANTED**.

The conference scheduled for September 4, 2026 at 10:00 a.m. ET is **ADJOURNED** to S**eptember 9, 2026 at 5:00 p.m. ET** on the Court's conference line. (Dkt. No. 360). Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 361.

SO ORDERED. August 28, 2026.

SARAH L. CAVE
United States Magistrate Judge

August 27, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Cave:

We write regarding the Court's August 26, 2026 Scheduling Order, which set a discovery conference for September 4, 2026. Counsel for the NFL has a conflict on September 4 and is unable to attend the conference as currently scheduled. The NFL respectfully requests a brief adjournment of the conference until the following week. We have conferred with counsel for the Plaintiff and the remainder of the Defendants proceeding in discovery, none of whom object to the requested adjournment. All parties are free on September 9, 2026, at any time that is convenient for the Court. If that date does not work for the Court, the parties are prepared to confer and propose additional times.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Daniel J. Toal*

Daniel J. Toal