PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta E. Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

September 1, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

Pursuant to Your Honor's April 3, 2026 Order, ECF No. 246, Plaintiff and Defendants the National Football League (the "NFL"), Denver Broncos, New York Giants, and Houston Texans (the "Discovery Defendants") submit this joint status update.

## I. A Short Description of What Was Accomplished During the Month of August

- **Discovery Conferences and Related Filings.** On August 4, 2026, Plaintiff and Discovery Defendants participated in a discovery conference before Magistrate Judge Cave. Following that conference the parties submitted letter briefs on various discovery disputes, and attended additional conferences on August 14 and August 21. On August 28, Judge Cave issued a written order resolving some of the parties' discovery disputes.

- **Motions to Dismiss.** On August 19, 2026, the NFL, Broncos, Giants, and Texans filed Reply briefs in support of their motions to dismiss the Third Amended Complaint. The motions are now fully briefed and awaiting the Court's decision.

- **Supplemental Complaint**. Plaintiff moved for leave to file a Supplemental Complaint, which was granted on August 18, 2026.

- **Sealing Motions**. On July 20 and July 31, 2026, Plaintiff filed Motions to Seal an Exhibit to the Motion to Dismiss, and the Supplemental Complaint, respectively. Briefing has been ongoing during August, and those sealing motions will be fully briefed in September.

- **Motion for Summary Affirmance in Second Circuit**. On August 31, 2026, Plaintiffs filed Motions for Summary Affirmance of this Court's orders denying the Motions to Compel Arbitration of the Cardinals, Dolphins, Titans and NFL. Dkts. 182, 302. The relevant Defendants intend to oppose those Motions, which will be fully briefed on September 17, 2026.

**II. A Short Description of What the Parties Expect to Be Accomplished During September**

- **Discovery Conferences.** Plaintiff and Discovery Defendants are scheduled to attend a discovery conference with Judge Cave on September 9, 2026, where the parties will address some of the outstanding discovery disputes.

- **Ongoing Fact Discovery.** Pursuant to Judge Cave's August 28 order, Plaintiff and Discovery Defendants will exchange updated proposals on search terms to be run on the parties' custodial documents by September 4, 2026. The parties anticipate they will reach agreement on initial search terms and begin producing documents in September.

- **Third-Party Discovery.** Plaintiff is continuing to pursue discovery from third-parties. Discovery Defendants anticipate they will commence third-party discovery in September.

**III. A Short Description of Any Problems That Have Arisen (And Whether the Parties Are Conferring Regarding Those Problems or Are Requesting Court Intervention to Resolve Them)**

- None beyond the matters that continue to be addressed at discovery conferences with Judge Cave.

Respectfully submitted,

**WIGDOR LLP**

By: /s/ *Michael J. Willemin*
Douglas H. Wigdor
Michael J. Willemin
David E. Gottlieb
85 Fifth Avenue
New York, NY 10013
Tel: (212) 257-6800
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Loretta E. Lynch*
Loretta E. Lynch
Brad S. Karp
Lynn B. Bayard
Dan J. Toal
Brette Tannenbaum
B. Aubrey Smith
1285 Avenue of the Americas

dgottlieb@wigdorlaw.com

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

New York, NY 10019
Tel: (212) 373-3000
lelynch@paulweiss.com
bkarp@paulweiss.com
lbayard@paulweiss.com
btannenbaum@paulweiss.com
asmith@paulweiss.com

*Attorneys for Defendant*
*The National Football League*

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: /s/ *John Elefterakis*
John Elefterakis
Nicholas Elefterakis
Raymond Panek
Johnson Atkinson
80 Pine Street, 38th Floor
New York, NY 10005
Tel: (212) 532-1116

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**McCARTER & ENGLISH, LLP**

By: /s/ *Brian W. Carroll*
Brian W. Carroll
Hugh F. Murray, III (admitted *pro hac vice*)
Mark A. Makar
Scott Weingart (*pro hac vice* forthcoming)
250 W 55th Street, 13th Floor,
New York, NY 10019
Tel: (212) 609-6800
bcarroll@mccarter.com
hmurray@mccarter.com
mmakar@mccarter.com
sweingart@mccarter.com

*Attorneys for Defendant*
*New York Football Giants, Inc.*
*n/k/a New York Football Giants LLC*

**KUTAK ROCK LLP**

By: /s/ *Reid A. Page*
Reid A. Page (admitted *pro hac vice*)
Marcia A. Washkuhn (admitted *pro hac vice*)
Tara A. Leesar (admitted *pro hac vice*)
2001 16th Street, Suite 1800
Denver, Colorado 80202
Tel: (303) 297-2400
reid.page@kutakrock.com
marcia.washkuhn@kutakrock.com
tara.leesar@kutakrock.com

*Attorneys for Defendant*
*Denver Broncos Football Club,*
*d/b/a Denver Broncos*

**REYNOLDS, FRIZZELL LLP**

By: /s/ *Elizabeth J. Wilkerson*
Jean C. Frizzell (admitted *pro hac vice*)
Elizabeth J. Wilkerson
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel: (713) 485-7200
jfrizzell@reynoldsfrizzell.com
ewilkerson@reynoldsfrizzell.com

*Attorneys for Defendant*
*Houston NFL Holdings, L.P.*
*d/b/a Houston Texans*