WIGDOR.

**Russell L. Kornblith**
rkornblith@wigdorlaw.com

September 9, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re: *Flores, et al. v. The National Football League, et al.*; No. 22 Civ. 00871 (VEC)

Dear Judge Cave,

Consistent with the Court's directive that "[t]he parties shall be prepared to discuss any remaining document discovery disputes at the next conference on September 9, 2026," (Dkt. 365, at 36), Plaintiff has identified the following issues from the Parties' July 15, 2026, Letter (Dkt. 303) that have not been resolved in full. These issues were previously raised to the Court during the August 14, 2026 Conference.

1. Head coach personnel files, evaluations, and contracts (other than Mr. Daboll's).
    a. Plaintiff's Requests to Giants Nos. 34-35, 66, 68 (Dkt. 303, at 4.)
    b. Plaintiff's Requests to Broncos Nos. 31-32, 35-65, 67 (Dkt. 303, at 9.)
    c. Plaintiff's requests to Texans Nos. 28-31 (Dkt. 303, at 6.)
    d. This issue was raised at the August 14, 2026 Hearing, Tr. 62:18-63:10; 63:16-25.

2. Documents regarding season expectations, results, and performance.
    a. Plaintiff's Requests to Giants Nos. 36-37, 72-73 (Dkt. 303, at 4.)
    b. Plaintiff's Requests to Broncos Nos. 33-34 (Dkt. 303, at 9.)
    c. Plaintiff's requests to Texans Nos. 67-68 (Dkt. 303, at 6.)
    d. This issue was raised in at the August 14, 2026 Hearing, Tr. 62:18-63:14.

3. Non-custodial documents regarding the Rooney Rule and diversity policies of the teams from 2002 to the present.
    a. Plaintiff's Requests to Giants Nos. 75-79 (Dkt. 303, at 5.)
    b. Plaintiff's Requests to Texans Nos. 25-26, 70-72, 73-76 & Interrogatories 23-24 (Dkt. 303, at 6-7.)
    c. This issue was raised at the August 14, 2026 Hearing, Tr. 64:8-65:8.

4. Giants Organizational Charts.
    a. Plaintiff's Requests to Giants Nos. 87-88 (Dkt. 303, at 5.)

   b. This issue was raised at the August 14, 2026 Hearing, Tr. 64:1-7.

5. Documents regarding meetings between team owners and the NFL or meetings of team owners, and related bodies, along with documents regarding the NFL Constitution and Bylaws.
   a. Plaintiff's Requests to the NFL Nos. 191, 192 (Dkt. 303, at 3.)
   b. Plaintiff's Requests to Giants Nos. 100-01 (Dkt. 303, at 5.)
   c. Plaintiff's Requests to Broncos Nos. 89-92 (Dkt. 303, at 9.)
   d. Plaintiff's requests to Texans Nos. 83-86 (Dkt. 303, at 7.)
   e. This issue was raised at the August 14, 2026 Hearing, Tr. 59:23-60:15.

6. Documents relating to teams' compliance or noncompliance with NFL agreements, commitments, rules, or obligations, agreements between the NFL and teams, and documents relating to the NFL's approval of contracts.
   a. Plaintiff's Requests to the NFL Nos. 62, 170-71, 174, 177, 184, 186, 188, 193 (Dkt. 303, at 2-3.)
   b. Plaintiff's Requests to Giants Nos. 91-97 (Dkt. 303, at 5.)
   c. Plaintiff's Requests to Broncos Nos. 93-95 (Dkt. 303, at 9.)
   d. Plaintiff's requests to Texans Nos. 77-81, 87-89 (Dkt. 303, at 7.)
   e. This issue was raised at the August 14, 2026 Hearing, Tr. 56:9-60:15.

7. Documents regarding any communications restrictions on any witnesses.
   a. Plaintiff's Requests to Giants No. 113 (Dkt. 303, at 5.)
   b. Plaintiff's requests to Texans No. 96 (Dkt. 303, at 7.)
   c. This issue was raised at the August 14, 2026 Hearing, Tr. 62:2-17 and 87:24-89:18.

8. Documents evidencing use of racially offensive terms by the NFL League Office.
   a. Plaintiff's Requests to NFL Nos. 28-29 (Dkt. 303, at 2.)
   b. This issue was raised at the August 14, 2026 Hearing, Tr. 50:22-51:24.

9. Documents regarding the employability of people who raised race-discrimination concerns.
   a. Plaintiff's Requests to NFL No. 47 (Dkt. 303, at 2.)
   b. This issue was raised at the August 14, 2026 Hearing, Tr. 55:10-56:2.

10. Information regarding contacts between Teams and the NFL.
   a. Interrogatories 4-5 to the Broncos sought identification of each NFL league-office person or third party with whom Broncos ownership/front office communicated about the head-coach interview and hiring process to replace Vance Joseph. (Dkt. 303 at 9.)

WIGDOR.



b. Interrogatories 21-22 to the Broncos sought identities of each third party with whom Broncos ownership/front office communicated regarding diversity in the NFL and/or the Rooney Rule and related compliance. (Dkt. 303 at 10.)
c. Interrogatory No. 23 to the Broncos sought identities of each person with whom the Broncos communicated at the NFL league office regarding NFL rules, policies, and practices from 2018 to present. (Dkt. 303 at 10.)
d. Interrogatories 23-24 to the Texans sought identities of each third party with whom Texans ownership/front office communicated regarding diversity in the NFL and/or the Rooney Rule and related compliance. (Dkt. 303 at 8.)
e. Interrogatory No. 25 to the Texans sought identities of each person with whom the Texans communicated at the NFL league office regarding NFL rules, policies, and practices from 2018 to present. (Dkt. 303 at 8.)

11. Information regarding informal complaints.
    a. Plaintiff's Requests to Giants Nos. 29-30 and Interrogatories 6-7 to the Giants sought identifications of individuals who raised informal complaints of race discrimination and retaliation. (Dkt. 303 at 4.)
    b. Interrogatory 13 to the Texans sought identifications of individuals who raised informal complaints of race discrimination. (Dkt. 303 at 7.)
    c. Interrogatories 6-7 to the Broncos sought identifications of individuals who raised informal complaints of race discrimination. (Dkt. 303 at 9.)

We previously alerted the Court of these issues during the August 14, 2026 conference. We are prepared to discuss these issues at today's conference or to provide a further written submission if that would be of assistance to the Court.

In addition, Plaintiff intends to seek clarification regarding the Court's ruling with respect to Jeff Pash, and, specifically, whether the Court is allowing discovery as to Mr. Pash's communications about the lawsuit with non-NFL employees and the NFL's obligations with regard to any claim of privilege or privilege review.

Respectfully submitted,

Russell L. Kornblith