UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held September 9, 2026 (the "Sept. 9 Conference"), the Court **ORDERS** as follows:

1. At the Sept. 9 Conference, the Court reiterated that "the NFL shall include Mr. [Jeff] Pash as a custodian, but the search of his ESI shall be limited to non-privileged communications with the Texans concerning this action after Mr. Flores filed it in 2022 or concerning the 2022 head coach hiring process." (Dkt. No. 365 at 20). To the extent that Plaintiffs learn that Mr. Pash communicated with other Teams regarding Mr. Flores, Plaintiffs may renew their request that the NFL conduct a broader search of his communications.

2. By **September 14, 2026,** the parties shall order a copy of the Sept. 9 Conference transcript using the annexed form and selecting "3 day" service.

3. By **September 18, 2026**:

a. The Texans shall supplement their responses to Plaintiffs' interrogatories 23–24 concerning communications with third parties. (Dkt. No. 370 ¶ 10.d).

b. The Texans shall meet and confer with Plaintiffs regarding search terms to identify informal complaints in response to interrogatory 13. (Id. ¶ 11.b).

c. The Giants are not required to produce organizational chart now (id. ¶ 4.a), but shall supplement their response to Plaintiffs' requests for production ("RFP") 87–88 with any additional names of individuals with knowledge of the head coach hiring process during cycles from 2018–2022.

d. The Giants shall investigate whether Patrick Graham's employment agreement includes any confidentiality or non-disclosure provision and share that information with Plaintiffs.

e. The Giants shall meet and confer with Plaintiffs regarding search terms to identify informal complaints in response to Plaintiffs' RFPs 29–30 and interrogatories 6–7. (Id. ¶ 11.a).

4. By **September 25, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter, not to exceed 1400 words, regarding the status of discovery and any remaining open issues.

5. A telephonic discovery status conference is scheduled for **September 29, 2026 at 10:00 a.m. to 12:00 p.m. ET** on the Court's conference line (the "Sept. 29 Conference"). Counsel shall call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

6. The September 15, 2026 deadline for substantial completion of document production (Dkt. No. 267), is **HELD IN ABEYANCE** pending the Sept. 29 Conference.

Dated: New York, New York
September 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL