UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a change in the Court's calendar, the telephone conference scheduled for September 29, 2026 at 10:00 a.m. ET is **ADJOURNED** to **September 30, 2026 at 10:30 a.m.** on the Court's conference line (the "Conference"). (Dkt. No. 371). The Court will allocate 90 minutes for the Conference. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**