PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Daniel J. Toal**
**Direct Dial:** +1 212 373 3869
**Email:** dtoal@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

September 25, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Cave:

Pursuant to Your Honor's September 10, 2026 Order, ECF No. 371, Plaintiff and Defendants the National Football League (the "NFL"), Denver Broncos, New York Giants, and Houston Texans (the "Discovery Defendants") submit this joint letter regarding the status of discovery in advance of the September 30, 2026 conference:

- **Plaintiff and NFL**: Plaintiff and the NFL have been actively negotiating search terms and have made good progress. The parties are continuing to confer and hope to reach agreement in advance of the September 30 conference. To the extent there are any open issues requiring resolution by the Court, the parties will be prepared to address them at the conference.

- **Plaintiff and Texans**: Plaintiff and the Texans have met and conferred about search terms and are very close to reaching agreement, pending resolution on two final items. Consistent with the August 28, 2026 Order, the Texans will run agreed search terms (once finalized) against Janice McNair's corporate emails for December 1, 2021 through January 14, 2022 to aid in the assessment of whether she is an appropriate custodian. The Texans and Plaintiff also met and conferred about the topic of confidentiality restrictions applicable to Texans officers or employees who are custodians or were disclosed in the Texans' initial disclosures, as ordered by the Court, and the Texans are considering a question from Plaintiff regarding informal/non-subpoena communications.

- **Plaintiff and Giants**: In accordance with the Court's September 10 Order (Dkt. 371), the Giants have provided supplemental responses to Plaintiffs' interrogatories, as well as information regarding any confidentiality or non-disclosure provisions in Patrick Graham's employment agreement. Plaintiffs and the Giants also exchanged search proposals to

capture informal complaints, and with respect to the broader search of the Giants' custodial files. The parties met and conferred regarding those proposals on September 18 and 24 and have made substantial progress toward finalizing a mutually acceptable search protocol. The parties continue to confer and are hopeful that they will reach an agreement by the September 30 conference. Separately, on September 24, Plaintiffs requested that the Giants further supplement their response to Interrogatory No. 23 to identify any League attorneys with whom the Giants may have communicated regarding this lawsuit or Mr. Flores. The Giants are considering that request and plan to meet and confer further with Plaintiffs on the issue.

- **Plaintiff and Broncos**: Plaintiff and the Broncos have met and conferred and have agreed on search terms. Plaintiff and the Broncos have no outstanding issues requiring resolution at this time.

- **Plaintiff and Discovery Defendants**: The parties have agreed to the search terms to be run across Mr. Flores's custodial files.

Respectfully submitted,

**WIGDOR LLP**

By: /s/ *Russell L. Kornblith*
Douglas H. Wigdor
Michael J. Willemin
David E. Gottlieb
Russell L. Kornblith
85 Fifth Avenue
New York, NY 10013
Tel: (212) 257-6800
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com
dgottlieb@wigdorlaw.com
rkornblith@wigdorlaw.com

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Daniel J. Toal*
Daniel J. Toal
Loretta E. Lynch
Brad S. Karp
Lynn B. Bayard
Brette Tannenbaum
B. Aubrey Smith
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
dtoal@paulweiss.com
lelynch@paulweiss.com
bkarp@paulweiss.com
lbayard@paulweiss.com
btannenbaum@paulweiss.com
asmith@paulweiss.com

*Attorneys for Defendant*
*The National Football League*

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: /s/ *John Elefterakis*
John Elefterakis
Nicholas Elefterakis
Raymond Panek
Johnson Atkinson
80 Pine Street, 38th Floor
New York, NY 10005
Tel: (212) 532-1116

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**McCARTER & ENGLISH, LLP**

By: /s/ *Brian W. Carroll*
Brian W. Carroll
Hugh F. Murray, III (admitted *pro hac vice*)
Mark A. Makar
Scott Weingart (*pro hac vice* forthcoming)
250 W 55th Street, 13th Floor,
New York, NY 10019
Tel: (212) 609-6800
bcarroll@mccarter.com
hmurray@mccarter.com
mmakar@mccarter.com
sweingart@mccarter.com

*Attorneys for Defendant*
*New York Football Giants, Inc.*
*n/k/a New York Football Giants LLC*

**KUTAK ROCK LLP**

By: /s/ *Reid A. Page*
Reid A. Page (admitted *pro hac vice*)
Marcia A. Washkuhn (admitted *pro hac vice*)
Tara A. Leesar (admitted *pro hac vice*)
2001 16th Street, Suite 1800
Denver, Colorado 80202
Tel: (303) 297-2400
reid.page@kutakrock.com
marcia.washkuhn@kutakrock.com
tara.leesar@kutakrock.com

*Attorneys for Defendant*
*Denver Broncos Football Club,*
*d/b/a Denver Broncos*

**REYNOLDS, FRIZZELL LLP**

By: /s/ *Elizabeth J. Wilkerson*
Jean C. Frizzell (admitted *pro hac vice*)
Elizabeth J. Wilkerson
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel: (713) 485-7200
jfrizzell@reynoldsfrizzell.com
ewilkerson@reynoldsfrizzell.com

*Attorneys for Defendant*
*Houston NFL Holdings, L.P.*
*d/b/a Houston Texans*