UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS, and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants.

CIVIL ACTION NO. 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, September 30, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. The NFL shall meet and confer with Plaintiffs regarding alternative proximity-limiting term(s) for the search strings including "Harvey" and "Polian."
2. Plaintiffs' request for the NFL to conduct linear reviews of three time periods for custodians Smith, Bean, Vincent and Fiore, and four time periods for custodian Goodell is **DENIED WITHOUT PREJUDICE**. The Court refers the parties to the Conference transcript for the full discussion regarding this issue.
3. By **October 2, 2026,** the parties shall order a copy of the Conference transcript using the annexed form.
4. By **October 26, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter, not to exceed 1400 words, regarding the status of discovery and issues ripe for the Court's attention.

5. A telephonic discovery status conference is scheduled for **October 29, 2026 at 3:30 p.m. ET** on the Court's conference line. Counsel shall call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 30, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | | |
|---|---|---|
| Case Caption | | |
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily | 3 Day | 7 Day | 14 Day | 30 Day |
|---|---|---|---|---|
| $7.30 ○ | $6.55 ○ | $5.85 ○ | $5.10 ○ | $4.40 ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL