PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Loretta E. Lynch**
**Direct Dial:** +1 212 373 3118
**Email:** lelynch@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

October 1, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Flores, et al.* v. *The National Football League, et al.*, No. 22-cv-871-VEC

Dear Judge Caproni:

Pursuant to Your Honor's April 3, 2026 Order, ECF No. 246, Plaintiff and Defendants the National Football League (the "NFL"), Denver Broncos, New York Giants, and Houston Texans (the "Discovery Defendants") submit this joint status update.

## I. A Short Description of What Was Accomplished During the Month of September

- **Discovery Conferences.** The parties appeared before Magistrate Judge Cave for two discovery conferences, on September 9 and 30, 2026, to resolve certain discovery disputes.

- **Search Term Negotiations.** The parties negotiated search term protocols for the review of their respective electronically stored information. The parties have agreed to search term protocols for the custodial files of Mr. Flores, the Broncos, Giants, and Texans, and have substantially agreed to a protocol for the custodial files of the NFL, subject to the resolution of one outstanding item that was addressed at the September 30, 2026 discovery conference before Judge Cave.

- **Discovery Responses.** The NFL served responses and objections to Plaintiff's First Supplemental Requests for Production on September 8, 2026. Mr. Flores provided supplemental interrogatory responses to the Defendants on September 8, 2026. The Broncos, Giants, and Texans provided supplemental interrogatory responses to Mr. Flores on September 18, 2026. The parties are conferring regarding certain issues with the responses raised by Plaintiff.

- **Pending Motions.**
  - Discovery Defendants' motions to dismiss were fully briefed on August 19, 2026.
  - On September 11, 2026, Mr. Flores filed an Objection to portions of Judge Cave's August 28, 2026 discovery order, pursuant to Federal Rule of Civil Procedure 72(a). The NFL, Broncos, Giants, and Texans filed opposition briefs to that Objection on September 25, 2026.

## II. A Short Description of What the Parties Expect to Be Accomplished During October

- **Ongoing Fact Discovery.** Pursuant to Judge Cave's September 30 order, Mr. Flores and the NFL will meet and confer to resolve the one outstanding item related to the NFL's search term protocol. All parties anticipate that they will begin producing documents in October.
- **Third Party Fact Discovery**. Mr. Flores is continuing to pursue responses to subpoenas served on third parties.
- **Discovery Conferences.** A discovery conference is scheduled before Judge Cave on October 29, 2026, where the parties will address any outstanding discovery disputes.

## III. A Short Description of Any Problems That Have Arisen (And Whether the Parties Are Conferring Regarding Those Problems or Are Requesting Court Intervention to Resolve Them)

- None beyond the matters that continue to be addressed at discovery conferences with Judge Cave.

Respectfully submitted,

**WIGDOR LLP**

By: /s/ *Russell Kornblith*
Douglas H. Wigdor
Michael J. Willemin
David E. Gottlieb
Russell Kornblith
85 Fifth Avenue
New York, NY 10013
Tel: (212) 257-6800
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com
dgottlieb@wigdorlaw.com
rkornblith@wigdorlaw.com

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Loretta E. Lynch*
Loretta E. Lynch
Brad S. Karp
Lynn B. Bayard
Daniel J. Toal
Brette Tannenbaum
B. Aubrey Smith
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
lelynch@paulweiss.com
bkarp@paulweiss.com
lbayard@paulweiss.com
btannenbaum@paulweiss.com
asmith@paulweiss.com

*Attorneys for Defendant*
*The National Football League*

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

By: /s/ *John Elefterakis*
John Elefterakis
Nicholas Elefterakis
Raymond Panek
Johnson Atkinson
80 Pine Street, 38th Floor
New York, NY 10005
Tel: (212) 532-1116

*Attorneys for Plaintiffs*
*Proposed Counsel for the Proposed Class*

**KUTAK ROCK LLP**

By: /s/ *Reid A. Page*
Reid A. Page (admitted *pro hac vice*)
Marcia A. Washkuhn (admitted *pro hac vice*)
Tara A. Leesar (admitted *pro hac vice*)
2001 16th Street, Suite 1800
Denver, Colorado 80202
Tel: (303) 297-2400
reid.page@kutakrock.com
marcia.washkuhn@kutakrock.com
tara.leesar@kutakrock.com

*Attorneys for Defendant*
*Denver Broncos Football Club,*
*d/b/a Denver Broncos*

**McCARTER & ENGLISH, LLP**

By: /s/ *Brian W. Carroll*
Brian W. Carroll
Hugh F. Murray, III (admitted *pro hac vice*)
Mark A. Makar
Scott Weingart (*pro hac vice* forthcoming)
250 W 55th Street, 13th Floor,
New York, NY 10019
Tel: (212) 609-6800
bcarroll@mccarter.com
hmurray@mccarter.com
mmakar@mccarter.com
sweingart@mccarter.com

*Attorneys for Defendant*
*New York Football Giants, Inc.*
*n/k/a New York Football Giants LLC*

**REYNOLDS, FRIZZELL LLP**

By: /s/ *Elizabeth J. Wilkerson*
Jean C. Frizzell (admitted *pro hac vice*)
Elizabeth J. Wilkerson
1100 Louisiana, Suite 3500
Houston, Texas 77002
Tel: (713) 485-7200
jfrizzell@reynoldsfrizzell.com
ewilkerson@reynoldsfrizzell.com

*Attorneys for Defendant*
*Houston NFL Holdings, L.P.*
*d/b/a Houston Texans*