UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FLORES, STEVE WILKS and RAY HORTON, as Class Representatives, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE NATIONAL FOOTBALL LEAGUE, et al.,

Defendants

CIVIL ACTION NO.: 22 Civ. 871 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 23, 2026, the Court filed an Opinion & Order denying non-party Korn Ferry's request that the Court maintain under seal a document that Plaintiff Brian Flores attached as Exhibit A to his opposition to Defendants'[1] motions to dismiss and to his Supplemental Complaint. (Dkt. No. 377 (the "Sept. 23 Order"); see Dkt. Nos. 340–41; 310-2; 358-1; 340-41).

The Court issued the Sept. 23 Order temporarily under seal given the confidentiality designations in the parties' filings. (Dkt. No. 377 at 1 n.1, 9–10). The Sept. 23 Order, along with Docket Nos. 310, 310-1, 310-2, 310-3, 358, 358-1, 368, and 368-1, would "remain under seal until October 7, 2026, the 14-day deadline for filing any objection to" the Sept. 23 Order. (Id. at 9). See Fed. R. Civ. P. 72(a). The Sept. 23 Order informed the parties that "[i]f no objection is filed or sealing is not otherwise extended by Court order" the Sept. 23 Order "and Docket Nos. 310, 310-1, 310-2, 310-3, 358, 358-1, 368, and 368-1 will be unsealed." (Dkt. No. 377 at 10). To date,

[1] Defendants refers to Defendants The National Football League, New York Football Giants, Inc. d/b/a New York Giants, Denver Broncos Football Club d/b/a Denver Broncos, and Houston NFL Holdings, L.P., d/b/a Houston Texans. Mr. Flores' claims against Defendants Miami Dolphins, Ltd. d/b/a Miami Dolphins, Arizona Cardinals Football Club LLC d/b/a Arizona Cardinals, and Tennessee Titans Entertainment, Inc., d/b/a Tennessee Titans are currently stayed. (Dkt. No. 311).

no party submitted an objection to the Sept. 23 Order or requested an extension of the deadline to do so.

Accordingly, the Clerk of Court is respectfully directed to unseal Docket Nos. 310, 310-1, 310-2, 310-3, 358, 358-1, 368, 368-1, and 377.

Dated: New York, New York
October 8, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**